| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Universal Towers Construction, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Crowne Plaza Universal Orlando** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-3517741** |
| 4. | **Debtor's address** | **Principal place of business**  **7800 Universal Blvd.**  **Orlando, FL 32819**  Number, Street, City, State & ZIP Code  **Orange**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.ihg.com/crowneplaza/hotels/us/en/orlando/mcouv/hoteldetail |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Universal Towers Construction, Inc.**          Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7211**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor **Universal Towers Construction, Inc.**  Case number (*if known*)
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Universal Towers Construction, Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 3, 2020**
              MM / DD / YYYY

X **/s/ Lis R. Oliveira-Sommerville**                          **Lis R. Oliveira-Sommerville**
Signature of authorized representative of debtor                Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Eric S. Golden, Esq.**                                  Date **July 3, 2020**
Signature of attorney for debtor                                     MM / DD / YYYY

**Eric S. Golden, Esq.**
Printed name

**Burr & Forman LLP**
Firm name

**200 S. Orange Ave.**
**Suite 800**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **407-540-6600**         Email address   **egolden@burr.com**

**146846 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Universal Towers Construction, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July  3, 2020**      X **/s/ Lis R. Oliveira-Sommerville**
                                      Signature of individual signing on behalf of debtor

                                      **Lis R. Oliveira-Sommerville**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Universal Towers Construction, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amadeus Hospitality Americas I<br>29618 Network Place<br>Chicago, IL 60673-1296 | | Trade debt | | | | $20,843.74 |
| Dormakaba USA Inc.<br>P. O. Box 896542<br>Charlotte, NC 28289-6542 | | Trade debt | | | | $2,740.11 |
| Ecolab, Inc.<br>P. O. Box 100512<br>Pasadena, CA 91189-0512 | | Trade debt | | | | $3,847.98 |
| G & R Plumbing Enterprises Inc<br>2545 S Nashville Ave<br>Orlando, FL 32805-5255 | | Trade debt | | | | $2,131.90 |
| M7 Services LLC<br>19747 Highway 59 N #340<br>Humble, TX 77338-3576 | | Trade debt | | | | $2,656.08 |
| Massey Services Inc.<br>P. O. Box 547668<br>Orlando, FL 32854-7668 | | Trade debt | | | | $3,397.35 |
| Ocean Bank<br>780 NW 42nd Ave Ste 400<br>Miami, FL 33126 | | Bank Loan | | | | $763,340.00 |

Debtor **Universal Towers Construction, Inc.**　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Onpeak** 8313 Collection Center Dr Chicago, IL 60693-0083 | | Trade debt | | | | $9,540.06 |
| **Proscape** 285 E Oak Ridge Rd Orlando, FL 32809-4140 | | Trade debt | | | | $2,332.00 |
| **RD Pool Maint Inc** 2353 N Stewart St Kissimmee, FL 34746-3046 | | Trade debt | | | | $2,800.00 |
| **Royal Cup Inc.** P. O. Box 841000 Dallas, TX 75284-1000 | | Trade debt | | | | $2,927.09 |
| **Sheraton Lake Buena Vista** 12205 Apopka-Vineland Rd Orlando, FL 32836 | | Trade debt | | | | $10,803.86 |
| **Southern Aluminum** P. O. Box 884 Magnolia, AR 71754-0884 | | Trade debt | | | | $11,012.19 |
| **Summit Broadband** P. O. Box 10822 Naples, FL 34101-0822 | | Trade debt | | | | $4,101.09 |
| **Summit Broadband Inc.** P. O. Box 10822 Naples, FL 34101-0822 | | Trade debt | | | | $6,943.99 |
| **Sunbrite Outdoor Furniture Inc.** 610 Irene Street Orlando, FL 32805-1050 | | Trade debt | | | | $4,080.30 |
| **System Tech Services Inc** 851 Central Park Dr Sanford, FL 32771-6602 | | Trade debt | | | | $8,594.50 |
| **Team Travel Source** 12910 Shelbyville Road Ste 215 Louisville, KY 40243-1594 | | Trade debt | | | | $8,245.20 |

Debtor **Universal Towers Construction, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Visit Orlando 6277 Sea Harbor Dr, Ste 400 Orlando, FL 32821-8028** | | **Trade debt** | | | | $2,400.00 |
| **Waste Connect 1099 Miller Drive Altamonte Springs, FL 32701-2069** | | **Trade debt** | | | | $4,319.08 |

# United States Bankruptcy Court
## Middle District of Florida

In re  **Universal Towers Construction, Inc.**                                         Case No.

                                                    Debtor(s)                          Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Constrazza International Construction, Inc.**<br>100 N.E. 3rd Ave, Ste 280<br>Fort Lauderdale, FL 33301 | | 35% | *See Note below |
| **Universal Towers Investimentos, Ltda**<br>Av. Isaac Povoas, 586,<br>Sl 04 Edf Wall St. Centr.<br>Sul, Cuiaba MT 78.005 Brazil | | 65% | |

\* Pursuant to that certain Final Judgment issued on March 13, 2020, in Case No. 2015-CA-008342-A, in the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida, and sec. 607.1436(6), Fla. Stat., Constrazza International Construction, Inc., has no rights or status as a shareholder of the Debtor except to receive the amounts awarded by the Final Judgment. As a result, Universal Towers Investimentos, Ltda holds 100% of the shareholder rights and status with respect to the outstanding shares of the Debtor's stock, other than Constrazza's bare economic right. The Debtor reserves all rights to dispute or object to any claim asserted by Constrazza on account of its interests in the Debtor and otherwise.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  July 3, 2020                                             Signature  **/s/ Lis R. Oliveira-Sommerville**
                                                                           **Lis R. Oliveira-Sommerville**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re: **Universal Towers Construction, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 3, 2020**

**/s/ Lis R. Oliveira-Sommerville**
**Lis R. Oliveira-Sommerville**/**President**
Signer/Title

Universal Towers Construction, Inc.
7800 Universal Blvd.
Orlando, FL 32819

Ashberry Water Condition Inc.
2450 E 4th Avenue
Tampa, FL 33605-5431

Cintas Corp
P. O. Box 630910
Cincinnati, OH 45263-0910

Eric S. Golden, Esq.
Burr & Forman LLP
200 S. Orange Ave.
Suite 800
Orlando, FL 32801

AT&T (IHG)
Three Ravinia Dr., Ste 100
Atlanta, GA 30346

CIT
21146 Network Pl
Chicago, IL 60673-1211

ADP
1851 N Resler Dr
#MS-100
El Paso, TX 79912-8023

Birch Street Systems
1301 Dove Street Ste 300
Newport Beach, CA 92660-2462

Commercial Drraperies Inc
7681 High Pine Rd
Orlando, FL 32819-5166

ADP
P. O. Box 842875
Boston, MA 02284-2875

Bright House
P. O. Box 7`95
Pasadena, CA 91109-7195

Constrazza International Constructio
100 N.E. 3rd Ave, Ste 280
Fort Lauderdale, FL 33301

ADP
5800 Windward Pkwy
Alpharetta, GA 30005-8802

Busy Bean Coffee Inc.
P. O. Box 350
Mount Pleasant, SC 29464

CRB Hospitality Mgmt
1650 Sand Lake Road, Ste 101
Orlando, FL 32809-7671

Advanced Resourcing LLC
9112 Boyce Ave
Orlando, FL 32824

Carlson Wagonlit Travel
P. O. Box 860487
Minneapolis, MN 55486-0487

CRB Hospitality Mgmt
1650 Sand Lake Rd Ste 130
Orlando, FL 32809-7686

Amadeus Hospitality Americas I
29618 Network Place
Chicago, IL 60673-1296

CCR Solutions, Inc.
4351 35th Street
Orlando, FL 32811-6509

Cusanos Bakery
5480 W Hillsboro Blvd
Coconut Creek, FL 33073-4307

Ambius LLC
P. O. Box 14086
Reading, PA 19612-4086

Chemsearchfe
P. O. Box 971269
Dallas, TX 75397-1269

Dex Imaging Inc
P. O. Box 17299
Clearwater, FL 33762-0299

Andrews Filter & Supply Corp
2309 Coolidge Ave
Orlando, FL 32804-4897

Cintas Corp
97627 Eagle Way
Chicago, IL 60678-7627

Dex Imaging Inc.
P. O. Box 17454
Clearwater, FL 33762-0454

| | | |
|---|---|---|
| Dex Imaging, Inc.<br>5109 W Lemon St<br>Tampa, FL 33609-1105 | Envirostat<br>P. O. Box 592575<br>Orlando, FL 32859-2575 | Granite<br>P. O. Box 982119<br>Boston, MA 02298-3119 |
| Dormakaba USA Inc.<br>P. O. Box 896542<br>Charlotte, NC 28289-6542 | FedEx<br>P. O. Box 660481<br>Dallas, TX 75266-0481 | Granite Telecommunications LLC<br>100 Newport Avenue Ext<br>Quincy, MA 02171-1759 |
| Dormakaba USA Inc.<br>P. O. Box 890247<br>Charlotte, NC 28289-0247 | FedEx<br>P. O. Box 94515<br>Palatine, IL 60094-4515 | Granite Telecommunications LLC<br>P. O. Box 983119<br>Boston, MA 02298-3119 |
| Dow Jones & Co Inc.<br>200 Burnett Road<br>Chicopee, MA 01020-9983 | Ferguson Enterprises, Inc.<br>P. O. Box 100286<br>Atlanta, GA 30384-0286 | Guest Supply Inc.<br>P. O. Box 6771<br>Somerset, NJ 08875-6771 |
| Eckert Seamans Cherin Mellott<br>P. O. Box 643187<br>Pittsburgh, PA 15264-3187 | FPL Energy Services<br>P. O. Box 25426<br>Miami, FL 33102-5426 | Halperns Steak & Seafood<br>P. O. Box 116421<br>Atlanta, GA 30368-6421 |
| Ecolab, Inc.<br>P. O. Box 100512<br>Pasadena, CA 91189-0512 | Freshpoint Central Florida<br>8801 Exchange Drive<br>Orlando, FL 32809-7970 | HCA<br>P. O. Box 459<br>Grafton, IL 62037-0459 |
| Ecolab, Inc.<br>P. O. Box 70343<br>Chicago, IL 60673-0343 | Frontier Lighting Inc.<br>2090 Palmetto Street<br>Clearwater, FL 33765-2134 | HD Supply Facilities Maint<br>P. O. Box 509058<br>San Diego, CA 92150-9058 |
| Ecolab, Inc.<br>P. O. Box 32027<br>New York, NY 10087-2027 | G & R Plumbing Enterprises Inc<br>2545 S Nashville Ave<br>Orlando, FL 32805-5255 | Heart of the House Hospitality<br>2346 S. Lynhurst Dr, Ste A201<br>Indianapolis, IN 46241-5168 |
| Edward Don & Co<br>2562 Paysphere Circle<br>Chicago, IL 60674-0025 | Grainger<br>Dept 859552556<br>Kansas City, MO 64141-6267 | Heart of the House Hospitality<br>P. O. Box 823424<br>Philadelphia, PA 19182-3424 |

Highrock Partners LLC
2194 Briarhurst Dr
Highlands Ranch, CO 80126-2605

Lapin Septic Tank Service Inc
3031 40th Street
Orlando, FL 32839-8624

Nalco Co LLC
P. O. Box 70716
Chicago, IL 60673-0716

Holiday Hospitality Franchising, Inc.
ATTN: Vice President
Franchise Administration & Licensing
Three Ravinia Dr, Ste 2900
Atlanta, GA 30346-2149

M7 Services LLC
19747 Highway 59 N #340
Humble, TX 77338-3576

Navisite Inc.
P. O. Box 10138
Uniondale, NY 11555-0138

I-Ride Trolley
7081 Grand National Dr, Ste 105
Orlando, FL 32819-8376

M7 Services LLC
654 N SH Pkwy E, Ste 110
Houston, TX 77060-5903

Nor1 Inc
3945 Freedom Cir Ste 600
Santa Clara, CA 95054-1270

Industrial Laundry Services LL
2302 Mercator Drive, Ste 102
Orlando, FL 32807-5300

Massey Services Inc.
P. O. Box 547668
Orlando, FL 32854-7668

Ocean Bank
780 NW 42nd Ave Ste 400
Miami, FL 33126

Innerworkings Inc.
7503 Solutions Ctr
Chicago, IL 60677-7005

Mid-America Telephone Systems
618 Cepi Drive Ste A
Chesterfield, MO 63005-1365

Ocean Bank
c/o Gregory S. Grossman, Esq.
1111 Brickell Ave. Ste 1250
Miami, FL 33131

Interstate Hotels Company
c/o Interstate Hotels & Resorts Inc
ATTN: Chief Admin Officer & Gen Counsel
4501 N Fairfax Dr., Ste 500
Arlington, VA 22203

Milestone Internet Marketing
3001 Oakmead Village Drive
Santa Clara, CA 95051-0811

Onpeak
8313 Collection Center Dr
Chicago, IL 60693-0083

Iron Mountain
P. O. Box 27128
New York, NY 10087-7128

Minuteman Press Sand Lake
7751 Kingspointe Pkwy Ste 117
Orlando, FL 32819-6503

Oracle America Inc.
P. O. Box 203448
Dallas, TX 75320-3448

Johnstone Supply
1651 S Rio Grande Avenue
Orlando, FL 32805-4442

Mood Media
P. O. Box 71070
Charlotte, NC 28272-1070

OUC
P. O. Box 31329
Tampa, FL 33631-3329

Kone Inc.
One Kone Court
Moline, IL 61265

Nalco Co LLC
P. O. Box 730005
Dallas, TX 75373-0005

Over the Top Rental Linens
6501 N Andrews Ave
Fort Lauderdale, FL 33309

Plaza Resort Shoppes
9187 Ridge Pine Trl
Orlando, FL 32819-4821

Profitsword
9355 Cypress Cove Drive
Orlando, FL 32809-5324

Profitsword
P. O. Box 865342
Orlando, FL 32886-5342

Proscape
285 E Oak Ridge Rd
Orlando, FL 32809-4140

RD Pool Maint Inc
2353 N Stewart St
Kissimmee, FL 34746-3046

Red Hawk Fires & Security LLC
P. O. Box 842422
Boston, MA 02284-2422

Red Hawk Fires & Security LLC
P. O. Box 530212
Atlanta, GA 30353-0212

Royal Cup Inc.
P. O. Box 841000
Dallas, TX 75284-1000

Sheraton Lake Buena Vista
12205 Apopka-Vineland Rd
Orlando, FL 32836

Sherwin Williams
8414 S. Orange Blossom Trail
Orlando, FL 32809-7906

Shoes for Crews Inc
250 S. Australian Avenue
West Palm Beach, FL 33401-5018

Shred-It USA
P. O. Box 101007
Pasadena, CA 91189-1007

Shred-It USA
23166 Network Pl
Chicago, IL 60673-1252

Shred-It USA
28883 Network Pl
Chicago, IL 60673-1288

Skal Intl Orlando
P. O. Box 720423
Orlando, FL 32872-0423

Southern Aluminum
P. O. Box 884
Magnolia, AR 71754-0884

Squirrel Systems
PMB 740
Blaine, WA 98230-4033

Staples Business Advantage
P. O. Box 70242
Philadelphia, PA 19176-0242

Summit Broadband
P. O. Box 10822
Naples, FL 34101-0822

Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

Summit Broadband Inc.
4558 35th Street Ste 100
Orlando, FL 32811-6541

Sunbrite Outdoor Furniture Inc.
610 Irene Street
Orlando, FL 32805-1050

Superior Fire
397 Enterprise St. Ste C
Ocoee, FL 34761-3035

System Tech Services Inc
851 Central Park Dr
Sanford, FL 32771-6602

Talentwise
P. O. Box 3876
Seattle, WA 98124-3876

Team Travel Source
12910 Shelbyville Road Ste 215
Louisville, KY 40243-1594

Teco
P. O. Box 31318
Tampa, FL 33631-3318

TG Lee Dairy
P. O. Box 746108
Atlanta, GA 30374-6108

UPS Freight
P. O. Box 7247-0244
Philadelphia, PA 19170-0001

The Battery Bank
2565 Pemberton Drive
Apopka, FL 32703-9458

US Foodservice Inc.
P. O. Box 198421
Atlanta, GA 30384-8421

The Battery Bank
4502 35th Street #700
Orlando, FL 32811

Visit Orlando
6277 Sea Harbor Dr, Ste 400
Orlando, FL 32821-8028

Tingue Brown & Co
P. O. Box 824619
Philadelphia, PA 19182-4619

Waste Connect
1099 Miller Drive
Altamonte Springs, FL 32701-2069

Travelclick Inc
P. O. Box 71199
Chicago, IL 60694-1199

Waste Connections of Florida
P. O. Box 742695
Cincinnati, OH 45274-2695

Travelclick Inc
300 N Martingale Rd Ste 650
Schaumburg, IL 60173-2079

Waste Connections of Florida
P. O. Box 535233
Pittsburgh, PA 15253-5233

TWC Services Inc
5080 Highlands Pkwy, Ste A150
Smyrna, GA 30082-5155

Whaley Parts & Supply
P. O. Box 615
Lexington, SC 29071-0615

TWC Services Inc
P. O. Box 1612
Des Moines, IA 50306-1612

Whaley Parts & Supply
P. O. Box 890962
Charlotte, NC 28289-0962

Uniguest
P. O. Box 306225
Nashville, TN 37230-6225

Winter Park Photography
1808 Magnolia Ave
Winter Park, FL 32789-6312

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Universal Towers Construction, Inc.**   Case No.
Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **31,352.50** |
   | Prior to the filing of this statement I have received | $ **31,352.50** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   □ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 3, 2020** | **/s/ Eric S. Golden, Esq.** |
| *Date* | **Eric S. Golden, Esq.** |
| | *Signature of Attorney* |
| | **Burr & Forman LLP** |
| | **200 S. Orange Ave.** |
| | **Suite 800** |
| | **Orlando, FL 32801** |
| | **407-540-6600  Fax: 407-540-6601** |
| | **egolden@burr.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Middle District of Florida

In re: **Universal Towers Construction, Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Universal Towers Construction, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Constrazza International Construction, Inc.**          * See Note below
**100 N.E. 3rd Ave, Ste 280**
**Fort Lauderdale, FL 33301**

**Universal Towers Investimentos, Ltda**
**Av. Isaac Povoas, 586,**
**Sl 04 Edf Wall St. Centr.**
**Sul, Cuiaba MT 78.005 Brazil**

☐ None [*Check if applicable*]

\* Pursuant to that certain Final Judgment issued on March 13, 2020, in Case No. 2015-CA-008342-A, in the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida, and sec. 607.1436(6), Fla. Stat., Constrazza International Construction, Inc., has no rights or status as a shareholder of the Debtor except to receive the amounts awarded by the Final Judgment. As a result, Universal Towers Investimentos, Ltda holds 100% of the shareholder rights and status with respect to the outstanding shares of the Debtor's stock, other than Constrazza's bare economic right. The Debtor reserves all rights to dispute or object to any claim asserted by Constrazza on account of its interests in the Debtor and otherwise.

July 3, 2020
Date

/s/ Eric S. Golden, Esq.
**Eric S. Golden, Esq.**
Signature of Attorney or Litigant
Counsel for **Universal Towers Construction, Inc.**
**Burr & Forman LLP**
**200 S. Orange Ave.**
**Suite 800**
**Orlando, FL 32801**
**407-540-6600 Fax:407-540-6601**
**egolden@burr.com**