UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION, INC.,

CASE NO. 6:20-bk-03799
Chapter 11

    Debtor.
_____/

## CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the bar of the Court, that I have carefully examined matters under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matters under consideration are not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following Motion on an emergency basis:

> Debtor's Emergency Motion for Order (1) Prohibiting Utilities From Altering, Refusing or Discontinuing Service on Account of Pre-Petition Invoices; (2) Authorizing Payment of Invoices of Prepetition Utility Services; (3) Approving Debtor's Method of Furnishing Adequate Assurance of Payment for Post-Petition Utility Services; and (4) Establishing Procedures for Determining Additional Requests for Adequate Assurance Of Payment (Doc. No. __)

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically because the Debtor seeks, among other things, authority to provide adequate protection to all Utilities Providers (as defined in such Motion), including authority to pay all pre-petition invoiced amounts for utility services, and the Debtor seeks an order prohibiting the Utilities Providers from terminating any of the Debtor's utility services. Accordingly, the Debtor requires a hearing date on or before Friday, July 10, 2020.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that the Motions are filed with a full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED this 6th day of July, 2020.

>/s/ Christopher R. Thompson
**Eric S. Golden**
Florida Bar No. 146846
Email: egolden@burr.com
**Christopher R. Thompson**
Florida Bar No. 93102
Email: crthompson@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL  32801
Phone: (407) 540-6600
Fax: (407) 540-6601
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice, and by United States Mail to all parties on the attached mailing matrix.

>/s/ Christopher R. Thompson
Christopher R. Thompson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-03799-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Jul  6 10:01:24 EDT 2020 | Universal Towers Construction, Inc.<br>7800 Universal Blvd.<br>Orlando, FL 32819-8950 | ADP<br>1851 N Resler Dr<br>#MS-100<br>El Paso, TX 79912-8023 |
| ADP<br>5800 Windward Pkwy<br>Alpharetta, GA 30005-8881 | ADP<br>P. O. Box 842875<br>Boston, MA 02284-2875 | AT&T (IHG)<br>Three Ravinia Dr., Ste 100<br>Atlanta, GA 30346-2121 |
| Advanced Resourcing LLC<br>9112 Boyce Ave<br>Orlando, FL 32824-8247 | Amadeus Hospitality Americas I<br>29618 Network Place<br>Chicago, IL 60673-1296 | Ambius LLC<br>P. O. Box 14086<br>Reading, PA 19612-4086 |
| Andrews Filter & Supply Corp<br>2309 Coolidge Ave<br>Orlando, FL 32804-4897 | Ashberry Water Condition Inc.<br>2450 E 4th Avenue<br>Tampa, FL 33605-5431 | Birch Street Systems<br>1301 Dove Street Ste 300<br>Newport Beach, CA 92660-2462 |
| Bright House<br>P. O. Box 7`95<br>Pasadena, CA 91102 | Busy Bean Coffee Inc.<br>P. O. Box 350<br>Mount Pleasant, SC 29465-0350 | CCR Solutions, Inc.<br>4351 35th Street<br>Orlando, FL 32811-6509 |
| CIT<br>21146 Network Pl<br>Chicago, IL 60673-1211 | CRB Hospitality Mgmt<br>1650 Sand Lake Rd Ste 130<br>Orlando, FL 32809-7686 | CRB Hospitality Mgmt<br>1650 Sand Lake Road, Ste 101<br>Orlando, FL 32809-7671 |
| Carlson Wagonlit Travel<br>P. O. Box 860487<br>Minneapolis, MN 55486-0487 | Chemsearchfe<br>P. O. Box 971269<br>Dallas, TX 75397-1269 | Cintas Corp<br>97627 Eagle Way<br>Chicago, IL 60678-7627 |
| Cintas Corp<br>P. O. Box 630910<br>Cincinnati, OH 45263-0910 | Commercial Drraperies Inc<br>7681 High Pine Rd<br>Orlando, FL 32819-5166 | Constrazza International Construction, I<br>100 N.E. 3rd Ave, Ste 280<br>Fort Lauderdale, FL 33301-1165 |
| Cusanos Bakery<br>5480 W Hillsboro Blvd<br>Coconut Creek, FL 33073-4307 | Dex Imaging Inc<br>P. O. Box 17299<br>Clearwater, FL 33762-0299 | Dex Imaging Inc.<br>P. O. Box 17454<br>Clearwater, FL 33762-0454 |
| Dex Imaging, Inc.<br>5109 W Lemon St<br>Tampa, FL 33609-1105 | Dormakaba USA Inc.<br>P. O. Box 890247<br>Charlotte, NC 28289-0247 | Dormakaba USA Inc.<br>P. O. Box 896542<br>Charlotte, NC 28289-6542 |

| | | |
|---|---|---|
| Dow Jones & Co Inc.<br>200 Burnett Road<br>Chicopee, MA 01020-4615 | Eckert Seamans Cherin Mellott<br>P. O. Box 643187<br>Pittsburgh, PA 15264-3187 | Ecolab, Inc.<br>P. O. Box 100512<br>Pasadena, CA 91189-0512 |
| Ecolab, Inc.<br>P. O. Box 32027<br>New York, NY 10087-2027 | Ecolab, Inc.<br>P. O. Box 70343<br>Chicago, IL 60673-0343 | Edward Don & Co<br>2562 Paysphere Circle<br>Chicago, IL 60674-0025 |
| Envirostat<br>P. O. Box 592575<br>Orlando, FL 32859-2575 | FPL Energy Services<br>P. O. Box 25426<br>Miami, FL 33102-5426 | FedEx<br>P. O. Box 660481<br>Dallas, TX 75266-0481 |
| FedEx<br>P. O. Box 94515<br>Palatine, IL 60094-4515 | Ferguson Enterprises, Inc.<br>P. O. Box 100286<br>Atlanta, GA 30384-0286 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Freshpoint Central Florida<br>8801 Exchange Drive<br>Orlando, FL 32809-7675 | Frontier Lighting Inc.<br>2090 Palmetto Street<br>Clearwater, FL 33765-2134 | G & R Plumbing Enterprises Inc<br>2545 S Nashville Ave<br>Orlando, FL 32805-5255 |
| Grainger<br>Dept 859552556<br>Kansas City, MO 64141-6267 | Granite<br>P. O. Box 982119<br>Boston, MA 02298-3119 | Granite Telecommunications LLC<br>100 Newport Avenue Ext<br>Quincy, MA 02171-2126 |
| Granite Telecommunications LLC<br>P. O. Box 983119<br>Boston, MA 02298-3119 | Guest Supply Inc.<br>P. O. Box 6771<br>Somerset, NJ 08875-6771 | HCA<br>P. O. Box 459<br>Grafton, IL 62037-0459 |
| HD Supply Facilities Maint<br>P. O. Box 509058<br>San Diego, CA 92150-9058 | Halperns Steak & Seafood<br>P. O. Box 116421<br>Atlanta, GA 30368-6421 | (p)HEART OF THE HOUSE HOSPITALITY<br>2346 S LYNHURST DR STE A201<br>INDIANAPOLIS IN 46241-5168 |
| Heart of the House Hospitality<br>P. O. Box 823424<br>Philadelphia, PA 19182-3424 | Highrock Partners LLC<br>2194 Briarhurst Dr<br>Highlands Ranch, CO 80126-2605 | Holiday Hospitality Franchising, Inc.<br>ATTN: Vice President<br>Franchise Administration & Licensing<br>Three Ravinia Dr, Ste 2900<br>Atlanta, GA 30346-2143 |
| I-Ride Trolley<br>7081 Grand National Dr, Ste 105<br>Orlando, FL 32819-8376 | Industrial Laundry Services LL<br>2302 Mercator Drive, Ste 102<br>Orlando, FL 32807-5300 | Innerworkings Inc.<br>7503 Solutions Ctr<br>Chicago, IL 60677-7005 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Interstate Hotels Company<br>c/o Interstate Hotels & Resorts Inc<br>ATTN: Chief Admin Officer & Gen Counsel<br>4501 N Fairfax Dr., Ste 500<br>Arlington, VA 22203-1668 | Iron Mountain<br>P. O. Box 27128<br>New York, NY 10087-7128 |
| Johnstone Supply<br>1651 S Rio Grande Avenue<br>Orlando, FL 32805-4442 | Kone Inc.<br>One Kone Court<br>Moline, IL 61265-1380 | Lapin Septic Tank Service Inc<br>3031 40th Street<br>Orlando, FL 32839-8624 |
| M7 Services LLC<br>19747 Highway 59 N #340<br>Humble, TX 77338-3536 | M7 Services LLC<br>654 N SH Pkwy E, Ste 110<br>Houston, TX 77060-5903 | Massey Services Inc.<br>P. O. Box 547668<br>Orlando, FL 32854-7668 |
| Mid-America Telephone Systems<br>618 Cepi Drive Ste A<br>Chesterfield, MO 63005-1365 | Milestone Internet Marketing<br>3001 Oakmead Village Drive<br>Santa Clara, CA 95051-0833 | Minuteman Press Sand Lake<br>7751 Kingspointe Pkwy Ste 117<br>Orlando, FL 32819-6503 |
| Mood Media<br>P. O. Box 71070<br>Charlotte, NC 28272-1070 | Nalco Co LLC<br>P. O. Box 70716<br>Chicago, IL 60673-0716 | Nalco Co LLC<br>P. O. Box 730005<br>Dallas, TX 75373-0005 |
| Navisite Inc.<br>P. O. Box 10138<br>Uniondale, NY 11555-0138 | Nor1 Inc<br>3945 Freedom Cir Ste 600<br>Santa Clara, CA 95054-1270 | OUC<br>P. O. Box 31329<br>Tampa, FL 33631-3329 |
| Ocean Bank<br>780 NW 42nd Ave Ste 400<br>Miami, FL 33126-5542 | Ocean Bank<br>c/o Gregory S. Grossman, Esq.<br>1111 Brickell Ave. Ste 1250<br>Miami, FL 33131-3123 | Onpeak<br>8313 Collection Center Dr<br>Chicago, IL 60693-0083 |
| Oracle America Inc.<br>P. O. Box 203448<br>Dallas, TX 75320-3448 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Over the Top Rental Linens<br>6501 N Andrews Ave<br>Fort Lauderdale, FL 33309-2131 |
| Plaza Resort Shoppes<br>9187 Ridge Pine Trl<br>Orlando, FL 32819-4821 | Profitsword<br>9355 Cypress Cove Drive<br>Orlando, FL 32819-5324 | Profitsword<br>P. O. Box 865342<br>Orlando, FL 32886-5342 |
| Proscape<br>285 E Oak Ridge Rd<br>Orlando, FL 32809-4140 | RD Pool Maint Inc<br>2353 N Stewart St<br>Kissimmee, FL 34746-3046 | Red Hawk Fires & Security LLC<br>P. O. Box 530212<br>Atlanta, GA 30353-0212 |

| | | |
|---|---|---|
| Red Hawk Fires & Security LLC<br>P. O. Box 842422<br>Boston, MA 02284-2422 | Royal Cup Inc.<br>P. O. Box 841000<br>Dallas, TX 75284-1000 | Sheraton Lake Buena Vista<br>12205 Apopka-Vineland Rd<br>Orlando, FL 32836-6804 |
| Sherwin Williams<br>8414 S. Orange Blossom Trail<br>Orlando, FL 32809-7906 | Shoes for Crews Inc<br>250 S. Australian Avenue<br>West Palm Beach, FL 33401-5018 | Shred-It USA<br>23166 Network Pl<br>Chicago, IL 60673-1252 |
| Shred-It USA<br>28883 Network Pl<br>Chicago, IL 60673-1288 | Shred-It USA<br>P. O. Box 101007<br>Pasadena, CA 91189-1007 | Skal Intl Orlando<br>P. O. Box 720423<br>Orlando, FL 32872-0423 |
| Southern Aluminum<br>P. O. Box 884<br>Magnolia, AR 71754-0884 | Squirrel Systems<br>PMB 740<br>Blaine, WA 98230-4033 | Staples Business Advantage<br>P. O. Box 70242<br>Philadelphia, PA 19176-0242 |
| Summit Broadband<br>P. O. Box 10822<br>Naples, FL 34101-0822 | Summit Broadband Inc.<br>4558 35th Street Ste 100<br>Orlando, FL 32811-6541 | Sunbrite Outdoor Furniture Inc.<br>610 Irene Street<br>Orlando, FL 32805-1050 |
| Superior Fire<br>397 Enterprise St. Ste C<br>Ocoee, FL 34761-3035 | System Tech Services Inc<br>851 Central Park Dr<br>Sanford, FL 32771-6602 | TG Lee Dairy<br>P. O. Box 746108<br>Atlanta, GA 30374-6108 |
| TWC Services Inc<br>5080 Highlands Pkwy, Ste A150<br>Smyrna, GA 30082-5155 | TWC Services Inc<br>P. O. Box 1612<br>Des Moines, IA 50306-1612 | Talentwise<br>P. O. Box 3876<br>Seattle, WA 98124-3876 |
| Team Travel Source<br>12910 Shelbyville Road Ste 215<br>Louisville, KY 40243-1594 | Teco<br>P. O. Box 31318<br>Tampa, FL 33631-3318 | The Battery Bank<br>2565 Pemberton Drive<br>Apopka, FL 32703-9458 |
| The Battery Bank<br>4502 35th Street #700<br>Orlando, FL 32811-6547 | Tingue Brown & Co<br>P. O. Box 824619<br>Philadelphia, PA 19182-4619 | Travelclick Inc<br>300 N Martingale Rd Ste 650<br>Schaumburg, IL 60173-2089 |
| Travelclick Inc<br>P. O. Box 71199<br>Chicago, IL 60694-1199 | UPS Freight<br>P. O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | US Foodservice Inc.<br>P. O. Box 198421<br>Atlanta, GA 30384-8421 |

| | | |
|---|---|---|
| Uniguest<br>P. O. Box 306225<br>Nashville, TN 37230-6225 | Visit Orlando<br>6277 Sea Harbor Dr, Ste 400<br>Orlando, FL 32821-8043 | Waste Connect<br>1099 Miller Drive<br>Altamonte Springs, FL 32701-2069 |
| Waste Connections of Florida<br>P. O. Box 535233<br>Pittsburgh, PA 15253-5233 | Waste Connections of Florida<br>P. O. Box 742695<br>Cincinnati, OH 45274-2695 | Whaley Parts & Supply<br>P. O. Box 615<br>Lexington, SC 29071-0615 |
| Whaley Parts & Supply<br>P. O. Box 890962<br>Charlotte, NC 28289-0962 | Winter Park Photography<br>1808 Magnolia Ave<br>Winter Park, FL 32789-6312 | Eric S Golden +<br>Burr & Forman LLP<br>200 S. Orange Avenue, Ste 800<br>Orlando, FL 32801-6404 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Heart of the House Hospitality
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

End of Label Matrix
Mailable recipients    129
Bypassed recipients      1
Total                  130