UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION, INC.,

CASE NO. 6:20-bk-03799-
Chapter 11

Debtor.
_____/

## DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO MAINTAIN PREPETITION BANK ACCOUNTS

Universal Towers Construction, Inc., as debtor and debtor-in-possession ("Debtor"), by and through its undersigned counsel, and pursuant to Local Rule 2081-1(g)(4) and 11 U.S.C. §§ 105(a) and 363(b), hereby moves the Court for entry of an order authorizing the Debtor to continue use of certain prepetition bank accounts. In support of this Motion, the Debtor states as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 409.

### Background

3.      On July 3, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the Unites States Code (the "Bankruptcy Code"), initiating this case.

4.      The Debtor is continuing in possession of its property and is operating and managing itself as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

5. No trustee or examiner has been appointed, and no committees have been appointed or designated.

6. The Debtor owns and operates the Crowne Plaza Hotel on Universal Boulevard in Orlando, Florida (the "Hotel"). The Hotel is a 400-room hotel located in the heart of Orlando's tourism center, and caters to all types of travelers. The Debtor is a party to a Management Agreement with Ambridge Hospitality, as successor by merger with Interstate Hotels of Delaware Company a/k/a Interstate Hotels Company, a Delaware subsidiary corporation of Interstate Hotels & Resorts, a Delaware corporation, (the "Manager"), which staffs and manages all aspects of the Hotel business.

7. As of the Petition Date, the Debtor maintained the following pre-petition bank accounts with Bank of America (a depository authorized pursuant to 11 U.S.C. § 345(b)), and Ocean Bank (collectively, the "Accounts"):

| FINANCIAL INSTITUTION: | ACCOUNT ENDING IN: | PETITION DATE BALANCE: |
|---|---|---|
| Bank of America – MANAGER Joint Operating/PPP ("Operating Account") | 5832 | $617,299.85 |
| Bank of America – MANAGER Joint FF&E Reserve ("FF&E Account") | 0656 | $2,000.00 |
| Ocean Bank – PPP ("PPP Account") | 740100 | $315.00 |
| Bank of America – UTC Savings ("Savings Account") | 4816 | $3.01 |
| Bank of America – UTC Checking ("Checking Account") | 7434 | $3.00 |
| Ocean Bank – ("Cash Collateral Account") | 0420 | $2,104,015.91 |

8. The Operating Account is a joint account held by the Debtor and Manager. The Debtor has a beneficial interest in the monies in the Operating Account, but Manager has exclusive control over the funds therein. This is the primary account used by the Debtor and Manager to pay all Hotel expenses, including payroll, trade vendor payments, and other operating costs.

9. The FF&E Account is a savings account dedicated to building a capital improvements and FF&E reserve, as required pursuant to the terms of the Debtor's franchise agreement with Holiday Hospitality Franchising, LLC ("HHF"), with respect to the Crowne Plaza Hotels "flag." Prior to the Petition Date, the Debtor was forced to utilize the funds held in the FF&E Account to pay for Hotel operations, with HHF's approval. Currently the Debtor is unable to fund the FF&E Account as contemplated, but hopefully will be able to do so soon if/when occupancy at the Hotel increases.

10. The PPP Account was established concurrently with the Debtor receiving approval for a PPP Loan through Ocean Bank. The PPP Loan funds are currently held in the Operating Account. The Debtor plans to close the PPP Account.

11. The Savings and Checking Accounts, respectively, are accounts the Debtor opened solely in the Debtor's name (not jointly with Manager) for the purpose of receiving transfers of funds from its majority (now sole) shareholder, Universal Towers Investimentos, LTDA ("UTI"), which is an entity owned 100% by the Brazilian government.[1] Without the Savings and Checking Accounts, or at least one of them, UTI would be unable to transfer funds to the Debtor.

---

[1] The story of how the Brazilian government came to own and operate an Orlando, Florida based hotel will be fully set forth in the Debtor's Chapter 11 Case Management Summary.

12. Finally, the Cash Collateral Account is an account established with Ocean Bank, the Debtor's mortgage lender since 2001, to provide additional collateral to Ocean Bank. The Debtor has no ability to utilize or expend the funds held in the Cash Collateral Account, and is required pursuant to the terms of its lending relationship with Ocean Bank to maintain such account in the minimum amount of $2 million.

## Relief Requested

13. The Debtor seeks a waiver of any requirements that mandate that all of the Accounts be closed and that new post-petition bank accounts be opened. Pursuant to the standard Chapter 11 operating practice and United States Trustee Guidelines, the Debtor is required to open new bank accounts upon the filing of the bankruptcy petition and to designate such accounts as "Debtor-in-Possession" on the respective account signature cards. If any such requirements were enforced, the requirements would cause potential loss in revenue and disruption of Debtor's operations, impairing its ability to reorganize.

14. Debtor seeks authorization to continue to service and administer the applicable Accounts as accounts of the Debtor as a debtor-in-possession without interruption and in the usual and ordinary course, and to receive, process and honor and pay any and all checks, drafts, wires, or automated clearing house transfers ("ACH Transfers") drawn on the Accounts after the Petition Date by the holders or makers thereof, as the case may be. Debtor also seeks authority to reimburse the banks for any claim arising prior to or after the Petition Date in connection with customer checks deposited with the banks which have been dishonored or returned for insufficient funds in the applicable customer account; provided, however, that, in addition to the requirements thereof, any checks, drafts, wires, or ACH Transfers drawn or issued by Debtor before the Petition Date shall be timely honored by the banks to the extent necessary to comply with any order(s) of this Court authorizing payment of certain prepetition claims, unless the

banks are instructed by Debtor to stop payment on or otherwise dishonor such check, draft, wire, or ACH Transfer.

15. Notwithstanding anything to the contrary in any other order issued by this Court, Debtor seeks authorization for the banks to accept and honor all representations from Debtor as to which checks, drafts, wires, or ACH Transfers should be honored or dishonored consistent with any order(s) of this Court, whether the checks, drafts, wires, or ACH Transfers are dated prior to, on, or subsequent to the Petition Date, and whether or not the banks believe the payment is or is not authorized by any order(s) of the Court. The banks shall have no duty to inquire as to whether such payments are authorized by any order(s) of this Court and no liability to any party on account of following Debtor's instructions.

16. Debtor seeks authorization for Debtor and the banks to continue to perform pursuant to the terms of any pre-petition agreements that may exist between them and for Debtor to pay the banks any fees, expenses, or other amounts due in connection with such agreements arising prior to or after the Petition Date. The parties to such agreements shall continue to enjoy the rights and remedies afforded them under such agreements, except to the extent modified by the terms of the order or by operation of the Bankruptcy Code.

17. The Debtor anticipates consulting with the United States Trustee's office regarding the continued maintenance of prepetition bank accounts as soon as possible after the filing of this Motion. The Debtor has not had the opportunity to consult with the United Trustee's Office prior to filing this Motion, but will supplement this Motion with the United States Trustee's position as soon as possible.

WHEREFORE, the Debtor respectfully requests entry of an order authorizing the use and maintenance of the Accounts post-petition as further described herein, and granting such other and further relief as is just and proper.

Respectfully submitted this 6th day of July, 2020.

> */s/ Christopher R. Thompson*
> **Eric S. Golden**
> Florida Bar No. 146846
> Email: egolden@burr.com
> **Christopher R. Thompson**
> Florida Bar No. 93102
> Email: crthompson@burr.com
> **BURR & FORMAN LLP**
> 200 S. Orange Avenue, Suite 800
> Orlando, FL  32801
> Phone: (407) 540-6600
> Fax: (407) 540-6601
> *Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice and by United States Mail to all parties on the attached mailing matrix.

> */s/ Christopher R. Thompson*
> **Christopher R. Thompson**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-03799-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Jul  6 10:01:24 EDT 2020 | Universal Towers Construction, Inc.<br>7800 Universal Blvd.<br>Orlando, FL 32819-8950 | ADP<br>1851 N Resler Dr<br>#MS-100<br>El Paso, TX 79912-8023 |
| ADP<br>5800 Windward Pkwy<br>Alpharetta, GA 30005-8881 | ADP<br>P. O. Box 842875<br>Boston, MA 02284-2875 | AT&T (IHG)<br>Three Ravinia Dr., Ste 100<br>Atlanta, GA 30346-2121 |
| Advanced Resourcing LLC<br>9112 Boyce Ave<br>Orlando, FL 32824-8247 | Amadeus Hospitality Americas I<br>29618 Network Place<br>Chicago, IL 60673-1296 | Ambius LLC<br>P. O. Box 14086<br>Reading, PA 19612-4086 |
| Andrews Filter & Supply Corp<br>2309 Coolidge Ave<br>Orlando, FL 32804-4897 | Ashberry Water Condition Inc.<br>2450 E 4th Avenue<br>Tampa, FL 33605-5431 | Birch Street Systems<br>1301 Dove Street Ste 300<br>Newport Beach, CA 92660-2462 |
| Bright House<br>P. O. Box 7'95<br>Pasadena, CA 91102 | Busy Bean Coffee Inc.<br>P. O. Box 350<br>Mount Pleasant, SC 29465-0350 | CCR Solutions, Inc.<br>4351 35th Street<br>Orlando, FL 32811-6509 |
| CIT<br>21146 Network Pl<br>Chicago, IL 60673-1211 | CRB Hospitality Mgmt<br>1650 Sand Lake Rd Ste 130<br>Orlando, FL 32809-7686 | CRB Hospitality Mgmt<br>1650 Sand Lake Road, Ste 101<br>Orlando, FL 32809-7671 |
| Carlson Wagonlit Travel<br>P. O. Box 860487<br>Minneapolis, MN 55486-0487 | Chemsearchfe<br>P. O. Box 971269<br>Dallas, TX 75397-1269 | Cintas Corp<br>97627 Eagle Way<br>Chicago, IL 60678-7627 |
| Cintas Corp<br>P. O. Box 630910<br>Cincinnati, OH 45263-0910 | Commercial Drraperies Inc<br>7681 High Pine Rd<br>Orlando, FL 32819-5166 | Constrazza International Construction, I<br>100 N.E. 3rd Ave, Ste 280<br>Fort Lauderdale, FL 33301-1165 |
| Cusanos Bakery<br>5480 W Hillsboro Blvd<br>Coconut Creek, FL 33073-4307 | Dex Imaging Inc<br>P. O. Box 17299<br>Clearwater, FL 33762-0299 | Dex Imaging Inc.<br>P. O. Box 17454<br>Clearwater, FL 33762-0454 |
| Dex Imaging, Inc.<br>5109 W Lemon St<br>Tampa, FL 33609-1105 | Dormakaba USA Inc.<br>P. O. Box 890247<br>Charlotte, NC 28289-0247 | Dormakaba USA Inc.<br>P. O. Box 896542<br>Charlotte, NC 28289-6542 |

| | | |
|---|---|---|
| Dow Jones & Co Inc.<br>200 Burnett Road<br>Chicopee, MA 01020-4615 | Eckert Seamans Cherin Mellott<br>P. O. Box 643187<br>Pittsburgh, PA 15264-3187 | Ecolab, Inc.<br>P. O. Box 100512<br>Pasadena, CA 91189-0512 |
| Ecolab, Inc.<br>P. O. Box 32027<br>New York, NY 10087-2027 | Ecolab, Inc.<br>P. O. Box 70343<br>Chicago, IL 60673-0343 | Edward Don & Co<br>2562 Paysphere Circle<br>Chicago, IL 60674-0025 |
| Envirostat<br>P. O. Box 592575<br>Orlando, FL 32859-2575 | FPL Energy Services<br>P. O. Box 25426<br>Miami, FL 33102-5426 | FedEx<br>P. O. Box 660481<br>Dallas, TX 75266-0481 |
| FedEx<br>P. O. Box 94515<br>Palatine, IL 60094-4515 | Ferguson Enterprises, Inc.<br>P. O. Box 100286<br>Atlanta, GA 30384-0286 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Freshpoint Central Florida<br>8801 Exchange Drive<br>Orlando, FL 32809-7675 | Frontier Lighting Inc.<br>2090 Palmetto Street<br>Clearwater, FL 33765-2134 | G & R Plumbing Enterprises Inc<br>2545 S Nashville Ave<br>Orlando, FL 32805-5255 |
| Grainger<br>Dept 859552556<br>Kansas City, MO 64141-6267 | Granite<br>P. O. Box 982119<br>Boston, MA 02298-3119 | Granite Telecommunications LLC<br>100 Newport Avenue Ext<br>Quincy, MA 02171-2126 |
| Granite Telecommunications LLC<br>P. O. Box 983119<br>Boston, MA 02298-3119 | Guest Supply Inc.<br>P. O. Box 6771<br>Somerset, NJ 08875-6771 | HCA<br>P. O. Box 459<br>Grafton, IL 62037-0459 |
| HD Supply Facilities Maint<br>P. O. Box 509058<br>San Diego, CA 92150-9058 | Halperns Steak & Seafood<br>P. O. Box 116421<br>Atlanta, GA 30368-6421 | (p)HEART OF THE HOUSE HOSPITALITY<br>2346 S LYNHURST DR STE A201<br>INDIANAPOLIS IN 46241-5168 |
| Heart of the House Hospitality<br>P. O. Box 823424<br>Philadelphia, PA 19182-3424 | Highrock Partners LLC<br>2194 Briarhurst Dr<br>Highlands Ranch, CO 80126-2605 | Holiday Hospitality Franchising, Inc.<br>ATTN: Vice President<br>Franchise Administration & Licensing<br>Three Ravinia Dr, Ste 2900<br>Atlanta, GA 30346-2143 |
| I-Ride Trolley<br>7081 Grand National Dr, Ste 105<br>Orlando, FL 32819-8376 | Industrial Laundry Services LL<br>2302 Mercator Drive, Ste 102<br>Orlando, FL 32807-5300 | Innerworkings Inc.<br>7503 Solutions Ctr<br>Chicago, IL 60677-7005 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Interstate Hotels Company<br>c/o Interstate Hotels & Resorts Inc<br>ATTN: Chief Admin Officer & Gen Counsel<br>4501 N Fairfax Dr., Ste 500<br>Arlington, VA 22203-1668 | Iron Mountain<br>P. O. Box 27128<br>New York, NY 10087-7128 |
| Johnstone Supply<br>1651 S Rio Grande Avenue<br>Orlando, FL 32805-4442 | Kone Inc.<br>One Kone Court<br>Moline, IL 61265-1380 | Lapin Septic Tank Service Inc<br>3031 40th Street<br>Orlando, FL 32839-8624 |
| M7 Services LLC<br>19747 Highway 59 N #340<br>Humble, TX 77338-3536 | M7 Services LLC<br>654 N SH Pkwy E, Ste 110<br>Houston, TX 77060-5903 | Massey Services Inc.<br>P. O. Box 547668<br>Orlando, FL 32854-7668 |
| Mid-America Telephone Systems<br>618 Cepi Drive Ste A<br>Chesterfield, MO 63005-1365 | Milestone Internet Marketing<br>3001 Oakmead Village Drive<br>Santa Clara, CA 95051-0833 | Minuteman Press Sand Lake<br>7751 Kingspointe Pkwy Ste 117<br>Orlando, FL 32819-6503 |
| Mood Media<br>P. O. Box 71070<br>Charlotte, NC 28272-1070 | Nalco Co LLC<br>P. O. Box 70716<br>Chicago, IL 60673-0716 | Nalco Co LLC<br>P. O. Box 730005<br>Dallas, TX 75373-0005 |
| Navisite Inc.<br>P. O. Box 10138<br>Uniondale, NY 11555-0138 | Nor1 Inc<br>3945 Freedom Cir Ste 600<br>Santa Clara, CA 95054-1270 | OUC<br>P. O. Box 31329<br>Tampa, FL 33631-3329 |
| Ocean Bank<br>780 NW 42nd Ave Ste 400<br>Miami, FL 33126-5542 | Ocean Bank<br>c/o Gregory S. Grossman, Esq.<br>1111 Brickell Ave. Ste 1250<br>Miami, FL 33131-3123 | Onpeak<br>8313 Collection Center Dr<br>Chicago, IL 60693-0083 |
| Oracle America Inc.<br>P. O. Box 203448<br>Dallas, TX 75320-3448 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Over the Top Rental Linens<br>6501 N Andrews Ave<br>Fort Lauderdale, FL 33309-2131 |
| Plaza Resort Shoppes<br>9187 Ridge Pine Trl<br>Orlando, FL 32819-4821 | Profitsword<br>9355 Cypress Cove Drive<br>Orlando, FL 32819-5324 | Profitsword<br>P. O. Box 865342<br>Orlando, FL 32886-5342 |
| Proscape<br>285 E Oak Ridge Rd<br>Orlando, FL 32809-4140 | RD Pool Maint Inc<br>2353 N Stewart St<br>Kissimmee, FL 34746-3046 | Red Hawk Fires & Security LLC<br>P. O. Box 530212<br>Atlanta, GA 30353-0212 |

| | | |
|---|---|---|
| Red Hawk Fires & Security LLC<br>P. O. Box 842422<br>Boston, MA 02284-2422 | Royal Cup Inc.<br>P. O. Box 841000<br>Dallas, TX 75284-1000 | Sheraton Lake Buena Vista<br>12205 Apopka-Vineland Rd<br>Orlando, FL 32836-6804 |
| Sherwin Williams<br>8414 S. Orange Blossom Trail<br>Orlando, FL 32809-7906 | Shoes for Crews Inc<br>250 S. Australian Avenue<br>West Palm Beach, FL 33401-5018 | Shred-It USA<br>23166 Network Pl<br>Chicago, IL 60673-1252 |
| Shred-It USA<br>28883 Network Pl<br>Chicago, IL 60673-1288 | Shred-It USA<br>P. O. Box 101007<br>Pasadena, CA 91189-1007 | Skal Intl Orlando<br>P. O. Box 720423<br>Orlando, FL 32872-0423 |
| Southern Aluminum<br>P. O. Box 884<br>Magnolia, AR 71754-0884 | Squirrel Systems<br>PMB 740<br>Blaine, WA 98230-4033 | Staples Business Advantage<br>P. O. Box 70242<br>Philadelphia, PA 19176-0242 |
| Summit Broadband<br>P. O. Box 10822<br>Naples, FL 34101-0822 | Summit Broadband Inc.<br>4558 35th Street Ste 100<br>Orlando, FL 32811-6541 | Sunbrite Outdoor Furniture Inc.<br>610 Irene Street<br>Orlando, FL 32805-1050 |
| Superior Fire<br>397 Enterprise St. Ste C<br>Ocoee, FL 34761-3035 | System Tech Services Inc<br>851 Central Park Dr<br>Sanford, FL 32771-6602 | TG Lee Dairy<br>P. O. Box 746108<br>Atlanta, GA 30374-6108 |
| TWC Services Inc<br>5080 Highlands Pkwy, Ste A150<br>Smyrna, GA 30082-5155 | TWC Services Inc<br>P. O. Box 1612<br>Des Moines, IA 50306-1612 | Talentwise<br>P. O. Box 3876<br>Seattle, WA 98124-3876 |
| Team Travel Source<br>12910 Shelbyville Road Ste 215<br>Louisville, KY 40243-1594 | Teco<br>P. O. Box 31318<br>Tampa, FL 33631-3318 | The Battery Bank<br>2565 Pemberton Drive<br>Apopka, FL 32703-9458 |
| The Battery Bank<br>4502 35th Street #700<br>Orlando, FL 32811-6547 | Tingue Brown & Co<br>P. O. Box 824619<br>Philadelphia, PA 19182-4619 | Travelclick Inc<br>300 N Martingale Rd Ste 650<br>Schaumburg, IL 60173-2089 |
| Travelclick Inc<br>P. O. Box 71199<br>Chicago, IL 60694-1199 | UPS Freight<br>P. O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | US Foodservice Inc.<br>P. O. Box 198421<br>Atlanta, GA 30384-8421 |

| | | |
|---|---|---|
| Uniguest<br>P. O. Box 306225<br>Nashville, TN 37230-6225 | Visit Orlando<br>6277 Sea Harbor Dr, Ste 400<br>Orlando, FL 32821-8043 | Waste Connect<br>1099 Miller Drive<br>Altamonte Springs, FL 32701-2069 |
| Waste Connections of Florida<br>P. O. Box 535233<br>Pittsburgh, PA 15253-5233 | Waste Connections of Florida<br>P. O. Box 742695<br>Cincinnati, OH 45274-2695 | Whaley Parts & Supply<br>P. O. Box 615<br>Lexington, SC 29071-0615 |
| Whaley Parts & Supply<br>P. O. Box 890962<br>Charlotte, NC 28289-0962 | Winter Park Photography<br>1808 Magnolia Ave<br>Winter Park, FL 32789-6312 | Eric S Golden +<br>Burr & Forman LLP<br>200 S. Orange Avenue, Ste 800<br>Orlando, FL 32801-6404 |

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Heart of the House Hospitality
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

End of Label Matrix
Mailable recipients   129
Bypassed recipients     1
Total                 130