UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION, INC.,

CASE NO. 6:20-bk-03799
Chapter 11

Debtor.
_____/

**CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING**

I HEREBY CERTIFY, as a member of the bar of the Court, that I have carefully examined matters under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matters under consideration are not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following Motion on an emergency basis:

Debtor's Emergency Motion for Authority to Maintain Prepetition Bank Accounts (Doc. No. __)

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically because the Debtor seeks, among other things, to maintain its prepetition bank accounts, rather than closing all such accounts and reopening all new DIP bank accounts. The Debtor relies on its primary operating account to make payroll, pay utilities, pay vendors, and to pay all other necessary expenses and costs associated with its business. The Debtor's other bank accounts also serve important, discrete functions. Therefore, maintaining the current accounts is therefore critical to avoid disruption to the Debtor's operations.

43758179 v1

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that the Motions are filed with a full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED this 6th day of July, 2020.

>/s/ Christopher R. Thompson
**Eric S. Golden**
Florida Bar No. 146846
Email: egolden@burr.com
**Christopher R. Thompson**
Florida Bar No. 93102
Email: crthompson@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Phone: (407) 540-6600
Fax: (407) 540-6601
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice, and by United States Mail to all parties on the attached mailing matrix.

>/s/ Christopher R. Thompson
Christopher R. Thompson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-03799-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Jul  6 10:01:24 EDT 2020 | Universal Towers Construction, Inc.<br>7800 Universal Blvd.<br>Orlando, FL 32819-8950 | ADP<br>1851 N Resler Dr<br>#MS-100<br>El Paso, TX 79912-8023 |
| ADP<br>5800 Windward Pkwy<br>Alpharetta, GA 30005-8881 | ADP<br>P. O. Box 842875<br>Boston, MA 02284-2875 | AT&T (IHG)<br>Three Ravinia Dr., Ste 100<br>Atlanta, GA 30346-2121 |
| Advanced Resourcing LLC<br>9112 Boyce Ave<br>Orlando, FL 32824-8247 | Amadeus Hospitality Americas I<br>29618 Network Place<br>Chicago, IL 60673-1296 | Ambius LLC<br>P. O. Box 14086<br>Reading, PA 19612-4086 |
| Andrews Filter & Supply Corp<br>2309 Coolidge Ave<br>Orlando, FL 32804-4897 | Ashberry Water Condition Inc.<br>2450 E 4th Avenue<br>Tampa, FL 33605-5431 | Birch Street Systems<br>1301 Dove Street Ste 300<br>Newport Beach, CA 92660-2462 |
| Bright House<br>P. O. Box 7'95<br>Pasadena, CA 91102 | Busy Bean Coffee Inc.<br>P. O. Box 350<br>Mount Pleasant, SC 29465-0350 | CCR Solutions, Inc.<br>4351 35th Street<br>Orlando, FL 32811-6509 |
| CIT<br>21146 Network Pl<br>Chicago, IL 60673-1211 | CRB Hospitality Mgmt<br>1650 Sand Lake Rd Ste 130<br>Orlando, FL 32809-7686 | CRB Hospitality Mgmt<br>1650 Sand Lake Road, Ste 101<br>Orlando, FL 32809-7671 |
| Carlson Wagonlit Travel<br>P. O. Box 860487<br>Minneapolis, MN 55486-0487 | Chemsearchfe<br>P. O. Box 971269<br>Dallas, TX 75397-1269 | Cintas Corp<br>97627 Eagle Way<br>Chicago, IL 60678-7627 |
| Cintas Corp<br>P. O. Box 630910<br>Cincinnati, OH 45263-0910 | Commercial Drraperies Inc<br>7681 High Pine Rd<br>Orlando, FL 32819-5166 | Constrazza International Construction, I<br>100 N.E. 3rd Ave, Ste 280<br>Fort Lauderdale, FL 33301-1165 |
| Cusanos Bakery<br>5480 W Hillsboro Blvd<br>Coconut Creek, FL 33073-4307 | Dex Imaging Inc<br>P. O. Box 17299<br>Clearwater, FL 33762-0299 | Dex Imaging Inc.<br>P. O. Box 17454<br>Clearwater, FL 33762-0454 |
| Dex Imaging, Inc.<br>5109 W Lemon St<br>Tampa, FL 33609-1105 | Dormakaba USA Inc.<br>P. O. Box 890247<br>Charlotte, NC 28289-0247 | Dormakaba USA Inc.<br>P. O. Box 896542<br>Charlotte, NC 28289-6542 |

Dow Jones & Co Inc.
200 Burnett Road
Chicopee, MA 01020-4615

Eckert Seamans Cherin Mellott
P. O. Box 643187
Pittsburgh, PA 15264-3187

Ecolab, Inc.
P. O. Box 100512
Pasadena, CA 91189-0512

Ecolab, Inc.
P. O. Box 32027
New York, NY 10087-2027

Ecolab, Inc.
P. O. Box 70343
Chicago, IL 60673-0343

Edward Don & Co
2562 Paysphere Circle
Chicago, IL 60674-0025

Envirostat
P. O. Box 592575
Orlando, FL 32859-2575

FPL Energy Services
P. O. Box 25426
Miami, FL 33102-5426

FedEx
P. O. Box 660481
Dallas, TX 75266-0481

FedEx
P. O. Box 94515
Palatine, IL 60094-4515

Ferguson Enterprises, Inc.
P. O. Box 100286
Atlanta, GA 30384-0286

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Freshpoint Central Florida
8801 Exchange Drive
Orlando, FL 32809-7675

Frontier Lighting Inc.
2090 Palmetto Street
Clearwater, FL 33765-2134

G & R Plumbing Enterprises Inc
2545 S Nashville Ave
Orlando, FL 32805-5255

Grainger
Dept 859552556
Kansas City, MO 64141-6267

Granite
P. O. Box 982119
Boston, MA 02298-3119

Granite Telecommunications LLC
100 Newport Avenue Ext
Quincy, MA 02171-2126

Granite Telecommunications LLC
P. O. Box 983119
Boston, MA 02298-3119

Guest Supply Inc.
P. O. Box 6771
Somerset, NJ 08875-6771

HCA
P. O. Box 459
Grafton, IL 62037-0459

HD Supply Facilities Maint
P. O. Box 509058
San Diego, CA 92150-9058

Halperns Steak & Seafood
P. O. Box 116421
Atlanta, GA 30368-6421

(p)HEART OF THE HOUSE HOSPITALITY
2346 S LYNHURST DR STE A201
INDIANAPOLIS IN 46241-5168

Heart of the House Hospitality
P. O. Box 823424
Philadelphia, PA 19182-3424

Highrock Partners LLC
2194 Briarhurst Dr
Highlands Ranch, CO 80126-2605

Holiday Hospitality Franchising, Inc.
ATTN: Vice President
Franchise Administration & Licensing
Three Ravinia Dr, Ste 2900
Atlanta, GA 30346-2143

I-Ride Trolley
7081 Grand National Dr, Ste 105
Orlando, FL 32819-8376

Industrial Laundry Services LL
2302 Mercator Drive, Ste 102
Orlando, FL 32807-5300

Innerworkings Inc.
7503 Solutions Ctr
Chicago, IL 60677-7005

| | | |
|---|---|---|
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Interstate Hotels Company<br>c/o Interstate Hotels & Resorts Inc<br>ATTN: Chief Admin Officer & Gen Counsel<br>4501 N Fairfax Dr., Ste 500<br>Arlington, VA 22203-1668 | Iron Mountain<br>P. O. Box 27128<br>New York, NY 10087-7128 |
| Johnstone Supply<br>1651 S Rio Grande Avenue<br>Orlando, FL 32805-4442 | Kone Inc.<br>One Kone Court<br>Moline, IL 61265-1380 | Lapin Septic Tank Service Inc<br>3031 40th Street<br>Orlando, FL 32839-8624 |
| M7 Services LLC<br>19747 Highway 59 N #340<br>Humble, TX 77338-3536 | M7 Services LLC<br>654 N SH Pkwy E, Ste 110<br>Houston, TX 77060-5903 | Massey Services Inc.<br>P. O. Box 547668<br>Orlando, FL 32854-7668 |
| Mid-America Telephone Systems<br>618 Cepi Drive Ste A<br>Chesterfield, MO 63005-1365 | Milestone Internet Marketing<br>3001 Oakmead Village Drive<br>Santa Clara, CA 95051-0833 | Minuteman Press Sand Lake<br>7751 Kingspointe Pkwy Ste 117<br>Orlando, FL 32819-6503 |
| Mood Media<br>P. O. Box 71070<br>Charlotte, NC 28272-1070 | Nalco Co LLC<br>P. O. Box 70716<br>Chicago, IL 60673-0716 | Nalco Co LLC<br>P. O. Box 730005<br>Dallas, TX 75373-0005 |
| Navisite Inc.<br>P. O. Box 10138<br>Uniondale, NY 11555-0138 | Nor1 Inc<br>3945 Freedom Cir Ste 600<br>Santa Clara, CA 95054-1270 | OUC<br>P. O. Box 31329<br>Tampa, FL 33631-3329 |
| Ocean Bank<br>780 NW 42nd Ave Ste 400<br>Miami, FL 33126-5542 | Ocean Bank<br>c/o Gregory S. Grossman, Esq.<br>1111 Brickell Ave. Ste 1250<br>Miami, FL 33131-3123 | Onpeak<br>8313 Collection Center Dr<br>Chicago, IL 60693-0083 |
| Oracle America Inc.<br>P. O. Box 203448<br>Dallas, TX 75320-3448 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Over the Top Rental Linens<br>6501 N Andrews Ave<br>Fort Lauderdale, FL 33309-2131 |
| Plaza Resort Shoppes<br>9187 Ridge Pine Trl<br>Orlando, FL 32819-4821 | Profitsword<br>9355 Cypress Cove Drive<br>Orlando, FL 32819-5324 | Profitsword<br>P. O. Box 865342<br>Orlando, FL 32886-5342 |
| Proscape<br>285 E Oak Ridge Rd<br>Orlando, FL 32809-4140 | RD Pool Maint Inc<br>2353 N Stewart St<br>Kissimmee, FL 34746-3046 | Red Hawk Fires & Security LLC<br>P. O. Box 530212<br>Atlanta, GA 30353-0212 |

Red Hawk Fires & Security LLC
P. O. Box 842422
Boston, MA 02284-2422

Royal Cup Inc.
P. O. Box 841000
Dallas, TX 75284-1000

Sheraton Lake Buena Vista
12205 Apopka-Vineland Rd
Orlando, FL 32836-6804

Sherwin Williams
8414 S. Orange Blossom Trail
Orlando, FL 32809-7906

Shoes for Crews Inc
250 S. Australian Avenue
West Palm Beach, FL 33401-5018

Shred-It USA
23166 Network Pl
Chicago, IL 60673-1252

Shred-It USA
28883 Network Pl
Chicago, IL 60673-1288

Shred-It USA
P. O. Box 101007
Pasadena, CA 91189-1007

Skal Intl Orlando
P. O. Box 720423
Orlando, FL 32872-0423

Southern Aluminum
P. O. Box 884
Magnolia, AR 71754-0884

Squirrel Systems
PMB 740
Blaine, WA 98230-4033

Staples Business Advantage
P. O. Box 70242
Philadelphia, PA 19176-0242

Summit Broadband
P. O. Box 10822
Naples, FL 34101-0822

Summit Broadband Inc.
4558 35th Street Ste 100
Orlando, FL 32811-6541

Sunbrite Outdoor Furniture Inc.
610 Irene Street
Orlando, FL 32805-1050

Superior Fire
397 Enterprise St. Ste C
Ocoee, FL 34761-3035

System Tech Services Inc
851 Central Park Dr
Sanford, FL 32771-6602

TG Lee Dairy
P. O. Box 746108
Atlanta, GA 30374-6108

TWC Services Inc
5080 Highlands Pkwy, Ste A150
Smyrna, GA 30082-5155

TWC Services Inc
P. O. Box 1612
Des Moines, IA 50306-1612

Talentwise
P. O. Box 3876
Seattle, WA 98124-3876

Team Travel Source
12910 Shelbyville Road Ste 215
Louisville, KY 40243-1594

Teco
P. O. Box 31318
Tampa, FL 33631-3318

The Battery Bank
2565 Pemberton Drive
Apopka, FL 32703-9458

The Battery Bank
4502 35th Street #700
Orlando, FL 32811-6547

Tingue Brown & Co
P. O. Box 824619
Philadelphia, PA 19182-4619

Travelclick Inc
300 N Martingale Rd Ste 650
Schaumburg, IL 60173-2089

Travelclick Inc
P. O. Box 71199
Chicago, IL 60694-1199

UPS Freight
P. O. Box 7247-0244
Philadelphia, PA 19170-0001

US Foodservice Inc.
P. O. Box 198421
Atlanta, GA 30384-8421

| | | |
|---|---|---|
| Uniguest<br>P. O. Box 306225<br>Nashville, TN 37230-6225 | Visit Orlando<br>6277 Sea Harbor Dr, Ste 400<br>Orlando, FL 32821-8043 | Waste Connect<br>1099 Miller Drive<br>Altamonte Springs, FL 32701-2069 |
| Waste Connections of Florida<br>P. O. Box 535233<br>Pittsburgh, PA 15253-5233 | Waste Connections of Florida<br>P. O. Box 742695<br>Cincinnati, OH 45274-2695 | Whaley Parts & Supply<br>P. O. Box 615<br>Lexington, SC 29071-0615 |
| Whaley Parts & Supply<br>P. O. Box 890962<br>Charlotte, NC 28289-0962 | Winter Park Photography<br>1808 Magnolia Ave<br>Winter Park, FL 32789-6312 | Eric S Golden +<br>Burr & Forman LLP<br>200 S. Orange Avenue, Ste 800<br>Orlando, FL 32801-6404 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Heart of the House Hospitality
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Summit Broadband Inc.<br>P. O. Box 10822<br>Naples, FL 34101-0822 | End of Label Matrix<br>Mailable recipients   129<br>Bypassed recipients     1<br>Total                  130 |