UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION,             CASE NO. 6:20-bk-03799-
INC.,                                                        Chapter 11

      Debtor.

_____/

**DEBTOR'S MOTION FOR AUTHORITY
TO PAY PREPETITION WAGES AND SALARIES**

Universal Towers Construction, Inc., as debtor and debtor-in-possession (the "Debtor"), by and through its undersigned counsel, and pursuant to 11 U.S.C. §§ 105(a) and 507(a)(4)(A), moves the Court for authority to pay prepetition wages, salaries, and benefits outstanding on the Petition Date, and in support states as follows:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 409.

**Background**

3.      On July 3, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the Unites States Code (the "Bankruptcy Code"), initiating this case.

4.      The Debtor is continuing in possession of its property and is operating and managing itself as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

5.      No trustee or examiner has been appointed, and no committees have been appointed or designated.

43755184 v1

6.      The Debtor owns and operates the Crowne Plaza Universal Orlando Hotel on Universal Boulevard in Orlando, Florida (the "Hotel").  The Hotel is a 400-room hotel located in the heart of Orlando's tourism center, and caters to all types of travelers.  The Debtor is a party to a Management Agreement with Aimbridge Hospitality, as successor by merger with Interstate Hotels of Delaware Company a/k/a Interstate Hotels Company, a Delaware subsidiary corporation of Interstate Hotels & Resorts, a Delaware corporation (the "Manager"), which staffs and manages all aspects of the Hotel business.

7.      The Debtor employs one (1) officer directly, its President, Ms. Lis Oliveira-Sommerville ("Sommerville").  Sommerville is not an affiliate as defined under 11 U.S.C. § 101(3); she holds no equity interests in the Debtor or its affiliates.  Sommerville's job duties include: overseeing day-to-day operations at the Hotel and communicating directly with the Debtor's Brazilian-court appointed Directors regarding the management and operations of the Hotel and the Debtor.

8.      The Debtor pays Sommerville monthly on the first of each month in arears for the salary accrued for the prior month.  Sommerville's current salary is $87,255.12; she receives no other benefits from the Debtor.  The Debtor paid Sommerville most recently on July 2, 2020, for the salary earned for the month of June 2020.  Sommerville's pro-rated salary earned on July 1st and 2nd, 2020, in the approximate amount of $632.28, is scheduled to be paid in the ordinary course of business on August 1, 2020.  Through this Motion, the Debtor seeks authority to pay such pre-petition portion of Sommerville's salary in the ordinary course of business.

9.      The estimated amounts to be withheld from Sommerville's pre-petition wages are as follows: (1) Federal income tax - $62.66; (2) Social Security - $39.20; (3) Medicare - $9.17.

10. The Manager employs fifty-five (55) full and part-time, non-affiliate employees dedicated to managing and operating the Hotel (collectively, the "Hotel Employees"). The Debtor directly pays the Hotel Employees' salaries, wages, and benefits through a joint operating bank account with Manager.

11. All Hotel Employees are all paid on the same biweekly schedule. The Hotel Employees' payroll period starts on Friday and ends on Thursday for each two-week pay period. The Hotel Employees are paid on Friday for wages earned during the prior two-week period.

12. The most recent payroll period for the Hotel Employees that ended prior to the Petition Date ended on Thursday, June 25, 2020. All Hotel Employees were paid wages owed from the most recent payroll period on Friday, July 3, 2020, prior to the filing of this case.

13. Pre-petition wages will be earned and owed to the Hotel Employees for all time accrued from June 26 through July 2, 2020 (the "Prepetition Period"), and are scheduled to be paid in the ordinary course of business on Friday, July 17, 2020. A spreadsheet showing the names, hours worked, and wages earned for the Prepetition Period for each of the Hotel Employees who worked during, and are owed wages for, the Prepetition Period is attached hereto as **Exhibit A**. Such prepetition wages do not include any unpaid and accrued bonuses.

14. As reflected on Exhibit A, the Hotel Employees have the following respective job description, or provide the following services critical to the Hotel's continued operation: front office and rooms management; front desk services; room attendants; quality assurance; laundry services; room reservations agent; food and beverage management, including chefs, cooks, servers, and bussers; general hotel management; accounting; security; human resources; sales; catering and banquet services; and maintenance and engineering.

15.     A summary of the pre-petition wages and estimated withholdings for the Hotel Employees is as follows:

| | |
|---|---|
| Aggregate Gross Prepetition Wages | $29,741.02 |
| Estimated Federal Income Tax Withholding | $2,346.94 |
| Estimated Social Security Withholding | $1,535.37 |
| Estimated Medicare Withholding | $392.61 |
| Other Withholdings and Deductions | $2,974.10 |

## Relief Requested

16.     Pursuant to 11 U.S.C. §§ 105(a) (and the doctrine of necessity) and 507(a)(4)(A), the Debtor seeks authority to pay in the ordinary course of business (i) all wages and salary earned by Sommerville for July 1st and 2nd, 2020, on the next regularly scheduled pay day, August 1, 2020, and (ii) all unpaid wages owed to the Hotel Employees that accrued during the Prepetition Period that are scheduled to be paid on July 17, 2020.  The Debtor asks the Court to authorize the payment of pre-petition wages to prevent any Hotel Employees from leaving due to non-payment and to avoid a negative impact on employee morale while at work. If the employees are not paid as requested, it will impair the Debtor's ability to successfully reorganize.

17.     Sommerville and the Hotel Employees are indispensable for the Hotel's operations at this crucial juncture.  In light of the COVID-19 pandemic and the resulting precipitous drop in occupancy at the Hotel since March 2020, which continues through today, the Debtor has already been forced to furlough three (3) employees, and to lay off or terminate the employment of 27 employees prior, to the Petition Date.  The remaining Hotel Employees are the bare minimum, essential staff required to operate the Hotel.

18.     Sommerville is particularly important to the continued functioning of the Hotel and the Debtor's operations during this bankruptcy case.  She has been employed by the Debtor for 11 years, primarily as the Executive Assistant to the former President and sole Director for the Debtor, Mr. Francisco Bomfim.  A Brazilian court relieved Mr. Bomfim of his duties as President and sole Director of the Debtor just weeks ago on or around June 16, 2020, and subsequently appointed Sommerville as the President of the Debtor.  Sommerville is the glue that keeps the Debtor and the Hotel running smoothly.  Accordingly, the Debtor must continue to pay Sommerville in the ordinary course of business or risk losing her, which will leave an immense void that few, if any, people would be able to fill at this time.

19.     In addition, the Debtor has received a loan through the Payroll Protection Program loan program under the CARES Act passed by Congress on March 27, 2020.  The Debtor received $673,340.00 in loan proceeds through its lender, Ocean Bank (the "PPP Loan").  The PPP Loan is unsecured, and if the Debtor meets certain benchmarks, including a certain percentage of the PPP Loan funds for payment of wages and retaining its employees during the loan period, the principal and interest on the PPP Loan will be forgiven.

20.     Accordingly, for the foregoing reasons, the Debtor will suffer irreparable harm if it is not permitted to pay the prepetition wages, salaries, and benefits accrued and earned prior to the Petition Date.

21.     The Debtor will pay all applicable payroll taxes and related benefits concurrently with payment of the wages listed herein, as required by all applicable laws.

WHEREFORE, the Debtor respectfully requests the Court to enter an Order authorizing it to pay all pre-petition wages, salaries, and benefits of Sommerville and the Hotel Employees in

the amounts indicated hereinabove, and granting such further relief as this Court deems just and proper.

        Respectfully submitted this 6th day of July, 2020.

*/s/ Christopher R. Thompson*
**Eric S. Golden**
Florida Bar No. 146846
Email: egolden@burr.com
**Christopher R. Thompson**
Florida Bar No. 93102
Email: crthompson@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Phone: (407) 540-6600
Fax: (407) 540-6601
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice and by United States Mail to all parties on the attached mailing matrix.

*/s/ Christopher R. Thompson*
Christopher R. Thompson

Label Matrix for local noticing
113A-6
Case 6:20-bk-03799-KSJ
Middle District of Florida
Orlando
Mon Jul  6 10:01:24 EDT 2020

Universal Towers Construction, Inc.
7800 Universal Blvd.
Orlando, FL 32819-8950

ADP
1851 N Resler Dr
#MS-100
El Paso, TX 79912-8023

ADP
5800 Windward Pkwy
Alpharetta, GA 30005-8881

ADP
P. O. Box 842875
Boston, MA 02284-2875

AT&T (IHG)
Three Ravinia Dr., Ste 100
Atlanta, GA 30346-2121

Advanced Resourcing LLC
9112 Boyce Ave
Orlando, FL 32824-8247

Amadeus Hospitality Americas I
29618 Network Place
Chicago, IL 60673-1296

Ambius LLC
P. O. Box 14086
Reading, PA 19612-4086

Andrews Filter & Supply Corp
2309 Coolidge Ave
Orlando, FL 32804-4897

Ashberry Water Condition Inc.
2450 E 4th Avenue
Tampa, FL 33605-5431

Birch Street Systems
1301 Dove Street Ste 300
Newport Beach, CA 92660-2462

Bright House
P. O. Box 7'95
Pasadena, CA 91102

Busy Bean Coffee Inc.
P. O. Box 350
Mount Pleasant, SC 29465-0350

CCR Solutions, Inc.
4351 35th Street
Orlando, FL 32811-6509

CIT
21146 Network Pl
Chicago, IL 60673-1211

CRB Hospitality Mgmt
1650 Sand Lake Rd Ste 130
Orlando, FL 32809-7686

CRB Hospitality Mgmt
1650 Sand Lake Road, Ste 101
Orlando, FL 32809-7671

Carlson Wagonlit Travel
P. O. Box 860487
Minneapolis, MN 55486-0487

Chemsearchfe
P. O. Box 971269
Dallas, TX 75397-1269

Cintas Corp
97627 Eagle Way
Chicago, IL 60678-7627

Cintas Corp
P. O. Box 630910
Cincinnati, OH 45263-0910

Commercial Drraperies Inc
7681 High Pine Rd
Orlando, FL 32819-5166

Constrazza International Construction, I
100 N.E. 3rd Ave, Ste 280
Fort Lauderdale, FL 33301-1165

Cusanos Bakery
5480 W Hillsboro Blvd
Coconut Creek, FL 33073-4307

Dex Imaging Inc
P. O. Box 17299
Clearwater, FL 33762-0299

Dex Imaging Inc.
P. O. Box 17454
Clearwater, FL 33762-0454

Dex Imaging, Inc.
5109 W Lemon St
Tampa, FL 33609-1105

Dormakaba USA Inc.
P. O. Box 890247
Charlotte, NC 28289-0247

Dormakaba USA Inc.
P. O. Box 896542
Charlotte, NC 28289-6542

Dow Jones & Co Inc.
200 Burnett Road
Chicopee, MA 01020-4615

Eckert Seamans Cherin Mellott
P. O. Box 643187
Pittsburgh, PA 15264-3187

Ecolab, Inc.
P. O. Box 100512
Pasadena, CA 91189-0512

Ecolab, Inc.
P. O. Box 32027
New York, NY 10087-2027

Ecolab, Inc.
P. O. Box 70343
Chicago, IL 60673-0343

Edward Don & Co
2562 Paysphere Circle
Chicago, IL 60674-0025

Envirostat
P. O. Box 592575
Orlando, FL 32859-2575

FPL Energy Services
P. O. Box 25426
Miami, FL 33102-5426

FedEx
P. O. Box 660481
Dallas, TX 75266-0481

FedEx
P. O. Box 94515
Palatine, IL 60094-4515

Ferguson Enterprises, Inc.
P. O. Box 100286
Atlanta, GA 30384-0286

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Freshpoint Central Florida
8801 Exchange Drive
Orlando, FL 32809-7675

Frontier Lighting Inc.
2090 Palmetto Street
Clearwater, FL 33765-2134

G & R Plumbing Enterprises Inc
2545 S Nashville Ave
Orlando, FL 32805-5255

Grainger
Dept 859552556
Kansas City, MO 64141-6267

Granite
P. O. Box 982119
Boston, MA 02298-3119

Granite Telecommunications LLC
100 Newport Avenue Ext
Quincy, MA 02171-2126

Granite Telecommunications LLC
P. O. Box 983119
Boston, MA 02298-3119

Guest Supply Inc.
P. O. Box 6771
Somerset, NJ 08875-6771

HCA
P. O. Box 459
Grafton, IL 62037-0459

HD Supply Facilities Maint
P. O. Box 509058
San Diego, CA 92150-9058

Halperns Steak & Seafood
P. O. Box 116421
Atlanta, GA 30368-6421

(p)HEART OF THE HOUSE HOSPITALITY
2346 S LYNHURST DR STE A201
INDIANAPOLIS IN 46241-5168

Heart of the House Hospitality
P. O. Box 823424
Philadelphia, PA 19182-3424

Highrock Partners LLC
2194 Briarhurst Dr
Highlands Ranch, CO 80126-2605

Holiday Hospitality Franchising, Inc.
ATTN: Vice President
Franchise Administration & Licensing
Three Ravinia Dr, Ste 2900
Atlanta, GA 30346-2143

I-Ride Trolley
7081 Grand National Dr, Ste 105
Orlando, FL 32819-8376

Industrial Laundry Services LL
2302 Mercator Drive, Ste 102
Orlando, FL 32807-5300

Innerworkings Inc.
7503 Solutions Ctr
Chicago, IL 60677-7005

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Interstate Hotels Company
c/o Interstate Hotels & Resorts Inc
ATTN: Chief Admin Officer & Gen Counsel
4501 N Fairfax Dr., Ste 500
Arlington, VA 22203-1668

Iron Mountain
P. O. Box 27128
New York, NY 10087-7128

Johnstone Supply
1651 S Rio Grande Avenue
Orlando, FL 32805-4442

Kone Inc.
One Kone Court
Moline, IL 61265-1380

Lapin Septic Tank Service Inc
3031 40th Street
Orlando, FL 32839-8624

M7 Services LLC
19747 Highway 59 N #340
Humble, TX 77338-3536

M7 Services LLC
654 N SH Pkwy E, Ste 110
Houston, TX 77060-5903

Massey Services Inc.
P. O. Box 547668
Orlando, FL 32854-7668

Mid-America Telephone Systems
618 Cepi Drive Ste A
Chesterfield, MO 63005-1365

Milestone Internet Marketing
3001 Oakmead Village Drive
Santa Clara, CA 95051-0833

Minuteman Press Sand Lake
7751 Kingspointe Pkwy Ste 117
Orlando, FL 32819-6503

Mood Media
P. O. Box 71070
Charlotte, NC 28272-1070

Nalco Co LLC
P. O. Box 70716
Chicago, IL 60673-0716

Nalco Co LLC
P. O. Box 730005
Dallas, TX 75373-0005

Navisite Inc.
P. O. Box 10138
Uniondale, NY 11555-0138

Nor1 Inc
3945 Freedom Cir Ste 600
Santa Clara, CA 95054-1270

OUC
P. O. Box 31329
Tampa, FL 33631-3329

Ocean Bank
780 NW 42nd Ave Ste 400
Miami, FL 33126-5542

Ocean Bank
c/o Gregory S. Grossman, Esq.
1111 Brickell Ave. Ste 1250
Miami, FL 33131-3123

Onpeak
8313 Collection Center Dr
Chicago, IL 60693-0083

Oracle America Inc.
P. O. Box 203448
Dallas, TX 75320-3448

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Over the Top Rental Linens
6501 N Andrews Ave
Fort Lauderdale, FL 33309-2131

Plaza Resort Shoppes
9187 Ridge Pine Trl
Orlando, FL 32819-4821

Profitsword
9355 Cypress Cove Drive
Orlando, FL 32819-5324

Profitsword
P. O. Box 865342
Orlando, FL 32886-5342

Proscape
285 E Oak Ridge Rd
Orlando, FL 32809-4140

RD Pool Maint Inc
2353 N Stewart St
Kissimmee, FL 34746-3046

Red Hawk Fires & Security LLC
P. O. Box 530212
Atlanta, GA 30353-0212

Red Hawk Fires & Security LLC
P. O. Box 842422
Boston, MA 02284-2422

Royal Cup Inc.
P. O. Box 841000
Dallas, TX 75284-1000

Sheraton Lake Buena Vista
12205 Apopka-Vineland Rd
Orlando, FL 32836-6804

Sherwin Williams
8414 S. Orange Blossom Trail
Orlando, FL 32809-7906

Shoes for Crews Inc
250 S. Australian Avenue
West Palm Beach, FL 33401-5018

Shred-It USA
23166 Network Pl
Chicago, IL 60673-1252

Shred-It USA
28883 Network Pl
Chicago, IL 60673-1288

Shred-It USA
P. O. Box 101007
Pasadena, CA 91189-1007

Skal Intl Orlando
P. O. Box 720423
Orlando, FL 32872-0423

Southern Aluminum
P. O. Box 884
Magnolia, AR 71754-0884

Squirrel Systems
PMB 740
Blaine, WA 98230-4033

Staples Business Advantage
P. O. Box 70242
Philadelphia, PA 19176-0242

Summit Broadband
P. O. Box 10822
Naples, FL 34101-0822

Summit Broadband Inc.
4558 35th Street Ste 100
Orlando, FL 32811-6541

Sunbrite Outdoor Furniture Inc.
610 Irene Street
Orlando, FL 32805-1050

Superior Fire
397 Enterprise St. Ste C
Ocoee, FL 34761-3035

System Tech Services Inc
851 Central Park Dr
Sanford, FL 32771-6602

TG Lee Dairy
P. O. Box 746108
Atlanta, GA 30374-6108

TWC Services Inc
5080 Highlands Pkwy, Ste A150
Smyrna, GA 30082-5155

TWC Services Inc
P. O. Box 1612
Des Moines, IA 50306-1612

Talentwise
P. O. Box 3876
Seattle, WA 98124-3876

Team Travel Source
12910 Shelbyville Road Ste 215
Louisville, KY 40243-1594

Teco
P. O. Box 31318
Tampa, FL 33631-3318

The Battery Bank
2565 Pemberton Drive
Apopka, FL 32703-9458

The Battery Bank
4502 35th Street #700
Orlando, FL 32811-6547

Tingue Brown & Co
P. O. Box 824619
Philadelphia, PA 19182-4619

Travelclick Inc
300 N Martingale Rd Ste 650
Schaumburg, IL 60173-2089

Travelclick Inc
P. O. Box 71199
Chicago, IL 60694-1199

UPS Freight
P. O. Box 7247-0244
Philadelphia, PA 19170-0001

US Foodservice Inc.
P. O. Box 198421
Atlanta, GA 30384-8421

Uniguest
P. O. Box 306225
Nashville, TN 37230-6225

Visit Orlando
6277 Sea Harbor Dr, Ste 400
Orlando, FL 32821-8043

Waste Connect
1099 Miller Drive
Altamonte Springs, FL 32701-2069

Waste Connections of Florida
P. O. Box 535233
Pittsburgh, PA 15253-5233

Waste Connections of Florida
P. O. Box 742695
Cincinnati, OH 45274-2695

Whaley Parts & Supply
P. O. Box 615
Lexington, SC 29071-0615

Whaley Parts & Supply
P. O. Box 890962
Charlotte, NC 28289-0962

Winter Park Photography
1808 Magnolia Ave
Winter Park, FL 32789-6312

Eric S Golden +
Burr & Forman LLP
200 S. Orange Avenue, Ste 800
Orlando, FL 32801-6404

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Heart of the House Hospitality
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

End of Label Matrix
Mailable recipients   129
Bypassed recipients     1
Total               130

# Exhibit A

## 1QB - Crowne Plaza Orlando  Universal
### Hours Worked Summary - Worked Hours
### By Site, Department, Position, Employee for 06/26/2020 To 07/02/2020
### 154 - 1QB Crowne Plaza Orlando / Department Worked

| | HOURS | | | | PAY | | | |
|---|---|---|---|---|---|---|---|---|
| | Regular | OT | DT | Total | Regular | OT | DT | Total |

**Department Worked:  1011010 - Rooms Mgmt**

Position Worked:  611010 - Front Office Mgr Sal

| | Regular | OT | DT | Total | Regular | OT | DT | Total |
|---|---|---|---|---|---|---|---|---|
| 154002276 - Illobre, Ramon | 40.00 | 0.00 | 0.00 | 40.00 | 965.47 | 0.00 | 0.00 | 965.47 |
| 611010 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 965.47 | 0.00 | 0.00 | 965.47 |

Position Worked:  611310 - Front Desk Mgr OEM

| | Regular | OT | DT | Total | Regular | OT | DT | Total |
|---|---|---|---|---|---|---|---|---|
| 154001108 - Aristud, Sandra L | 27.73 | 0.00 | 0.00 | 27.73 | 511.25 | 0.00 | 0.00 | 511.25 |
| 154002195 - Hrobuchak, Chausa | 28.20 | 0.00 | 0.00 | 28.20 | 449.78 | 0.00 | 0.00 | 449.78 |
| 154002312 - Giandalone, Dana M | 27.69 | 0.00 | 0.00 | 27.69 | 449.69 | 0.00 | 0.00 | 449.69 |
| 154002319 - Manana, Gabriela A | 18.84 | 0.00 | 0.00 | 18.84 | 268.11 | 0.00 | 0.00 | 268.11 |
| 611310 - Position Totals: | 102.46 | 0.00 | 0.00 | 102.46 | 1,678.83 | 0.00 | 0.00 | 1,678.83 |

Position Worked:  614510 - Exec Hskpr Sal

| | Regular | OT | DT | Total | Regular | OT | DT | Total |
|---|---|---|---|---|---|---|---|---|
| 154002163 - Zimmer, Melanie | 40.00 | 0.00 | 0.00 | 40.00 | 1,004.56 | 0.00 | 0.00 | 1,004.56 |
| 614510 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,004.56 | 0.00 | 0.00 | 1,004.56 |

Position Worked:  614910 - Assist Exec Hskpr OEM

| | Regular | OT | DT | Total | Regular | OT | DT | Total |
|---|---|---|---|---|---|---|---|---|
| 154002323 - Machado, Hyrro | 40.27 | 0.00 | 0.00 | 40.27 | 619.35 | 0.00 | 0.00 | 619.35 |
| 614910 - Position Totals: | 40.27 | 0.00 | 0.00 | 40.27 | 619.35 | 0.00 | 0.00 | 619.35 |
| 1011010 - Department Totals: | 222.73 | 0.00 | 0.00 | 222.73 | 4,268.21 | 0.00 | 0.00 | 4,268.21 |

**Department Worked:  1011020 - Front Office**

Position Worked:  611510 - FRONT DESK CLERK

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002281 - Fernandez Sanchez, Lizbeth A | 8.53 | 0.00 | 0.00 | 8.53 | 93.83 | 0.00 | 0.00 | 93.83 |
| 154002282 - Bermudez, Cindy | 23.87 | 0.00 | 0.00 | 23.87 | 262.57 | 0.00 | 0.00 | 262.57 |
| 154002313 - Wilt, Starr L | 24.43 | 0.00 | 0.00 | 24.43 | 268.73 | 0.00 | 0.00 | 268.73 |
| 611510 - Position Totals: | 56.83 | 0.00 | 0.00 | 56.83 | 625.13 | 0.00 | 0.00 | 625.13 |
| | | | | | | | | |
| 1011020 - Department Totals: | 56.83 | 0.00 | 0.00 | 56.83 | 625.13 | 0.00 | 0.00 | 625.13 |

**Department Worked:  1011030 - Hskpg Rooms**

Position Worked:  616010 - Room Attnd

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001237 - Garcia, Cecilia | 12.28 | 0.00 | 0.00 | 12.28 | 135.08 | 0.00 | 0.00 | 135.08 |
| 154001482 - Sylvain, Guerline | 23.95 | 0.00 | 0.00 | 23.95 | 286.66 | 0.00 | 0.00 | 286.66 |
| 154001939 - Osby, Vince | 15.93 | 0.00 | 0.00 | 15.93 | 159.30 | 0.00 | 0.00 | 159.30 |
| 154002331 - Alzate Cardona, Yeny S | 15.76 | 0.00 | 0.00 | 15.76 | 173.36 | 0.00 | 0.00 | 173.36 |
| 616010 - Position Totals: | 67.92 | 0.00 | 0.00 | 67.92 | 754.40 | 0.00 | 0.00 | 754.40 |
| | | | | | | | | |
| 1011030 - Department Totals: | 67.92 | 0.00 | 0.00 | 67.92 | 754.40 | 0.00 | 0.00 | 754.40 |

**Department Worked:  1011040 - Hskpg Other**

Position Worked:  615510 - Quality Assurance Insp

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002154 - Tobie, Sylvia | 36.97 | 0.00 | 0.00 | 36.97 | 494.65 | 0.00 | 0.00 | 494.65 |
| 615510 - Position Totals: | 36.97 | 0.00 | 0.00 | 36.97 | 494.65 | 0.00 | 0.00 | 494.65 |

Position Worked:  616310 - Pub Area Attnd

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002170 - Rodriguez, Michelle A | 31.04 | 0.00 | 0.00 | 31.04 | 310.40 | 0.00 | 0.00 | 310.40 |
| 616310 - Position Totals: | 31.04 | 0.00 | 0.00 | 31.04 | 310.40 | 0.00 | 0.00 | 310.40 |

Position Worked:  616510 - Houseperson

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001894 - Mareus, Emilien | 36.70 | 0.00 | 0.00 | 36.70 | 405.61 | 0.00 | 0.00 | 405.61 |
| 616510 - Position Totals: | 36.70 | 0.00 | 0.00 | 36.70 | 405.61 | 0.00 | 0.00 | 405.61 |

Position Worked:  650254 - Laundry Attnd

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001478 - McBride, Ritchie K | 39.77 | 0.00 | 0.00 | 39.77 | 463.30 | 0.00 | 0.00 | 463.30 |
| 650254 - Position Totals: | 39.77 | 0.00 | 0.00 | 39.77 | 463.30 | 0.00 | 0.00 | 463.30 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1011040 - Department Totals: | 144.48 | 0.00 | 0.00 | 144.48 | 1,673.96 | 0.00 | 0.00 | 1,673.96 |

**Department Worked:  1011070 - Reservations**

Position Worked:  613510 - Resv Agent

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001427 - Corneille, Teresa J | 16.25 | 0.00 | 0.00 | 16.25 | 275.30 | 0.00 | 0.00 | 275.30 |
| 613510 - Position Totals: | 16.25 | 0.00 | 0.00 | 16.25 | 275.30 | 0.00 | 0.00 | 275.30 |
| 1011070 - Department Totals: | 16.25 | 0.00 | 0.00 | 16.25 | 275.30 | 0.00 | 0.00 | 275.30 |

**Department Worked:  2012010 - Food 1 Mgmt**

Position Worked:  626020 - F&B Mgr

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002274 - Irwin, John Clinton | 40.00 | 0.00 | 0.00 | 40.00 | 1,042.88 | 0.00 | 0.00 | 1,042.88 |
| 626020 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,042.88 | 0.00 | 0.00 | 1,042.88 |

Position Worked:  628820 - F and B Spv

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002281 - Fernandez Sanchez, Lizbeth A | 24.65 | 0.00 | 0.00 | 24.65 | 345.10 | 0.00 | 0.00 | 345.10 |
| 628820 - Position Totals: | 24.65 | 0.00 | 0.00 | 24.65 | 345.10 | 0.00 | 0.00 | 345.10 |

Position Worked:  628920 - F&B Mgr OEM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002266 - Rosero, Kristal | 35.83 | 0.00 | 0.00 | 35.83 | 551.25 | 0.00 | 0.00 | 551.25 |
| 628920 - Position Totals: | 35.83 | 0.00 | 0.00 | 35.83 | 551.25 | 0.00 | 0.00 | 551.25 |
| 2012010 - Department Totals: | 100.48 | 0.00 | 0.00 | 100.48 | 1,939.23 | 0.00 | 0.00 | 1,939.23 |

**Department Worked:  2012020 - Food 1-Chefs and Cooks**

Position Worked:  624920 - Exec Chef

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002327 - Battle, Nezzar | 40.00 | 0.00 | 0.00 | 40.00 | 1,168.28 | 0.00 | 0.00 | 1,168.28 |
| 624920 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,168.28 | 0.00 | 0.00 | 1,168.28 |

Position Worked:  625820 - Sous/Pastry Chef OEM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002246 - Misa, Alban | 27.61 | 0.00 | 0.00 | 27.61 | 411.85 | 0.00 | 0.00 | 411.85 |
| 625820 - Position Totals: | 27.61 | 0.00 | 0.00 | 27.61 | 411.85 | 0.00 | 0.00 | 411.85 |

Position Worked:  626420 - Lead Cook

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001768 - Tany, Misler | 26.79 | 0.00 | 0.00 | 26.79 | 398.18 | 0.00 | 0.00 | 398.18 |
| 626420 - Position Totals: | 26.79 | 0.00 | 0.00 | 26.79 | 398.18 | 0.00 | 0.00 | 398.18 |

Position Worked:  626520 - Cook I

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001425 - Blandon, Freddy A | 15.07 | 0.00 | 0.00 | 15.07 | 232.52 | 0.00 | 0.00 | 232.52 |
| 626520 - Position Totals: | 15.07 | 0.00 | 0.00 | 15.07 | 232.52 | 0.00 | 0.00 | 232.52 |
| 2012020 - Department Totals: | 109.47 | 0.00 | 0.00 | 109.47 | 2,210.83 | 0.00 | 0.00 | 2,210.83 |

**Department Worked:  2012030 - Food 1-Restaurants**

Position Worked:  623020 - Busser

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001806 - Mohamed, Betty A | 23.41 | 0.00 | 0.00 | 23.41 | 234.10 | 0.00 | 0.00 | 234.10 |
| 623020 - Position Totals: | 23.41 | 0.00 | 0.00 | 23.41 | 234.10 | 0.00 | 0.00 | 234.10 |
| 2012030 - Department Totals: | 23.41 | 0.00 | 0.00 | 23.41 | 234.10 | 0.00 | 0.00 | 234.10 |

**Department Worked:  2012050 - Food 1-Banquets (7i)**

Position Worked:  624020 - Banqt Set-Up

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001939 - Osby, Vince | 4.63 | 0.00 | 0.00 | 4.63 | 39.63 | 0.00 | 0.00 | 39.63 |
| 624020 - Position Totals: | 4.63 | 0.00 | 0.00 | 4.63 | 39.63 | 0.00 | 0.00 | 39.63 |

Position Worked:  624520 - Banqt Server

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001237 - Garcia, Cecilia | 5.20 | 0.00 | 0.00 | 5.20 | 28.81 | 0.00 | 0.00 | 28.81 |
| 154001939 - Osby, Vince | 5.25 | 0.00 | 0.00 | 5.25 | 29.09 | 0.00 | 0.00 | 29.09 |
| 624520 - Position Totals: | 10.45 | 0.00 | 0.00 | 10.45 | 57.90 | 0.00 | 0.00 | 57.90 |
| 2012050 - Department Totals: | 15.08 | 0.00 | 0.00 | 15.08 | 97.53 | 0.00 | 0.00 | 97.53 |

**Department Worked:  5415420 - Laundry Srvc**

Position Worked:  650254 - Laundry Attnd

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001541 - Sims, Sandra L | 40.00 | 0.33 | 0.00 | 40.33 | 486.58 | 6.02 | 0.00 | 492.60 |
| 154002311 - Gutierrez Garcia, Yomaira J. | 40.00 | 0.20 | 0.00 | 40.20 | 400.00 | 3.00 | 0.00 | 403.00 |
| 650254 - Position Totals: | 80.00 | 0.53 | 0.00 | 80.53 | 886.58 | 9.02 | 0.00 | 895.60 |
| 5415420 - Department Totals: | 80.00 | 0.53 | 0.00 | 80.53 | 886.58 | 9.02 | 0.00 | 895.60 |

**Department Worked:  6016010 - Mgmt and General Admin**

Position Worked:  661060 - General Mgr

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002085 - Lazzara, Anthony | 40.00 | 0.00 | 0.00 | 40.00 | 2,939.23 | 0.00 | 0.00 | 2,939.23 |
| 661060 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 2,939.23 | 0.00 | 0.00 | 2,939.23 |

Position Worked:  661660 - Dir of Ops

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001788 - Infante, Feliberto | 40.00 | 0.00 | 0.00 | 40.00 | 1,648.98 | 0.00 | 0.00 | 1,648.98 |
| 661660 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,648.98 | 0.00 | 0.00 | 1,648.98 |
| 6016010 - Department Totals: | 80.00 | 0.00 | 0.00 | 80.00 | 4,588.21 | 0.00 | 0.00 | 4,588.21 |

**Department Worked:  6016020 - Accounting**

Position Worked:  661960 - Area Dir of Fin

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001787 - Brown, Hiram | 40.00 | 0.00 | 0.00 | 40.00 | 1,994.73 | 0.00 | 0.00 | 1,994.73 |
| 661960 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,994.73 | 0.00 | 0.00 | 1,994.73 |

Position Worked:  663860 - Acctng Mgr OEM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002326 - Brown, Jennifer | 42.17 | 0.65 | 0.00 | 42.82 | 632.55 | 14.63 | 0.00 | 647.18 |
| 663860 - Position Totals: | 42.17 | 0.65 | 0.00 | 42.82 | 632.55 | 14.63 | 0.00 | 647.18 |
| 6016020 - Department Totals: | 82.17 | 0.65 | 0.00 | 82.82 | 2,627.28 | 14.63 | 0.00 | 2,641.91 |

**Department Worked:  6016040 - Security**

Position Worked:  663060 - Sec Staff

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001380 - Golden, Carl M | 33.68 | 0.00 | 0.00 | 33.68 | 480.12 | 0.00 | 0.00 | 480.12 |
| 663060 - Position Totals: | 33.68 | 0.00 | 0.00 | 33.68 | 480.12 | 0.00 | 0.00 | 480.12 |
| 6016040 - Department Totals: | 33.68 | 0.00 | 0.00 | 33.68 | 480.12 | 0.00 | 0.00 | 480.12 |

**Department Worked:  6016050 - Human Resources**

Position Worked:  666160 - Dir of Human Res

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001010 - Miller, Schaevon L | 40.00 | 0.00 | 0.00 | 40.00 | 1,266.38 | 0.00 | 0.00 | 1,266.38 |
| 666160 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,266.38 | 0.00 | 0.00 | 1,266.38 |
| 6016050 - Department Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,266.38 | 0.00 | 0.00 | 1,266.38 |

**Department Worked:  7017010 - Sales Mgmt**

Position Worked:  674270 - Sales Mgr OEM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002237 - Vibbert, Ann Marie | 0.50 | 0.00 | 0.00 | 0.50 | 9.73 | 0.00 | 0.00 | 9.73 |
| 154002300 - Duran, Jeanne A. | 9.45 | 0.00 | 0.00 | 9.45 | 174.45 | 0.00 | 0.00 | 174.45 |
| 674270 - Position Totals: | 9.95 | 0.00 | 0.00 | 9.95 | 184.18 | 0.00 | 0.00 | 184.18 |

Position Worked:  676570 - Dir of Sales (Lead)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154002077 - Hall, Elisabeth M | 40.00 | 0.00 | 0.00 | 40.00 | 2,063.93 | 0.00 | 0.00 | 2,063.93 |
| 676570 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 2,063.93 | 0.00 | 0.00 | 2,063.93 |

Position Worked:  676970 - Assist Dir Sales

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001616 - Favretto, Elizabeth M | 40.00 | 0.00 | 0.00 | 40.00 | 1,358.88 | 0.00 | 0.00 | 1,358.88 |
| 676970 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,358.88 | 0.00 | 0.00 | 1,358.88 |

Position Worked:  677970 - Conv Srvcs Mgr OEM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154001759 - Miles, Jeffrey M | 8.63 | 0.00 | 0.00 | 8.63 | 215.47 | 0.00 | 0.00 | 215.47 |
| 677970 - Position Totals: | 8.63 | 0.00 | 0.00 | 8.63 | 215.47 | 0.00 | 0.00 | 215.47 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7017010 - Department Totals: | 98.58 | 0.00 | 0.00 | 98.58 | 3,822.46 | 0.00 | 0.00 | 3,822.46 |

**Department Worked:  7017020 - Sales Admin**

Position Worked:  676070 - Sales Admin Assist

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 154001115 - Powell, Kathleen K | 7.98 | 0.00 | 0.00 | 7.98 | 205.34 | 0.00 | 0.00 | 205.34 |
| 154002007 - Penatzer, Melissa R | 0.50 | 0.00 | 0.00 | 0.50 | 8.08 | 0.00 | 0.00 | 8.08 |
| 676070 - Position Totals: | 8.48 | 0.00 | 0.00 | 8.48 | 213.42 | 0.00 | 0.00 | 213.42 |
| 7017020 - Department Totals: | 8.48 | 0.00 | 0.00 | 8.48 | 213.42 | 0.00 | 0.00 | 213.42 |

**Department Worked:  7017030 - Sales Catering and Confs**

Position Worked:  675470 - Catering Sales Mgr OEM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 154002219 - Nolan, Colleen J | 9.32 | 0.00 | 0.00 | 9.32 | 262.36 | 0.00 | 0.00 | 262.36 |
| 675470 - Position Totals: | 9.32 | 0.00 | 0.00 | 9.32 | 262.36 | 0.00 | 0.00 | 262.36 |
| 7017030 - Department Totals: | 9.32 | 0.00 | 0.00 | 9.32 | 262.36 | 0.00 | 0.00 | 262.36 |

**Department Worked:  7017040 - Sales Revenue**

Position Worked:  613410 - Dir of Rev Mgmt

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 154002285 - Ploss, Robert J | 40.00 | 0.00 | 0.00 | 40.00 | 934.60 | 0.00 | 0.00 | 934.60 |
| 613410 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 934.60 | 0.00 | 0.00 | 934.60 |
| 7017040 - Department Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 934.60 | 0.00 | 0.00 | 934.60 |

**Department Worked:  8018010 - Maint Mgmt**

Position Worked:  681080 - Dir of Eng

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 154002155 - Pryor, Darrill J | 40.00 | 0.00 | 0.00 | 40.00 | 1,232.99 | 0.00 | 0.00 | 1,232.99 |
| 681080 - Position Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,232.99 | 0.00 | 0.00 | 1,232.99 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8018010 - Department Totals: | 40.00 | 0.00 | 0.00 | 40.00 | 1,232.99 | 0.00 | 0.00 | 1,232.99 |

**Department Worked:  8018020 - Engineering**

Position Worked:  682180 - Engineer Spv

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 154001334 - Montero, Gerardo L | 31.82 | 0.00 | 0.00 | 31.82 | 716.55 | 0.00 | 0.00 | 716.55 |
| 682180 - Position Totals: | 31.82 | 0.00 | 0.00 | 31.82 | 716.55 | 0.00 | 0.00 | 716.55 |

Position Worked:  682780 - Engineer III (skilled)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 154002214 - Ayala, Javier | 38.92 | 0.00 | 0.00 | 38.92 | 607.73 | 0.00 | 0.00 | 607.73 |
| 682780 - Position Totals: | 38.92 | 0.00 | 0.00 | 38.92 | 607.73 | 0.00 | 0.00 | 607.73 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8018020 - Department Totals: | 70.74 | 0.00 | 0.00 | 70.74 | 1,324.28 | 0.00 | 0.00 | 1,324.28 |
| 1QB - Crowne Plaza Orlando  Universal - Site Totals: | 1,339.62 | 1.18 | 0.00 | 1,340.80 | 29,717.37 | 23.65 | 0.00 | 29,741.02 |

**Hours Worked Summary Report - Totals**

| | | | |
|---|---|---|---|
| Regular Hours: | 1,339.62 | Regular Pay: | 29,717.37 |
| OT Hours: | 1.18 | OT Pay: | 23.65 |
| DT Hours: | 0.00 | DT Pay: | 0.00 |
| Total Hours: | 1,340.80 | Total Pay: | 29,741.02 |