UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION, INC.,

CASE NO. 6:20-bk-03799
Chapter 11

Debtor.
_____/

**<u>CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING</u>**

I HEREBY CERTIFY, as a member of the bar of the Court, that I have carefully examined matters under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matters under consideration are not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following Motion on an emergency basis:

> Debtor's Emergency Motion for Authority to Pay Prepetition Wages and Salaries (Doc. No. 7)

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically because the Debtor seeks, among other things, authority to pay its Hotel Employees' prepetition wages, salaries, and benefits in the ordinary course of business on April 17, 2020. Accordingly, to minimize or alleviate any disruption to the Debtor's hotel business, it is imperative that the Motion be heard on or before Friday, July 10, 2020.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond

43758179 v1

my control or that of my client.  I further certify that the Motions are filed with a full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED this 6th day of July, 2020.

/s/ Christopher R. Thompson
**Eric S. Golden**
Florida Bar No. 146846
Email: egolden@burr.com
**Christopher R. Thompson**
Florida Bar No. 93102
Email: crthompson@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL  32801
Phone: (407) 540-6600
Fax: (407) 540-6601
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice, and by United States Mail to all parties on the attached mailing matrix.

/s/ *Christopher R. Thompson*
Christopher R. Thompson

43758179 v1

2