# United States Bankruptcy Court
## Middle District of Florida

In re  **Universal Towers Construction, Inc.**                                                   Case No.
Debtor(s)                                                                                                                    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Universal Towers Construction, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Constrazza International Construction, Inc.**          * See Note below
**100 N.E. 3rd Ave, Ste 280**
**Fort Lauderdale, FL 33301**

**Universal Towers Investimentos, Ltda**
**Av. Isaac Povoas, 586,**
**Sl 04 Edf Wall St. Centr.**
**Sul, Cuiaba MT 78.005 Brazil**

☐ None [*Check if applicable*]

* Pursuant to that certain Final Judgment issued on March 13, 2020, in Case No. 2015-CA-008342-A, in the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida, and sec. 607.1436(6), Fla. Stat., Constrazza International Construction, Inc., has no rights or status as a shareholder of the Debtor except to receive the amounts awarded by the Final Judgment.  As a result, Universal Towers Investimentos, Ltda holds 100% of the shareholder rights and status with respect to the outstanding shares of the Debtor's stock, other than Constrazza's bare economic right.  The Debtor reserves all rights to dispute or object to any claim asserted by Constrazza on account of its interests in the Debtor and otherwise.

July 3, 2020                                                                           **/s/ Eric S. Golden, Esq.**
Date                                                                                         **Eric S. Golden, Esq.**
                                                                                                Signature of Attorney or Litigant
                                                                                                Counsel for  **Universal Towers Construction, Inc.**
                                                                                                **Burr & Forman LLP**
                                                                                                **200 S. Orange Ave.**
                                                                                                **Suite 800**
                                                                                                **Orlando, FL 32801**
                                                                                                **407-540-6600 Fax:407-540-6601**
                                                                                                **egolden@burr.com**