UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION, INC.,

CASE NO. 6:20-bk-03799
Chapter 11

    Debtor.
_____/

## CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the bar of the Court, that I have carefully examined matters under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matters under consideration are not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following Motion on an emergency basis:

    Debtor's Emergency Motion for Authority to Pay Prepetition Wages and Salaries (Doc. No. 7)

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically because the Debtor seeks, among other things, authority to pay its Hotel Employees' prepetition wages, salaries, and benefits in the ordinary course of business on April 17, 2020. Accordingly, to minimize or alleviate any disruption to the Debtor's hotel business, it is imperative that the Motion be heard on or before Friday, July 10, 2020.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond

43758179 v1

my control or that of my client. I further certify that the Motions are filed with a full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED this 6th day of July, 2020.

/s/ Christopher R. Thompson
**Eric S. Golden**
Florida Bar No. 146846
Email: egolden@burr.com
**Christopher R. Thompson**
Florida Bar No. 93102
Email: crthompson@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Phone: (407) 540-6600
Fax: (407) 540-6601
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice, and by United States Mail to all parties on the attached mailing matrix.

/s/ *Christopher R. Thompson*
Christopher R. Thompson

```
Label Matrix for local noticing      Universal Towers Construction, Inc.   ADP
113A-6                               7800 Universal Blvd.                  1851 N Resler Dr
Case 6:20-bk-03799-KSJ               Orlando, FL 32819-8950                #MS-100
Middle District of Florida                                                 El Paso, TX 79912-8023
Orlando
Mon Jul  6 10:01:24 EDT 2020

ADP                                  ADP                                   AT&T (IHG)
5800 Windward Pkwy                   P. O. Box 842875                      Three Ravinia Dr., Ste 100
Alpharetta, GA 30005-8881            Boston, MA 02284-2875                 Atlanta, GA 30346-2121



Advanced Resourcing LLC              Amadeus Hospitality Americas I        Ambius LLC
9112 Boyce Ave                       29618 Network Place                   P. O. Box 14086
Orlando, FL 32824-8247               Chicago, IL 60673-1296                Reading, PA 19612-4086



Andrews Filter & Supply Corp         Ashberry Water Condition Inc.         Birch Street Systems
2309 Coolidge Ave                    2450 E 4th Avenue                     1301 Dove Street Ste 300
Orlando, FL 32804-4897               Tampa, FL 33605-5431                  Newport Beach, CA 92660-2462



Bright House                         Busy Bean Coffee Inc.                 CCR Solutions, Inc.
P. O. Box 7'95                       P. O. Box 350                         4351 35th Street
Pasadena, CA 91102                   Mount Pleasant, SC 29465-0350         Orlando, FL 32811-6509



CIT                                  CRB Hospitality Mgmt                  CRB Hospitality Mgmt
21146 Network Pl                     1650 Sand Lake Rd Ste 130             1650 Sand Lake Road, Ste 101
Chicago, IL 60673-1211               Orlando, FL 32809-7686                Orlando, FL 32809-7671



Carlson Wagonlit Travel              Chemsearchfe                          Cintas Corp
P. O. Box 860487                     P. O. Box 971269                      97627 Eagle Way
Minneapolis, MN 55486-0487           Dallas, TX 75397-1269                 Chicago, IL 60678-7627



Cintas Corp                          Commercial Drraperies Inc             Constrazza International Construction, I
P. O. Box 630910                     7681 High Pine Rd                     100 N.E. 3rd Ave, Ste 280
Cincinnati, OH 45263-0910            Orlando, FL 32819-5166                Fort Lauderdale, FL 33301-1165



Cusanos Bakery                       Dex Imaging Inc                       Dex Imaging Inc.
5480 W Hillsboro Blvd                P. O. Box 17299                       P. O. Box 17454
Coconut Creek, FL 33073-4307         Clearwater, FL 33762-0299             Clearwater, FL 33762-0454



Dex Imaging, Inc.                    Dormakaba USA Inc.                    Dormakaba USA Inc.
5109 W Lemon St                      P. O. Box 890247                      P. O. Box 896542
Tampa, FL 33609-1105                 Charlotte, NC 28289-0247              Charlotte, NC 28289-6542
```

| | | |
|---|---|---|
| Dow Jones & Co Inc.<br>200 Burnett Road<br>Chicopee, MA 01020-4615 | Eckert Seamans Cherin Mellott<br>P. O. Box 643187<br>Pittsburgh, PA 15264-3187 | Ecolab, Inc.<br>P. O. Box 100512<br>Pasadena, CA 91189-0512 |
| Ecolab, Inc.<br>P. O. Box 32027<br>New York, NY 10087-2027 | Ecolab, Inc.<br>P. O. Box 70343<br>Chicago, IL 60673-0343 | Edward Don & Co<br>2562 Paysphere Circle<br>Chicago, IL 60674-0025 |
| Envirostat<br>P. O. Box 592575<br>Orlando, FL 32859-2575 | FPL Energy Services<br>P. O. Box 25426<br>Miami, FL 33102-5426 | FedEx<br>P. O. Box 660481<br>Dallas, TX 75266-0481 |
| FedEx<br>P. O. Box 94515<br>Palatine, IL 60094-4515 | Ferguson Enterprises, Inc.<br>P. O. Box 100286<br>Atlanta, GA 30384-0286 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Freshpoint Central Florida<br>8801 Exchange Drive<br>Orlando, FL 32809-7675 | Frontier Lighting Inc.<br>2090 Palmetto Street<br>Clearwater, FL 33765-2134 | G & R Plumbing Enterprises Inc<br>2545 S Nashville Ave<br>Orlando, FL 32805-5255 |
| Grainger<br>Dept 859552556<br>Kansas City, MO 64141-6267 | Granite<br>P. O. Box 982119<br>Boston, MA 02298-3119 | Granite Telecommunications LLC<br>100 Newport Avenue Ext<br>Quincy, MA 02171-2126 |
| Granite Telecommunications LLC<br>P. O. Box 983119<br>Boston, MA 02298-3119 | Guest Supply Inc.<br>P. O. Box 6771<br>Somerset, NJ 08875-6771 | HCA<br>P. O. Box 459<br>Grafton, IL 62037-0459 |
| HD Supply Facilities Maint<br>P. O. Box 509058<br>San Diego, CA 92150-9058 | Halperns Steak & Seafood<br>P. O. Box 116421<br>Atlanta, GA 30368-6421 | (p)HEART OF THE HOUSE HOSPITALITY<br>2346 S LYNHURST DR STE A201<br>INDIANAPOLIS IN 46241-5168 |
| Heart of the House Hospitality<br>P. O. Box 823424<br>Philadelphia, PA 19182-3424 | Highrock Partners LLC<br>2194 Briarhurst Dr<br>Highlands Ranch, CO 80126-2605 | Holiday Hospitality Franchising, Inc.<br>ATTN: Vice President<br>Franchise Administration & Licensing<br>Three Ravinia Dr, Ste 2900<br>Atlanta, GA 30346-2143 |
| I-Ride Trolley<br>7081 Grand National Dr, Ste 105<br>Orlando, FL 32819-8376 | Industrial Laundry Services LL<br>2302 Mercator Drive, Ste 102<br>Orlando, FL 32807-5300 | Innerworkings Inc.<br>7503 Solutions Ctr<br>Chicago, IL 60677-7005 |

```
Internal Revenue Service              Interstate Hotels Company                    Iron Mountain
Post Office Box 7346                  c/o Interstate Hotels & Resorts Inc          P. O. Box 27128
Philadelphia PA 19101-7346            ATTN: Chief Admin Officer & Gen Counsel      New York, NY 10087-7128
                                      4501 N Fairfax Dr., Ste 500
                                      Arlington, VA 22203-1668


Johnstone Supply                      Kone Inc.                                    Lapin Septic Tank Service Inc
1651 S Rio Grande Avenue              One Kone Court                               3031 40th Street
Orlando, FL 32805-4442                Moline, IL 61265-1380                        Orlando, FL 32839-8624


M7 Services LLC                       M7 Services LLC                              Massey Services Inc.
19747 Highway 59 N #340               654 N SH Pkwy E, Ste 110                     P. O. Box 547668
Humble, TX 77338-3536                 Houston, TX 77060-5903                       Orlando, FL 32854-7668


Mid-America Telephone Systems         Milestone Internet Marketing                 Minuteman Press Sand Lake
618 Cepi Drive Ste A                  3001 Oakmead Village Drive                   7751 Kingspointe Pkwy Ste 117
Chesterfield, MO 63005-1365           Santa Clara, CA 95051-0833                   Orlando, FL 32819-6503


Mood Media                            Nalco Co LLC                                 Nalco Co LLC
P. O. Box 71070                       P. O. Box 70716                              P. O. Box 730005
Charlotte, NC 28272-1070              Chicago, IL 60673-0716                       Dallas, TX 75373-0005


Navisite Inc.                         Nor1 Inc                                     OUC
P. O. Box 10138                       3945 Freedom Cir Ste 600                     P. O. Box 31329
Uniondale, NY 11555-0138              Santa Clara, CA 95054-1270                   Tampa, FL 33631-3329


Ocean Bank                            Ocean Bank                                   Onpeak
780 NW 42nd Ave Ste 400               c/o Gregory S. Grossman, Esq.                8313 Collection Center Dr
Miami, FL 33126-5542                  1111 Brickell Ave. Ste 1250                  Chicago, IL 60693-0083
                                      Miami, FL 33131-3123


Oracle America Inc.                   Orange County Tax Collector                  Over the Top Rental Linens
P. O. Box 203448                      PO Box 545100                                6501 N Andrews Ave
Dallas, TX 75320-3448                 Orlando FL 32854-5100                        Fort Lauderdale, FL 33309-2131


Plaza Resort Shoppes                  Profitsword                                  Profitsword
9187 Ridge Pine Trl                   9355 Cypress Cove Drive                      P. O. Box 865342
Orlando, FL 32819-4821                Orlando, FL 32819-5324                       Orlando, FL 32886-5342


Proscape                              RD Pool Maint Inc                            Red Hawk Fires & Security LLC
285 E Oak Ridge Rd                    2353 N Stewart St                            P. O. Box 530212
Orlando, FL 32809-4140                Kissimmee, FL 34746-3046                     Atlanta, GA 30353-0212
```

| | | |
|---|---|---|
| Red Hawk Fires & Security LLC<br>P. O. Box 842422<br>Boston, MA 02284-2422 | Royal Cup Inc.<br>P. O. Box 841000<br>Dallas, TX 75284-1000 | Sheraton Lake Buena Vista<br>12205 Apopka-Vineland Rd<br>Orlando, FL 32836-6804 |
| Sherwin Williams<br>8414 S. Orange Blossom Trail<br>Orlando, FL 32809-7906 | Shoes for Crews Inc<br>250 S. Australian Avenue<br>West Palm Beach, FL 33401-5018 | Shred-It USA<br>23166 Network Pl<br>Chicago, IL 60673-1252 |
| Shred-It USA<br>28883 Network Pl<br>Chicago, IL 60673-1288 | Shred-It USA<br>P. O. Box 101007<br>Pasadena, CA 91189-1007 | Skal Intl Orlando<br>P. O. Box 720423<br>Orlando, FL 32872-0423 |
| Southern Aluminum<br>P. O. Box 884<br>Magnolia, AR 71754-0884 | Squirrel Systems<br>PMB 740<br>Blaine, WA 98230-4033 | Staples Business Advantage<br>P. O. Box 70242<br>Philadelphia, PA 19176-0242 |
| Summit Broadband<br>P. O. Box 10822<br>Naples, FL 34101-0822 | Summit Broadband Inc.<br>4558 35th Street Ste 100<br>Orlando, FL 32811-6541 | Sunbrite Outdoor Furniture Inc.<br>610 Irene Street<br>Orlando, FL 32805-1050 |
| Superior Fire<br>397 Enterprise St. Ste C<br>Ocoee, FL 34761-3035 | System Tech Services Inc<br>851 Central Park Dr<br>Sanford, FL 32771-6602 | TG Lee Dairy<br>P. O. Box 746108<br>Atlanta, GA 30374-6108 |
| TWC Services Inc<br>5080 Highlands Pkwy, Ste A150<br>Smyrna, GA 30082-5155 | TWC Services Inc<br>P. O. Box 1612<br>Des Moines, IA 50306-1612 | Talentwise<br>P. O. Box 3876<br>Seattle, WA 98124-3876 |
| Team Travel Source<br>12910 Shelbyville Road Ste 215<br>Louisville, KY 40243-1594 | Teco<br>P. O. Box 31318<br>Tampa, FL 33631-3318 | The Battery Bank<br>2565 Pemberton Drive<br>Apopka, FL 32703-9458 |
| The Battery Bank<br>4502 35th Street #700<br>Orlando, FL 32811-6547 | Tingue Brown & Co<br>P. O. Box 824619<br>Philadelphia, PA 19182-4619 | Travelclick Inc<br>300 N Martingale Rd Ste 650<br>Schaumburg, IL 60173-2089 |
| Travelclick Inc<br>P. O. Box 71199<br>Chicago, IL 60694-1199 | UPS Freight<br>P. O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | US Foodservice Inc.<br>P. O. Box 198421<br>Atlanta, GA 30384-8421 |

| | | |
|---|---|---|
| Uniguest<br>P. O. Box 306225<br>Nashville, TN 37230-6225 | Visit Orlando<br>6277 Sea Harbor Dr, Ste 400<br>Orlando, FL 32821-8043 | Waste Connect<br>1099 Miller Drive<br>Altamonte Springs, FL 32701-2069 |
| Waste Connections of Florida<br>P. O. Box 535233<br>Pittsburgh, PA 15253-5233 | Waste Connections of Florida<br>P. O. Box 742695<br>Cincinnati, OH 45274-2695 | Whaley Parts & Supply<br>P. O. Box 615<br>Lexington, SC 29071-0615 |
| Whaley Parts & Supply<br>P. O. Box 890962<br>Charlotte, NC 28289-0962 | Winter Park Photography<br>1808 Magnolia Ave<br>Winter Park, FL 32789-6312 | Eric S Golden +<br>Burr & Forman LLP<br>200 S. Orange Avenue, Ste 800<br>Orlando, FL 32801-6404 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Heart of the House Hospitality
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

End of Label Matrix
Mailable recipients    129
Bypassed recipients      1
Total                  130