UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION,       CASE NO. 6:20-bk-03799-KSJ
INC.,                                Chapter 11

      Debtor.

_____/

## DEBTOR'S EMERGENCY MOTION
## FOR AUTHORITY TO USE CASH COLLATERAL

Universal Towers Construction, Inc., as debtor and debtor-in-possession ("Debtor"), by and through its undersigned counsel, and pursuant to 11 U.S.C. §§ 363(c)(2) and 363(e), and Federal Rules of Bankruptcy Procedure 4001(b)(2) and 4001(c), hereby moves for authority to use cash collateral and to provide adequate protection to Ocean Bank (the "Bank"), and requests an emergency preliminary hearing on the relief sought.  In support of this Motion the Debtor states as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 409.

### Background

3.      On July 3, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the Unites States Code (the "Bankruptcy Code"), initiating this case.

4.      The Debtor is continuing in possession of its property and is operating and managing itself as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

5.      No trustee or examiner has been appointed, and no committees have been appointed or designated.

6.      The Debtor owns and operates the Crowne Plaza Hotel on Universal Boulevard in Orlando, Florida (the "Hotel"), including the real property commonly known as 7800 Universal Blvd., Orlando, Florida (the "Property").  The Hotel is a 400-room hotel located in the heart of Orlando's tourism center, and caters to all types of travelers.

7.      The Bank may assert a first priority security interest in the revenues generated by the Hotel.  As of the Petition Date, the Debtor owed the Bank approximately $11.5 million in principal and interest secured by a mortgage lien and security interest on the Property and Hotel, and further secured by cash the Debtor is required to maintain in a reserve bank account held by the Bank having a balance of approximately $2.1 million as of the Petition Date (the "Reserve Account").  The Debtor has no access to the Reserve Account funds to support its operations.

8.      The cash collateral the Debtor seeks to use is comprised of cash on hand and funds to be received from Hotel operations that may be encumbered by the Bank's lien (the "Cash Collateral").  The Bank may assert an interest in the Cash Collateral by virtue of its security interest.

9.      As of the Petition Date, the Debtor's operating account had a balance of $617,299.85, which includes Hotel revenue and the proceeds of a Payroll Protection Program loan in the original principal amount of $673,340.00 (the "PPP Loan") (which funds the Debtor believes are unencumbered by the Bank's lien and security interest).  Therefore, the amount of the Cash Collateral is uncertain.

**Relief Requested**

10.      The Debtor will require the use of approximately $220,000 to continue to operate its business for the next four weeks.  The Debtor will require the use of some Cash Collateral

2

(consisting of Hotel revenue) and the PPP Loan funds to make payroll, pay utilities, pay suppliers and vendors, and pay other ordinary course expenses to maintain Hotel operations.

11.     A budget showing estimated income and expenses for the Debtor's business over the next four (4) weeks is attached hereto as **Exhibit A**.

12.     As adequate protection for the use of Cash Collateral, the Debtor proposes to grant the Bank replacement liens to the extent of any diminution in value, with such liens to have the same validity, extent, and priority as their respective pre-petition liens.  The Bank's interests in the Cash Collateral are adequately protected by such replacement liens and by the $2.1 million held in the Reserve Account.

13.     The Debtor shall provide all reasonable reports required by the Bank pursuant to the applicable loan documents between the Debtor and the Bank.

14.     If the Debtor is not permitted to use Cash Collateral, it may be forced to halt operations, which will result in loss of the going concern value of the business, and a reduction in the value of the estate's assets will result in an adverse effect on creditors and reduce the possibility of an effective reorganization in this case.

15.     The Debtor and its counsel are attempting to obtain Ocean Bank's consent to use of Cash Collateral, and will continue to endeavor to obtain such consent prior to any hearing hereon.  The Debtor is hopeful to obtain Ocean Bank's consent and to submit an agreed order granting the relief requested herein.

WHEREFORE, the Debtor respectfully requests this Court: (i) set a preliminary emergency hearing to consider this Motion, (ii) grant the Debtor permission to use Cash Collateral on an initial four-week basis on the terms set forth herein, and (iii) grant such other and further relief as is just and proper.

Respectfully submitted this 6th day of July, 2020.

/s/ Christopher R. Thompson
**Eric S. Golden**
Florida Bar No. 146846
Email: egolden@burr.com
**Christopher R. Thompson**
Florida Bar No. 93102
Email: crthompson@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Phone: (407) 540-6600
Fax: (407) 540-6601
*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice, and by United States Mail to all parties on the attached mailing matrix.

/s/ Christopher R. Thompson
Christopher R. Thompson

Label Matrix for local noticing
113A-6
Case 6:20-bk-03799-KSJ
Middle District of Florida
Orlando
Mon Jul  6 10:01:24 EDT 2020

Universal Towers Construction, Inc.
7800 Universal Blvd.
Orlando, FL 32819-8950

ADP
1851 N Resler Dr
#MS-100
El Paso, TX 79912-8023

ADP
5800 Windward Pkwy
Alpharetta, GA 30005-8881

ADP
P. O. Box 842875
Boston, MA 02284-2875

AT&T (IHG)
Three Ravinia Dr., Ste 100
Atlanta, GA 30346-2121

Advanced Resourcing LLC
9112 Boyce Ave
Orlando, FL 32824-8247

Amadeus Hospitality Americas I
29618 Network Place
Chicago, IL 60673-1296

Ambius LLC
P. O. Box 14086
Reading, PA 19612-4086

Andrews Filter & Supply Corp
2309 Coolidge Ave
Orlando, FL 32804-4897

Ashberry Water Condition Inc.
2450 E 4th Avenue
Tampa, FL 33605-5431

Birch Street Systems
1301 Dove Street Ste 300
Newport Beach, CA 92660-2462

Bright House
P. O. Box 7'95
Pasadena, CA 91102

Busy Bean Coffee Inc.
P. O. Box 350
Mount Pleasant, SC 29465-0350

CCR Solutions, Inc.
4351 35th Street
Orlando, FL 32811-6509

CIT
21146 Network Pl
Chicago, IL 60673-1211

CRB Hospitality Mgmt
1650 Sand Lake Rd Ste 130
Orlando, FL 32809-7686

CRB Hospitality Mgmt
1650 Sand Lake Road, Ste 101
Orlando, FL 32809-7671

Carlson Wagonlit Travel
P. O. Box 860487
Minneapolis, MN 55486-0487

Chemsearchfe
P. O. Box 971269
Dallas, TX 75397-1269

Cintas Corp
97627 Eagle Way
Chicago, IL 60678-7627

Cintas Corp
P. O. Box 630910
Cincinnati, OH 45263-0910

Commercial Drraperies Inc
7681 High Pine Rd
Orlando, FL 32819-5166

Constrazza International Construction, I
100 N.E. 3rd Ave, Ste 280
Fort Lauderdale, FL 33301-1165

Cusanos Bakery
5480 W Hillsboro Blvd
Coconut Creek, FL 33073-4307

Dex Imaging Inc
P. O. Box 17299
Clearwater, FL 33762-0299

Dex Imaging Inc.
P. O. Box 17454
Clearwater, FL 33762-0454

Dex Imaging, Inc.
5109 W Lemon St
Tampa, FL 33609-1105

Dormakaba USA Inc.
P. O. Box 890247
Charlotte, NC 28289-0247

Dormakaba USA Inc.
P. O. Box 896542
Charlotte, NC 28289-6542

Dow Jones & Co Inc.
200 Burnett Road
Chicopee, MA 01020-4615

Eckert Seamans Cherin Mellott
P. O. Box 643187
Pittsburgh, PA 15264-3187

Ecolab, Inc.
P. O. Box 100512
Pasadena, CA 91189-0512

Ecolab, Inc.
P. O. Box 32027
New York, NY 10087-2027

Ecolab, Inc.
P. O. Box 70343
Chicago, IL 60673-0343

Edward Don & Co
2562 Paysphere Circle
Chicago, IL 60674-0025

Envirostat
P. O. Box 592575
Orlando, FL 32859-2575

FPL Energy Services
P. O. Box 25426
Miami, FL 33102-5426

FedEx
P. O. Box 660481
Dallas, TX 75266-0481

FedEx
P. O. Box 94515
Palatine, IL 60094-4515

Ferguson Enterprises, Inc.
P. O. Box 100286
Atlanta, GA 30384-0286

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Freshpoint Central Florida
8801 Exchange Drive
Orlando, FL 32809-7675

Frontier Lighting Inc.
2090 Palmetto Street
Clearwater, FL 33765-2134

G & R Plumbing Enterprises Inc
2545 S Nashville Ave
Orlando, FL 32805-5255

Grainger
Dept 859552556
Kansas City, MO 64141-6267

Granite
P. O. Box 982119
Boston, MA 02298-3119

Granite Telecommunications LLC
100 Newport Avenue Ext
Quincy, MA 02171-2126

Granite Telecommunications LLC
P. O. Box 983119
Boston, MA 02298-3119

Guest Supply Inc.
P. O. Box 6771
Somerset, NJ 08875-6771

HCA
P. O. Box 459
Grafton, IL 62037-0459

HD Supply Facilities Maint
P. O. Box 509058
San Diego, CA 92150-9058

Halperns Steak & Seafood
P. O. Box 116421
Atlanta, GA 30368-6421

(p)HEART OF THE HOUSE HOSPITALITY
2346 S LYNHURST DR STE A201
INDIANAPOLIS IN 46241-5168

Heart of the House Hospitality
P. O. Box 823424
Philadelphia, PA 19182-3424

Highrock Partners LLC
2194 Briarhurst Dr
Highlands Ranch, CO 80126-2605

Holiday Hospitality Franchising, Inc.
ATTN: Vice President
Franchise Administration & Licensing
Three Ravinia Dr, Ste 2900
Atlanta, GA 30346-2143

I-Ride Trolley
7081 Grand National Dr, Ste 105
Orlando, FL 32819-8376

Industrial Laundry Services LL
2302 Mercator Drive, Ste 102
Orlando, FL 32807-5300

Innerworkings Inc.
7503 Solutions Ctr
Chicago, IL 60677-7005

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Interstate Hotels Company
c/o Interstate Hotels & Resorts Inc
ATTN: Chief Admin Officer & Gen Counsel
4501 N Fairfax Dr., Ste 500
Arlington, VA 22203-1668

Iron Mountain
P. O. Box 27128
New York, NY 10087-7128

Johnstone Supply
1651 S Rio Grande Avenue
Orlando, FL 32805-4442

Kone Inc.
One Kone Court
Moline, IL 61265-1380

Lapin Septic Tank Service Inc
3031 40th Street
Orlando, FL 32839-8624

M7 Services LLC
19747 Highway 59 N #340
Humble, TX 77338-3536

M7 Services LLC
654 N SH Pkwy E, Ste 110
Houston, TX 77060-5903

Massey Services Inc.
P. O. Box 547668
Orlando, FL 32854-7668

Mid-America Telephone Systems
618 Cepi Drive Ste A
Chesterfield, MO 63005-1365

Milestone Internet Marketing
3001 Oakmead Village Drive
Santa Clara, CA 95051-0833

Minuteman Press Sand Lake
7751 Kingspointe Pkwy Ste 117
Orlando, FL 32819-6503

Mood Media
P. O. Box 71070
Charlotte, NC 28272-1070

Nalco Co LLC
P. O. Box 70716
Chicago, IL 60673-0716

Nalco Co LLC
P. O. Box 730005
Dallas, TX 75373-0005

Navisite Inc.
P. O. Box 10138
Uniondale, NY 11555-0138

Nor1 Inc
3945 Freedom Cir Ste 600
Santa Clara, CA 95054-1270

OUC
P. O. Box 31329
Tampa, FL 33631-3329

Ocean Bank
780 NW 42nd Ave Ste 400
Miami, FL 33126-5542

Ocean Bank
c/o Gregory S. Grossman, Esq.
1111 Brickell Ave. Ste 1250
Miami, FL 33131-3123

Onpeak
8313 Collection Center Dr
Chicago, IL 60693-0083

Oracle America Inc.
P. O. Box 203448
Dallas, TX 75320-3448

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Over the Top Rental Linens
6501 N Andrews Ave
Fort Lauderdale, FL 33309-2131

Plaza Resort Shoppes
9187 Ridge Pine Trl
Orlando, FL 32819-4821

Profitsword
9355 Cypress Cove Drive
Orlando, FL 32819-5324

Profitsword
P. O. Box 865342
Orlando, FL 32886-5342

Proscape
285 E Oak Ridge Rd
Orlando, FL 32809-4140

RD Pool Maint Inc
2353 N Stewart St
Kissimmee, FL 34746-3046

Red Hawk Fires & Security LLC
P. O. Box 530212
Atlanta, GA 30353-0212

Red Hawk Fires & Security LLC
P. O. Box 842422
Boston, MA 02284-2422

Royal Cup Inc.
P. O. Box 841000
Dallas, TX 75284-1000

Sheraton Lake Buena Vista
12205 Apopka-Vineland Rd
Orlando, FL 32836-6804

Sherwin Williams
8414 S. Orange Blossom Trail
Orlando, FL 32809-7906

Shoes for Crews Inc
250 S. Australian Avenue
West Palm Beach, FL 33401-5018

Shred-It USA
23166 Network Pl
Chicago, IL 60673-1252

Shred-It USA
28883 Network Pl
Chicago, IL 60673-1288

Shred-It USA
P. O. Box 101007
Pasadena, CA 91189-1007

Skal Intl Orlando
P. O. Box 720423
Orlando, FL 32872-0423

Southern Aluminum
P. O. Box 884
Magnolia, AR 71754-0884

Squirrel Systems
PMB 740
Blaine, WA 98230-4033

Staples Business Advantage
P. O. Box 70242
Philadelphia, PA 19176-0242

Summit Broadband
P. O. Box 10822
Naples, FL 34101-0822

Summit Broadband Inc.
4558 35th Street Ste 100
Orlando, FL 32811-6541

Sunbrite Outdoor Furniture Inc.
610 Irene Street
Orlando, FL 32805-1050

Superior Fire
397 Enterprise St. Ste C
Ocoee, FL 34761-3035

System Tech Services Inc
851 Central Park Dr
Sanford, FL 32771-6602

TG Lee Dairy
P. O. Box 746108
Atlanta, GA 30374-6108

TWC Services Inc
5080 Highlands Pkwy, Ste A150
Smyrna, GA 30082-5155

TWC Services Inc
P. O. Box 1612
Des Moines, IA 50306-1612

Talentwise
P. O. Box 3876
Seattle, WA 98124-3876

Team Travel Source
12910 Shelbyville Road Ste 215
Louisville, KY 40243-1594

Teco
P. O. Box 31318
Tampa, FL 33631-3318

The Battery Bank
2565 Pemberton Drive
Apopka, FL 32703-9458

The Battery Bank
4502 35th Street #700
Orlando, FL 32811-6547

Tingue Brown & Co
P. O. Box 824619
Philadelphia, PA 19182-4619

Travelclick Inc
300 N Martingale Rd Ste 650
Schaumburg, IL 60173-2089

Travelclick Inc
P. O. Box 71199
Chicago, IL 60694-1199

UPS Freight
P. O. Box 7247-0244
Philadelphia, PA 19170-0001

US Foodservice Inc.
P. O. Box 198421
Atlanta, GA 30384-8421

Uniguest
P. O. Box 306225
Nashville, TN 37230-6225

Visit Orlando
6277 Sea Harbor Dr, Ste 400
Orlando, FL 32821-8043

Waste Connect
1099 Miller Drive
Altamonte Springs, FL 32701-2069

Waste Connections of Florida
P. O. Box 535233
Pittsburgh, PA 15253-5233

Waste Connections of Florida
P. O. Box 742695
Cincinnati, OH 45274-2695

Whaley Parts & Supply
P. O. Box 615
Lexington, SC 29071-0615

Whaley Parts & Supply
P. O. Box 890962
Charlotte, NC 28289-0962

Winter Park Photography
1808 Magnolia Ave
Winter Park, FL 32789-6312

Eric S Golden +
Burr & Forman LLP
200 S. Orange Avenue, Ste 800
Orlando, FL 32801-6404

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Heart of the House Hospitality
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

End of Label Matrix
Mailable recipients   129
Bypassed recipients     1
Total                 130

# Exhibit A

**Crowne Plaza Orlando**
**Statement of Income**
**Weekly Budget Cash Based**

| | Wk1 | Wk2 | Wk3 | Wk4 | Wk5 | Wk6 | Wk7 | Wk8 | Wk9 | Wk10 | Wk11 | Wk12 | Wk13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10-Jul | 17-Jul | 24-Jul | 31-Jul | 7-Aug | 14-Aug | 21-Aug | 28-Aug | 4-Sep | 11-Sep | 18-Sep | 25-Sep | 2-Oct |
| Rooms Available | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 |
| Rooms Sold | 641 | 641 | 641 | 641 | 841 | 841 | 841 | 841 | 846 | 846 | 846 | 846 | 846 |
| ADR | 72.73 | 72.73 | 72.73 | 72.73 | 71.53 | 71.53 | 71.53 | 71.53 | 75.48 | 75.48 | 75.48 | 75.48 | 75.48 |
| Occupancy% | 22.9% | 22.9% | 22.9% | 22.9% | 30.0% | 30.0% | 30.0% | 30.0% | 30.2% | 30.2% | 30.2% | 30.2% | 30.2% |
| | | | | | | | | | | | | | |
| Room Revenue | 46,620 | 46,620 | 46,620 | 46,620 | 60,137 | 60,137 | 60,137 | 60,137 | 63,882 | 63,882 | 63,882 | 63,882 | 63,882 |
| Food and Beverage Revenue | 5,360 | 5,360 | 5,360 | 5,360 | 10,377 | 10,377 | 10,377 | 10,377 | 12,152 | 12,152 | 12,152 | 12,152 | 12,152 |
| Other Operated Departments | 3,824 | 3,824 | 3,824 | 3,824 | 5,313 | 5,313 | 5,313 | 5,313 | 6,282 | 6,282 | 6,282 | 6,282 | 6,282 |
| Miscellaneous Income (Net) | 196 | 196 | 196 | 196 | 282 | 282 | 282 | 282 | 287 | 287 | 287 | 287 | 287 |
| **Total Revenue** | 56,000 | 56,000 | 56,000 | 56,000 | 76,109 | 76,109 | 76,109 | 76,109 | 82,602 | 82,602 | 82,602 | 82,602 | 82,602 |
| | | | | | | | | | | | | | |
| **Room Expense** | | | | | | | | | | | | | |
| Payroll | 12,696 | 12,696 | 12,696 | 12,696 | 15,020 | 15,020 | 15,020 | 15,020 | 16,599 | 16,599 | 16,599 | 16,599 | 16,599 |
| Other Expenses | 8,706 | 8,706 | 8,706 | 8,706 | 10,051 | 10,051 | 10,051 | 10,051 | 9,463 | 9,463 | 9,463 | 9,463 | 9,463 |
| **Food and Beverage Expense** | | | | | | | | | | | | | 0 |
| Cost of Sales | 1,249 | 1,249 | 1,249 | 1,249 | 4,243 | 4,243 | 4,243 | 4,243 | 3,127 | 3,127 | 3,127 | 3,127 | 3,127 |
| Payroll | 4,401 | 4,401 | 4,401 | 4,401 | 6,519 | 6,519 | 6,519 | 6,519 | 5,743 | 5,743 | 5,743 | 5,743 | 5,743 |
| Other Expenses | 2,323 | 2,323 | 2,323 | 2,323 | 444 | 444 | 444 | 444 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 |
| **Other Operated Expenses** | 65 | 65 | 65 | 65 | 141 | 141 | 141 | 141 | 143 | 143 | 143 | 143 | 143 |
| **Departmental Expense** | 29,440 | 29,440 | 29,440 | 29,440 | 36,418 | 36,418 | 36,418 | 36,418 | 36,150 | 36,150 | 36,150 | 36,150 | 36,150 |
| | | | | | | | | | | | | | |
| **Administrative and General** | | | | | | | | | | | | | |
| Payroll | 11,297 | 11,297 | 11,297 | 11,297 | 13,608 | 13,608 | 13,608 | 13,608 | 13,045 | 13,045 | 13,045 | 13,045 | 13,045 |
| Other Expenses | 2,955 | 2,955 | 2,955 | 2,955 | 3,449 | 3,449 | 3,449 | 3,449 | 3,988 | 3,988 | 3,988 | 3,988 | 3,988 |
| **Info and Telecom Systems** | 5,026 | 5,026 | 5,026 | 5,026 | 5,425 | 5,425 | 5,425 | 5,425 | 5,239 | 5,239 | 5,239 | 5,239 | 5,239 |
| **Sales and Marketing** | | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Payroll | 11,133 | 11,133 | 11,133 | 11,133 | 11,506 | 11,506 | 11,506 | 11,506 | 12,340 | 12,340 | 12,340 | 12,340 | 12,340 |
| Other Expenses | 2,847 | 2,847 | 2,847 | 2,847 | 2,983 | 2,983 | 2,983 | 2,983 | 3,261 | 3,261 | 3,261 | 3,261 | 3,261 |
| **Energy** | 13,710 | 13,710 | 13,710 | 13,710 | 13,162 | 13,162 | 13,162 | 13,162 | 13,061 | 13,061 | 13,061 | 13,061 | 13,061 |
| **Property Operations & Maintenance** | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payroll | 3,628 | 3,628 | 3,628 | 3,628 | 3,876 | 3,876 | 3,876 | 3,876 | 3,911 | 3,911 | 3,911 | 3,911 | 3,911 |
| Other Expenses | 8,558 | 8,558 | 8,558 | 8,558 | 5,641 | 5,641 | 5,641 | 5,641 | 4,347 | 4,347 | 4,347 | 4,347 | 4,347 |
| **Franchise Fees** | 3,999 | 3,999 | 3,999 | 3,999 | 4,811 | 4,811 | 4,811 | 4,811 | 5,111 | 5,111 | 5,111 | 5,111 | 5,111 |
| **Undistributed Expense** | 63,153 | 63,153 | 63,153 | 63,153 | 64,462 | 64,462 | 64,462 | 64,462 | 64,303 | 64,303 | 64,303 | 64,303 | 64,303 |
| | | | | | | | | | | | | | |
| **Gross Operating Profit** | (36,593) | (36,593) | (36,593) | (36,593) | (24,770) | (24,770) | (24,770) | (24,770) | (17,851) | (17,851) | (17,851) | (17,851) | (17,851) |
| | | | | | | | | | | | | | |
| Management Fees 2.75% Revenue | 1,540 | 1,540 | 1,540 | 1,540 | 2,093 | 2,093 | 2,093 | 2,093 | 2,272 | 2,272 | 2,272 | 2,272 | 2,272 |
| | | | | | | | | | | | | | |
| **Income before Fixed Expense** | (38,133) | (38,133) | (38,133) | (38,133) | (26,863) | (26,863) | (26,863) | (26,863) | (20,122) | (20,122) | (20,122) | (20,122) | (20,122) |
| | | | | | | | | | | | | | |
| Insurance (prepaid yr) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes (accrual pay Nov) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Leases | 868 | 868 | 868 | 868 | 868 | 868 | 868 | 868 | 868 | 868 | 868 | 868 | 868 |
| Other | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Total Fixed Charges** | 5,868 | 5,868 | 5,868 | 5,868 | 5,868 | 5,868 | 5,868 | 5,868 | 5,868 | 5,868 | 5,868 | 5,868 | 5,868 |
| | | | | | | | | | | | | | |
| **Summary** | | | | | | | | | | | | | |
| Revenue | 56,000 | 56,000 | 56,000 | 56,000 | 76,109 | 76,109 | 76,109 | 76,109 | 82,602 | 82,602 | 82,602 | 82,602 | 82,602 |
| Payroll | 43,155 | 43,155 | 43,155 | 43,155 | 50,529 | 50,529 | 50,529 | 50,529 | 51,638 | 51,638 | 51,638 | 51,638 | 51,638 |
| Other Expenses | 56,847 | 56,847 | 56,847 | 56,847 | 58,312 | 58,312 | 58,312 | 58,312 | 56,954 | 56,954 | 56,954 | 56,954 | 56,954 |