UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION, INC.,

CASE NO. 6:20-bk-03799-KSJ
Chapter 11

Debtor.
_____/

### NOTICE OF EMERGENCY HEARINGS

NOTICE IS HEREBY GIVEN THAT:

An emergency preliminary hearing in this case will be held before the Honorable Karen S. Jennemann, United States Bankruptcy Judge on Thursday, July 9, 2020 at 2:00 p.m., by video conference or telephone only, to consider and act upon the following and transact such other business that may come before the Court:

**Debtor's Emergency Motion for Order (1) Prohibiting Utilities From Altering, Refusing or Discontinuing Service on Account of Pre-Petition Invoices; (2) Authorizing Payment of Invoices of Prepetition Utility Services; (3) Approving Debtor's Method of Furnishing Adequate Assurance of Payment for Post-Petition Utility Services; and (4) Establishing Procedures for Determining Additional Requests for Adequate Assurance Of Payment (Doc. No. 3)**

**Debtor's Emergency Motion for Authority to Maintain Prepetition Bank Accounts (Doc. No. 5)**

**Debtor's Emergency Motion for Authority to Pay Prepetition Wages and Salaries (Doc. No. 7)**

**Debtor's Emergency Motion for Authority to Use Cash Collateral (Doc. No. 13)**

**VIDEO HEARING NOTICE. The Court will conduct a video hearing on all matters set for hearing at *2:00 p.m.* on *July 9, 2020*. Parties who wish to ACTIVELY participate in the hearing must contact Judge *Jennemann's* Chambers via email at [gena_whitsett@flmb.uscourts.gov](mailto:gena_whitsett@flmb.uscourts.gov) by 5:00 p.m. on *July 8, 2020*. Each party participating by video also must complete a test with the Court's IT Staff Monday through Friday between 10:00 a.m. and 3:00 p.m. EST, and sign-on no later than 15 minutes prior to the hearing. Parties who fail to timely register, complete the system test, or log-on will not be allowed access via video to the hearing. Parties shall dress in appropriate court attire, mute their microphone <u>when not speaking</u>, and participate from a quiet location. Parties who wish to listen only, not actively participate, or do not have video capability may appear**

telephonically via CourtCall (866-582-6878). **Hearing scheduled for 7/9/2020 at 02:00 PM at Orlando, FL (688) Suite 1202A, George C. Young Courthouse, 400 West Washington Street.**

The hearing may be continued upon announcement made in open Court without further notice.

DATED July 6, 2020.

/s/ *Christopher R. Thompson*
**Eric S. Golden**
Florida Bar No. 146846
Email:  egolden@burr.com
**Christopher R. Thompson**
Florida Bar No. 93102
Email:  crthompson@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL  32801
Phone: (407) 540-6600
Fax: (407) 540-6601
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice, and by United States Mail to all parties on the attached mailing matrix.

/s/ *Christopher R. Thompson*
Christopher R. Thompson

```
Label Matrix for local noticing      Universal Towers Construction, Inc.   ADP
113A-6                               7800 Universal Blvd.                  1851 N Resler Dr
Case 6:20-bk-03799-KSJ               Orlando, FL 32819-8950                #MS-100
Middle District of Florida                                                 El Paso, TX 79912-8023
Orlando
Mon Jul  6 10:01:24 EDT 2020

ADP                                  ADP                                   AT&T (IHG)
5800 Windward Pkwy                   P. O. Box 842875                      Three Ravinia Dr., Ste 100
Alpharetta, GA 30005-8881            Boston, MA 02284-2875                 Atlanta, GA 30346-2121


Advanced Resourcing LLC              Amadeus Hospitality Americas I        Ambius LLC
9112 Boyce Ave                       29618 Network Place                   P. O. Box 14086
Orlando, FL 32824-8247               Chicago, IL 60673-1296                Reading, PA 19612-4086


Andrews Filter & Supply Corp         Ashberry Water Condition Inc.         Birch Street Systems
2309 Coolidge Ave                    2450 E 4th Avenue                     1301 Dove Street Ste 300
Orlando, FL 32804-4897               Tampa, FL 33605-5431                  Newport Beach, CA 92660-2462


Bright House                         Busy Bean Coffee Inc.                 CCR Solutions, Inc.
P. O. Box 7'95                       P. O. Box 350                         4351 35th Street
Pasadena, CA 91102                   Mount Pleasant, SC 29465-0350         Orlando, FL 32811-6509


CIT                                  CRB Hospitality Mgmt                  CRB Hospitality Mgmt
21146 Network Pl                     1650 Sand Lake Rd Ste 130             1650 Sand Lake Road, Ste 101
Chicago, IL 60673-1211               Orlando, FL 32809-7686                Orlando, FL 32809-7671


Carlson Wagonlit Travel              Chemsearchfe                          Cintas Corp
P. O. Box 860487                     P. O. Box 971269                      97627 Eagle Way
Minneapolis, MN 55486-0487           Dallas, TX 75397-1269                 Chicago, IL 60678-7627


Cintas Corp                          Commercial Drraperies Inc             Constrazza International Construction, I
P. O. Box 630910                     7681 High Pine Rd                     100 N.E. 3rd Ave, Ste 280
Cincinnati, OH 45263-0910            Orlando, FL 32819-5166                Fort Lauderdale, FL 33301-1165


Cusanos Bakery                       Dex Imaging Inc                       Dex Imaging Inc.
5480 W Hillsboro Blvd                P. O. Box 17299                       P. O. Box 17454
Coconut Creek, FL 33073-4307         Clearwater, FL 33762-0299             Clearwater, FL 33762-0454


Dex Imaging, Inc.                    Dormakaba USA Inc.                    Dormakaba USA Inc.
5109 W Lemon St                      P. O. Box 890247                      P. O. Box 896542
Tampa, FL 33609-1105                 Charlotte, NC 28289-0247              Charlotte, NC 28289-6542
```

| | | |
|---|---|---|
| Dow Jones & Co Inc.<br>200 Burnett Road<br>Chicopee, MA 01020-4615 | Eckert Seamans Cherin Mellott<br>P. O. Box 643187<br>Pittsburgh, PA 15264-3187 | Ecolab, Inc.<br>P. O. Box 100512<br>Pasadena, CA 91189-0512 |
| Ecolab, Inc.<br>P. O. Box 32027<br>New York, NY 10087-2027 | Ecolab, Inc.<br>P. O. Box 70343<br>Chicago, IL 60673-0343 | Edward Don & Co<br>2562 Paysphere Circle<br>Chicago, IL 60674-0025 |
| Envirostat<br>P. O. Box 592575<br>Orlando, FL 32859-2575 | FPL Energy Services<br>P. O. Box 25426<br>Miami, FL 33102-5426 | FedEx<br>P. O. Box 660481<br>Dallas, TX 75266-0481 |
| FedEx<br>P. O. Box 94515<br>Palatine, IL 60094-4515 | Ferguson Enterprises, Inc.<br>P. O. Box 100286<br>Atlanta, GA 30384-0286 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Freshpoint Central Florida<br>8801 Exchange Drive<br>Orlando, FL 32809-7675 | Frontier Lighting Inc.<br>2090 Palmetto Street<br>Clearwater, FL 33765-2134 | G & R Plumbing Enterprises Inc<br>2545 S Nashville Ave<br>Orlando, FL 32805-5255 |
| Grainger<br>Dept 859552556<br>Kansas City, MO 64141-6267 | Granite<br>P. O. Box 982119<br>Boston, MA 02298-3119 | Granite Telecommunications LLC<br>100 Newport Avenue Ext<br>Quincy, MA 02171-2126 |
| Granite Telecommunications LLC<br>P. O. Box 983119<br>Boston, MA 02298-3119 | Guest Supply Inc.<br>P. O. Box 6771<br>Somerset, NJ 08875-6771 | HCA<br>P. O. Box 459<br>Grafton, IL 62037-0459 |
| HD Supply Facilities Maint<br>P. O. Box 509058<br>San Diego, CA 92150-9058 | Halperns Steak & Seafood<br>P. O. Box 116421<br>Atlanta, GA 30368-6421 | (p)HEART OF THE HOUSE HOSPITALITY<br>2346 S LYNHURST DR STE A201<br>INDIANAPOLIS IN 46241-5168 |
| Heart of the House Hospitality<br>P. O. Box 823424<br>Philadelphia, PA 19182-3424 | Highrock Partners LLC<br>2194 Briarhurst Dr<br>Highlands Ranch, CO 80126-2605 | Holiday Hospitality Franchising, Inc.<br>ATTN: Vice President<br>Franchise Administration & Licensing<br>Three Ravinia Dr, Ste 2900<br>Atlanta, GA 30346-2143 |
| I-Ride Trolley<br>7081 Grand National Dr, Ste 105<br>Orlando, FL 32819-8376 | Industrial Laundry Services LL<br>2302 Mercator Drive, Ste 102<br>Orlando, FL 32807-5300 | Innerworkings Inc.<br>7503 Solutions Ctr<br>Chicago, IL 60677-7005 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Interstate Hotels Company<br>c/o Interstate Hotels & Resorts Inc<br>ATTN: Chief Admin Officer & Gen Counsel<br>4501 N Fairfax Dr., Ste 500<br>Arlington, VA 22203-1668 | Iron Mountain<br>P. O. Box 27128<br>New York, NY 10087-7128 |
| Johnstone Supply<br>1651 S Rio Grande Avenue<br>Orlando, FL 32805-4442 | Kone Inc.<br>One Kone Court<br>Moline, IL 61265-1380 | Lapin Septic Tank Service Inc<br>3031 40th Street<br>Orlando, FL 32839-8624 |
| M7 Services LLC<br>19747 Highway 59 N #340<br>Humble, TX 77338-3536 | M7 Services LLC<br>654 N SH Pkwy E, Ste 110<br>Houston, TX 77060-5903 | Massey Services Inc.<br>P. O. Box 547668<br>Orlando, FL 32854-7668 |
| Mid-America Telephone Systems<br>618 Cepi Drive Ste A<br>Chesterfield, MO 63005-1365 | Milestone Internet Marketing<br>3001 Oakmead Village Drive<br>Santa Clara, CA 95051-0833 | Minuteman Press Sand Lake<br>7751 Kingspointe Pkwy Ste 117<br>Orlando, FL 32819-6503 |
| Mood Media<br>P. O. Box 71070<br>Charlotte, NC 28272-1070 | Nalco Co LLC<br>P. O. Box 70716<br>Chicago, IL 60673-0716 | Nalco Co LLC<br>P. O. Box 730005<br>Dallas, TX 75373-0005 |
| Navisite Inc.<br>P. O. Box 10138<br>Uniondale, NY 11555-0138 | Nor1 Inc<br>3945 Freedom Cir Ste 600<br>Santa Clara, CA 95054-1270 | OUC<br>P. O. Box 31329<br>Tampa, FL 33631-3329 |
| Ocean Bank<br>780 NW 42nd Ave Ste 400<br>Miami, FL 33126-5542 | Ocean Bank<br>c/o Gregory S. Grossman, Esq.<br>1111 Brickell Ave. Ste 1250<br>Miami, FL 33131-3123 | Onpeak<br>8313 Collection Center Dr<br>Chicago, IL 60693-0083 |
| Oracle America Inc.<br>P. O. Box 203448<br>Dallas, TX 75320-3448 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Over the Top Rental Linens<br>6501 N Andrews Ave<br>Fort Lauderdale, FL 33309-2131 |
| Plaza Resort Shoppes<br>9187 Ridge Pine Trl<br>Orlando, FL 32819-4821 | Profitsword<br>9355 Cypress Cove Drive<br>Orlando, FL 32819-5324 | Profitsword<br>P. O. Box 865342<br>Orlando, FL 32886-5342 |
| Proscape<br>285 E Oak Ridge Rd<br>Orlando, FL 32809-4140 | RD Pool Maint Inc<br>2353 N Stewart St<br>Kissimmee, FL 34746-3046 | Red Hawk Fires & Security LLC<br>P. O. Box 530212<br>Atlanta, GA 30353-0212 |

| | | |
|---|---|---|
| Red Hawk Fires & Security LLC<br>P. O. Box 842422<br>Boston, MA 02284-2422 | Royal Cup Inc.<br>P. O. Box 841000<br>Dallas, TX 75284-1000 | Sheraton Lake Buena Vista<br>12205 Apopka-Vineland Rd<br>Orlando, FL 32836-6804 |
| Sherwin Williams<br>8414 S. Orange Blossom Trail<br>Orlando, FL 32809-7906 | Shoes for Crews Inc<br>250 S. Australian Avenue<br>West Palm Beach, FL 33401-5018 | Shred-It USA<br>23166 Network Pl<br>Chicago, IL 60673-1252 |
| Shred-It USA<br>28883 Network Pl<br>Chicago, IL 60673-1288 | Shred-It USA<br>P. O. Box 101007<br>Pasadena, CA 91189-1007 | Skal Intl Orlando<br>P. O. Box 720423<br>Orlando, FL 32872-0423 |
| Southern Aluminum<br>P. O. Box 884<br>Magnolia, AR 71754-0884 | Squirrel Systems<br>PMB 740<br>Blaine, WA 98230-4033 | Staples Business Advantage<br>P. O. Box 70242<br>Philadelphia, PA 19176-0242 |
| Summit Broadband<br>P. O. Box 10822<br>Naples, FL 34101-0822 | Summit Broadband Inc.<br>4558 35th Street Ste 100<br>Orlando, FL 32811-6541 | Sunbrite Outdoor Furniture Inc.<br>610 Irene Street<br>Orlando, FL 32805-1050 |
| Superior Fire<br>397 Enterprise St. Ste C<br>Ocoee, FL 34761-3035 | System Tech Services Inc<br>851 Central Park Dr<br>Sanford, FL 32771-6602 | TG Lee Dairy<br>P. O. Box 746108<br>Atlanta, GA 30374-6108 |
| TWC Services Inc<br>5080 Highlands Pkwy, Ste A150<br>Smyrna, GA 30082-5155 | TWC Services Inc<br>P. O. Box 1612<br>Des Moines, IA 50306-1612 | Talentwise<br>P. O. Box 3876<br>Seattle, WA 98124-3876 |
| Team Travel Source<br>12910 Shelbyville Road Ste 215<br>Louisville, KY 40243-1594 | Teco<br>P. O. Box 31318<br>Tampa, FL 33631-3318 | The Battery Bank<br>2565 Pemberton Drive<br>Apopka, FL 32703-9458 |
| The Battery Bank<br>4502 35th Street #700<br>Orlando, FL 32811-6547 | Tingue Brown & Co<br>P. O. Box 824619<br>Philadelphia, PA 19182-4619 | Travelclick Inc<br>300 N Martingale Rd Ste 650<br>Schaumburg, IL 60173-2089 |
| Travelclick Inc<br>P. O. Box 71199<br>Chicago, IL 60694-1199 | UPS Freight<br>P. O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | US Foodservice Inc.<br>P. O. Box 198421<br>Atlanta, GA 30384-8421 |

| | | |
|---|---|---|
| Uniguest<br>P. O. Box 306225<br>Nashville, TN 37230-6225 | Visit Orlando<br>6277 Sea Harbor Dr, Ste 400<br>Orlando, FL 32821-8043 | Waste Connect<br>1099 Miller Drive<br>Altamonte Springs, FL 32701-2069 |
| Waste Connections of Florida<br>P. O. Box 535233<br>Pittsburgh, PA 15253-5233 | Waste Connections of Florida<br>P. O. Box 742695<br>Cincinnati, OH 45274-2695 | Whaley Parts & Supply<br>P. O. Box 615<br>Lexington, SC 29071-0615 |
| Whaley Parts & Supply<br>P. O. Box 890962<br>Charlotte, NC 28289-0962 | Winter Park Photography<br>1808 Magnolia Ave<br>Winter Park, FL 32789-6312 | Eric S Golden +<br>Burr & Forman LLP<br>200 S. Orange Avenue, Ste 800<br>Orlando, FL 32801-6404 |

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Heart of the House Hospitality
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168

 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

End of Label Matrix
Mailable recipients   129
Bypassed recipients     1
Total                 130