**Fill in this information to identify the case:**

Debtor name          **Universal Towers Construction, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-03799-KSJ**

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

   **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■    Amended *Schedule*      **20 Largest Unsecured Creditors**
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration      **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 28, 2020**              X **/s/ Lis R. Oliveira-Sommerville**
                                              Signature of individual signing on behalf of debtor

                                              **Lis R. Oliveira-Sommerville**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Universal Towers Construction, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-03799-KSJ**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*...............................................................................................   $    **Unknown**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................................   $    **6,424,648.79**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................................................   $    **6,424,648.79**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **21,917,018.55**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    **28,004.01**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$    **30,376,092.60**

4.   **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b      $    **52,321,115.16**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Universal Towers Construction, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:20-bk-03799-KSJ**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| **2.**    **Cash on hand** | **$41,130.15** |

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking (FF&E Account)** | 0656 | $2,000.00 |
| 3.2. | **Bank of America** | **Checking (Operating)** | 5832 | $617,299.85 |
| 3.3. | **Bank of America** | **Checking** | 6924 | $0.00 |
| 3.4. | **Ocean Bank** | **Reserve Account** | 0420 | $2,104,015.91 |
| 3.5. | **Ocean Bank** | **PPP Account** | 0100 | $315.00 |
| 3.6. | **Bank of America** | **Savings** | 4816 | $3.01 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **Universal Towers Construction, Inc.**                                    Case number *(If known)*  **6:20-bk-03799-KSJ**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bank of America** | Checking | 7434 | **$3.00** |

**4.**  **Other cash equivalents** *(Identify all)*

**5.**  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$2,764,766.92** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **TECO Energy - gas deposit** | **$6,239.00** |
| 7.2. | **Orlando Utilities Commission - electricity deposit** | **$35,000.00** |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid commercial property insurance, American Home Assurance Company June 1, 2020 - June 1, 2021** | **$154,748.11** |
| 8.2. | **Prepaid general liability insurance, automobile liability insurance, Starr Indemnity & Liability, Beazley Insurance Company** | **$10,251.80** |
| 8.3. | **Amadeus Sales Management for period April 2020 - March 2021 (managing software)** | **$14,552.73** |
| 8.4. | **Visit Orlando Tradeshow - December 2020** | **$3,000.00** |
| 8.5. | **Kone Elevator Maintenance - calendar year** | **$14,976.54** |
| 8.6. | **2 Diamond 2020 CVent - event management software for calendar year** | **$6,679.56** |
| 8.7. | **M7 Services - final month (December 2020) IT support** | **$1,773.55** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Universal Towers Construction, Inc.**                    Case number *(If known)*   **6:20-bk-03799-KSJ**
Name

| | | |
|---|---|---|
| 8.8. | **Member dues 2020 Visit Orlando** | $9,462.48 |
| 8.9. | **Speed RFP Premier Visibility CVent (software for calendar year)** | $2,535.96 |
| 8.10. | **Sabre Spotlight TravelClick (August 2019 - July 2020)** | $578.40 |
| 8.11. | **Squirrel Point of Sale Support August 1, 2019 - July 31, 2020** | $799.88 |
| 8.12. | **Sales Tax Oracle Opera Support (property management software for calendar year)** | $95.78 |
| 8.13. | **Opera PMS Support (support contract for software program August, 2019 - July, 2020)** | $1,596.35 |
| 8.14. | **Saflok 3 year lock maintenance December 2018 - December 2021** | $9,518.76 |

9.      **Total of Part 2.**                                                                    $271,808.90
         Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.       **Accounts receivable**

11a. 90 days old or less:          **63,068.17**     -          **0.00**     = ....     $63,068.17
                                    face amount            doubtful or uncollectible accounts

11b. Over 90 days old:            **199,249.45**     -    **140,812.26**     =....     $58,437.19
                                    face amount            doubtful or uncollectible accounts

12.       **Total of Part 3.**                                                                   $121,505.36
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Universal Towers Construction, Inc.**    Case number *(If known)* **6:20-bk-03799-KSJ**
Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                              % of ownership

15.1.    **Universal Towers Brasil Pecuaria, LTDA**        **49**    %                                    **Unknown**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**                                                                                    **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| Food, liquor, beer, wine | April 2020 | $19,400.00 | | Unknown |
| **22.** **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.**                                                                                    **$0.00**
Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor    **Universal Towers Construction, Inc.**                      Case number *(If known)*  **6:20-bk-03799-KSJ**
_____Name_____

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Administrative offices furniture** | Unknown | | Unknown |
| 40. **Office fixtures** <br> **Administrative office fixtures** | Unknown | | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Administrative offices computers, phones, software** | Unknown | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Universal Towers Construction, Inc.**                     Case number *(If known)*   **6:20-bk-03799-KSJ**
         Name

| | | |
|---|---|---|
| **Dex Imaging Lease of Copier / Printer** | **$0.00** | **Unknown** |
| **HP Direct computers and equipment** | **$0.00** | **Unknown** |

51.   **Total of Part 8.**                                                          | **$0.00** |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

<table>
<tr><td style="background:black;color:white">Part 9:</td><td>**Real property**</td></tr>
</table>

54.  **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real Property and hotel improvements located at 7800 Universal Blvd, Orlando** | **Fee simple** | **$22,019,811.13** | | **Unknown** |

56.   **Total of Part 9.**                                                          | **$0.00** |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

<table>
<tr><td style="background:black;color:white">Part 10:</td><td>**Intangibles and intellectual property**</td></tr>
</table>

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

Debtor    **Universal Towers Construction, Inc.**    Case number *(if known)* **6:20-bk-03799-KSJ**
          <sub>Name</sub>

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

<table>
<tr><td></td><td></td><td></td><td></td><td style="text-align:right">Current value of<br>debtor's interest</td></tr>
<tr><td>71.</td><td><b>Notes receivable</b><br>Description (include name of obligor)<br><b>Universal Towers Brasil Pecuaria,<br>LTD Promissory Note dated 9/27/17</b></td><td><b>400,000.00</b> -<br>Total face amount</td><td><b>0.00</b> =<br>doubtful or uncollectible amount</td><td style="text-align:right"><b>$400,000.00</b></td></tr>
<tr><td></td><td><b>Universal Towers Investimentos e<br>Participacoes, LTDA - Promissory<br>Note dated 5/26/17</b></td><td><b>1,023,000.00</b> -<br>Total face amount</td><td><b>0.00</b> =<br>doubtful or uncollectible amount</td><td style="text-align:right"><b>$1,023,000.00</b></td></tr>
<tr><td></td><td><b>Universal Towers Brasil Pecuarie,<br>LTDA - Promissory Note dated<br>10/1/18</b></td><td><b>500,000.00</b> -<br>Total face amount</td><td><b>0.00</b> =<br>doubtful or uncollectible amount</td><td style="text-align:right"><b>$500,000.00</b></td></tr>
<tr><td></td><td><b>Universal Towers Brasil Pecuaria,<br>LTDA - Promissory Note dated<br>10/15/19</b></td><td><b>700,000.00</b> -<br>Total face amount</td><td><b>0.00</b> =<br>doubtful or uncollectible amount</td><td style="text-align:right"><b>$700,000.00</b></td></tr>
<tr><td></td><td><b>Universal Towers Brasil Pecuaria,<br>LTDA - Promissory Note dated<br>2/18/2020</b></td><td><b>470,000.00</b> -<br>Total face amount</td><td><b>0.00</b> =<br>doubtful or uncollectible amount</td><td style="text-align:right"><b>$470,000.00</b></td></tr>
<tr><td></td><td><b>Interest Receivable on Notes<br>Receivable</b></td><td><b>173,567.61</b> -<br>Total face amount</td><td><b>0.00</b> =<br>doubtful or uncollectible amount</td><td style="text-align:right"><b>$173,567.61</b></td></tr>
<tr><td>72.</td><td><b>Tax refunds and unused net operating losses (NOLs)</b><br>Description (for example, federal, state, local)<br><br><b>Federal - $3,292,477.00 NOLs</b></td><td></td><td>Tax year <b>2002</b></td><td style="text-align:right"><b>Unknown</b></td></tr>
<tr><td></td><td><b>Federal - $2,486,710.00 NOLs</b></td><td></td><td>Tax year <b>2003</b></td><td style="text-align:right"><b>Unknown</b></td></tr>
<tr><td></td><td><b>Federal - $1,671,008.00 NOLs</b></td><td></td><td>Tax year <b>2004</b></td><td style="text-align:right"><b>Unknown</b></td></tr>
<tr><td></td><td><b>Federal - $1,371,148.00 NOLs</b></td><td></td><td>Tax year <b>2005</b></td><td style="text-align:right"><b>Unknown</b></td></tr>
<tr><td></td><td><b>Federal - $838,337.00 NOLs</b></td><td></td><td>Tax year <b>2006</b></td><td style="text-align:right"><b>Unknown</b></td></tr>
</table>

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Universal Towers Construction, Inc.**                                    Case number *(If known)*  **6:20-bk-03799-KSJ**
          Name

| **Federal - $564,898.00 NOLs** | Tax year **2007** | **Unknown** |

| **Federal - $400,134.00 NOLs** | Tax year **2008** | **Unknown** |

| **Federal - $1,024,041.00 NOLs** | Tax year **2009** | **Unknown** |

| **State of Florida - $11,650,335.00** | Tax year **various** | **Unknown** |

73.    **Interests in insurance policies or annuities**
       **Prepaid commercial property insurance, American**
       **Home Assurance Company**                                                                                **Unknown**

       **General liability insurance, automobile liability**
       **insurance, Starr Indemnity & Liability**                                                                **Unknown**

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**
       **Francisco F. Bomfim, et al v. Constrazza International**
       **Construction, Inc. and Zilberto Zanchet, Case No.**
       **2020-CA-001538-OC, Osceola County, FL**                                                                 **Unknown**
       Nature of claim          **Defamation case**
       Amount requested                      **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**
       **Potential business interruption claim under commercial**
       **property insurance policy**                                                                             **Unknown**
       Nature of claim
       Amount requested                      **$0.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Hotel personal property (e.g., beds, televisions, desks,**
       **chairs, etc.)**                                                                                         **Unknown**

78.    **Total of Part 11.**                                                              | **$3,266,567.61** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Universal Towers Construction, Inc.**                    Case number *(If known)*  **6:20-bk-03799-KSJ**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,764,766.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $271,808.90 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $121,505.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,266,567.61 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,424,648.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,424,648.79 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Universal Towers Construction, Inc.__

United States Bankruptcy Court for the: __Middle__ District of __Florida__
(State)

Case number (If known): __6:20-bk-03799-KSJ__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**

Ocean Bank

**Creditor's mailing address**

780 NW 42nd Avenue, Ste 400

Miami, FL  33126

**Creditor's email address, if known**

**Date debt was incurred**   January  23, 2001

**Last 4 digits of account number**   3563

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   1. Ocean Bank - first priority
   2. Constrazza International Construction, Inc.

**Describe debtor's property that is subject to a lien**

All real property, improvements, and personal property owned by Debtor located at 7800 Universal Blvd., Orlando, FL; and all cash in Reserve Account

**Describe the lien**
Mortgage and Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,311,890.15        $  Unknown

has an avoidable, junior judgment lien on Debtor's personal property

**2.2** **Creditor's name**

Constrazza International Construction, Inc.

**Creditor's mailing address**

100 N.E. 3rd Ave, Ste 280

Ft. Lauderdale, FL  33301

**Creditor's email address, if known**

**Date debt was incurred**   March 13, 2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

All personal property subject to execution under Sections 56.061 and 55.202, Fla. Stat.

**Describe the lien**
Judgment Lien Certificate filed April 6, 2020

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 9,605,128.40        $  Unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 21,917,018.55

| Debtor | UNIVERSAL TOWERS CONSTRUCTION, INC. | Case number (*if known*) | 6:20-bk-03799-KSJ |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Gregory S. Grossman, Esq., Sequor Law, 1111 Brickell Ave., Ste 1250, Miami, FL 33131 | Line 2. _1_ | ___ ___ ___ ___ |
| Keith T. Grumer, Esq., Katz Barron, 100 NE Third Ave., Ste 280, Ft. Lauderdale, FL 33301 | Line 2. _2_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

| Fill in this information to identify the case: |
| --- |

Debtor name **Universal Towers Construction, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:20-bk-03799-KSJ**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$16,501.26** | **$16,501.26** |
| --- | --- | --- | --- | --- | --- |
| | **Florida Department of Revenue**<br>**5050 W. Tennessee Street**<br>**Tallahassee, FL 32399-0120** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$8.22** | **$8.22** |
| --- | --- | --- | --- | --- | --- |
| | **Florida Department of Revenue**<br>**P. O. Box 6520**<br>**Tallahassee, FL 32314-6520** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Communication Services Tax** | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| Debtor | **Universal Towers Construction, Inc.** | Case number *(if known)* | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,494.53 | $11,494.53 |
|---|---|---|---|---|

**Orange County Comptroller**
**Tourist Development Tax**
**P. O. Box 4958**
**Orlando, FL 32802-4958**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tourist Development Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.58 |
|---|---|---|---|

**A&C Printing**
**174B Semoran Commerce Pl**
**Suite 117**
**Apopka, FL 32703-4692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.88 |
|---|---|---|---|

**Adobe Inc.**
**345 Park Avenue**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $618.04 |
|---|---|---|---|

**ADP**
**1851 N Resler Dr**
**#MS-100**
**El Paso, TX 79912-8023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $501.96 |
|---|---|---|---|

**Advanced Resourcing LLC**
**9112 Boyce Ave**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,286.49 |
|---|---|---|---|

**Aimbridge Hospitality**
**5851 Legacy Circle #400**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **Management Fee**

Last 4 digits of account number

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Universal Towers Construction, Inc.** | | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,843.74 |
|---|---|---|---|

**Amadeus Hospitality Americas I**
**29618 Network Place**
**Chicago, IL 60673-1296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,461.72 |
|---|---|---|---|

**Ambius LLC**
**P. O. Box 14086**
**Reading, PA 19612-4086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $644.37 |
|---|---|---|---|

**American Hotel Register Company**
**P. O. Box 206720**
**Dallas, TX 75320-6720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,451.00 |
|---|---|---|---|

**Andrews Filter & Supply Corp**
**2309 Coolidge Ave**
**Orlando, FL 32804-4897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.88 |
|---|---|---|---|

**Ashberry Water Condition Inc.**
**2450 E 4th Avenue**
**Tampa, FL 33605-5431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.00 |
|---|---|---|---|

**AT&T**
**P. O. Box 78522**
**Phoenix, AZ 85062-8522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,220.40 |
|---|---|---|---|

**AT&T (IHG)**
**Three Ravinia Dr., Ste 100**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99.02** |
|---|---|---|---|

**AT&T Mobility**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.28** |
|---|---|---|---|

**Baring Industries**
**3249 SW 42nd Street**
**Fort Lauderdale, FL 33312-6810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$885.36** |
|---|---|---|---|

**Birch Street Systems**
**1301 Dove Street Ste 300**
**Newport Beach, CA 92660-2462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,018.37** |
|---|---|---|---|

**Bright House**
**P. O. Box 7`95**
**Pasadena, CA 91109-7195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$715.48** |
|---|---|---|---|

**Busy Bean Coffee Inc.**
**P. O. Box 350**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$193.70** |
|---|---|---|---|

**Carlson Wagonlit Travel**
**P. O. Box 860487**
**Minneapolis, MN 55486-0487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,916.50** |
|---|---|---|---|

**CCR Solutions, Inc.**
**4351 35th Street**
**Orlando, FL 32811-6509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Universal Towers Construction, Inc.** | | Case number (if known) | **6:20-bk-03799-KSJ** |
| | Name | | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191.55** |
|---|---|---|---|
| | **Chemsearchfe** <br> **P. O. Box 971269** <br> **Dallas, TX 75397-1269** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$661.32** |
|---|---|---|---|
| | **Cintas Corp** <br> **97627 Eagle Way** <br> **Chicago, IL 60678-7627** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,275.88** |
|---|---|---|---|
| | **CIT** <br> **21146 Network Pl** <br> **Chicago, IL 60673-1211** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$230.00** |
|---|---|---|---|
| | **Commercial Draperies Inc** <br> **7681 High Pine Rd** <br> **Orlando, FL 32819-5166** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,599,091.00** |
|---|---|---|---|
| | **Constrazza International Construction, I** <br> **100 N.E. 3rd Ave, Ste 280** <br> **Fort Lauderdale, FL 33301** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Shareholder Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,889.09** |
|---|---|---|---|
| | **CRB Hospitality Mgmt** <br> **1650 Sand Lake Road, Ste 130** <br> **Orlando, FL 32809-7671** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$270.46** |
|---|---|---|---|
| | **Cusanos Bakery** <br> **5480 W Hillsboro Blvd** <br> **Coconut Creek, FL 33073-4307** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.00**

Cvent Inc.
P. O. Box 822699
Philadelphia, PA 19182-2699

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,329.19**

Daytona Hospitality Management
3135 1st Avenue N, Unit 10778
Saint Petersburg, FL 33733-9233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,047.34**

Dex Imaging, Inc.
5109 W Lemon St
Tampa, FL 33609-1105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Copier Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,740.11**

Dormakaba USA Inc.
P. O. Box 896542
Charlotte, NC 28289-6542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$103.95**

Dow Jones & Co Inc.
200 Burnett Road
Chicopee, MA 01020-9983

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$690.00**

Eckert Seamans Cherin Mellott
P. O. Box 643187
Pittsburgh, PA 15264-3187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,125.72**

Ecolab, Inc.
P. O. Box 100512
Pasadena, CA 91189-0512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Universal Towers Construction, Inc.** | | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54.26** |
|---|---|---|---|
| | **Edward Don & Co**<br>**2562 Paysphere Circle**<br>**Chicago, IL 60674-0025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$278.20** |
|---|---|---|---|
| | **Envirostat**<br>**P. O. Box 592575**<br>**Orlando, FL 32859-2575** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141.38** |
|---|---|---|---|
| | **FedEx**<br>**P. O. Box 660481**<br>**Dallas, TX 75266-0481** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Ferguson Enterprises, Inc.**<br>**P. O. Box 100286**<br>**Atlanta, GA 30384-0286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **FPL Energy Services**<br>**P. O. Box 25426**<br>**Miami, FL 33102-5426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$408.27** |
|---|---|---|---|
| | **Freshpoint Central Florida**<br>**8801 Exchange Drive**<br>**Orlando, FL 32809-7970** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,108.87** |
|---|---|---|---|
| | **Frontier Lighting Inc.**<br>**2090 Palmetto Street**<br>**Clearwater, FL 33765-2134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,131.90** |
|---|---|---|---|

**G & R Plumbing Enterprises Inc**
**2545 S Nashville Ave**
**Orlando, FL 32805-5255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,900,242.00** |
|---|---|---|---|

**Gamza, S.A.**
**Av. Isaac Povoas, 586 - Sala 04**
**Cuiaba - Mato Grosso - MT**
**BR 78.005-340**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grainger**
**Dept 859552556**
**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,657.88** |
|---|---|---|---|

**Granite Telecommunications LLC**
**100 Newport Avenue Ext**
**Quincy, MA 02171-1759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,854.75** |
|---|---|---|---|

**Guest Supply Inc.**
**P. O. Box 6771**
**Somerset, NJ 08875-6771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$663.83** |
|---|---|---|---|

**Halperns Steak & Seafood**
**P. O. Box 116421**
**Atlanta, GA 30368-6421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |
|---|---|---|---|

**HCA**
**P. O. Box 459**
**Grafton, IL 62037-0459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,376.19 |
|---|---|---|---|

**HD Supply Facilities Maint**
P. O. Box 509058
San Diego, CA 92150-9058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Health Communications, Inc.**
1501 Wilson Blvd #500
Arlington, VA 22209-2460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $978.59 |
|---|---|---|---|

**Heart of the House Hospitality**
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.56 |
|---|---|---|---|

**Heritage Service Group of NC**
P. O. Box 71595
Chicago, IL 60694-1595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**Highrock Partners LLC**
2194 Briarhurst Dr
Highlands Ranch, CO 80126-2605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Holiday Hospitality Franchising, Inc.**
ATTN: Vice President
Franchise Administration & Licensing
Three Ravinia Dr, Ste 2900
Atlanta, GA 30346-2149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.21 |
|---|---|---|---|

**Hubert (Punchout)**
25401 Network Place
Chicago, IL 60673-1254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|
| | **I-Ride Trolley** | ☐ Contingent | |
| | **7081 Grand National Dr, Ste 105** | ☐ Unliquidated | |
| | **Orlando, FL 32819-8376** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $906.30 |
|---|---|---|---|
| | **Incenivare Brasil Viagens E Turismo LTD** | ☐ Contingent | |
| | **Rua Guararapes, 883 -** | ☐ Unliquidated | |
| | **Sao Paulo SP, 04561-001, Brazil** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $311.87 |
|---|---|---|---|
| | **Industrial Laundry Services LL** | ☐ Contingent | |
| | **2302 Mercator Drive, Ste 102** | ☐ Unliquidated | |
| | **Orlando, FL 32807-5300** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,783.84 |
|---|---|---|---|
| | **Innerworkings Inc.** | ☐ Contingent | |
| | **7503 Solutions Ctr** | ☐ Unliquidated | |
| | **Chicago, IL 60677-7005** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Interstate Hotels Company** | | |
| | **c/o Interstate Hotels & Resorts Inc** | | |
| | **ATTN: Chief Admin Officer & Gen Counsel** | ☐ Contingent | |
| | **4501 N Fairfax Dr., Ste 500** | ☐ Unliquidated | |
| | **Arlington, VA 22203** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $662.05 |
|---|---|---|---|
| | **Iron Mountain** | ☐ Contingent | |
| | **P. O. Box 27128** | ☐ Unliquidated | |
| | **New York, NY 10087-7128** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,630,381.00 |
|---|---|---|---|
| | **Joao Arcanjo Ribeiro** | ☐ Contingent | |
| | **Av. Isaac Povoas, 586 - Sala 04** | ☐ Unliquidated | |
| | **Cuiaba - Mato Grosso - MT** | ■ Disputed | |
| | **BR 78.005-340** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Shareholder Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Universal Towers Construction, Inc.** | Case number *(if known)* | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Johnstone Supply**<br>**1651 S Rio Grande Avenue**<br>**Orlando, FL 32805-4442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.81 |
|---|---|---|---|
| | **Kone Inc.**<br>**One Kone Court**<br>**Moline, IL 61265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $960.00 |
|---|---|---|---|
| | **Lapin Septic Tank Service Inc**<br>**3031 40th Street**<br>**Orlando, FL 32839-8624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,262.10 |
|---|---|---|---|
| | **M7 Services LLC**<br>**654 N Sh Pkwy E, Ste 110**<br>**Houston, TX 77060-5903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,313.25 |
|---|---|---|---|
| | **Massey Services Inc.**<br>**P. O. Box 547668**<br>**Orlando, FL 32854-7668** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,087.50 |
|---|---|---|---|
| | **Mid-America Telephone Systems**<br>**618 Cepi Drive Ste A**<br>**Chesterfield, MO 63005-1365** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910.00 |
|---|---|---|---|
| | **Milestone Internet Marketing**<br>**3001 Oakmead Village Drive**<br>**Santa Clara, CA 95051-0811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$317.37** |
|---|---|---|---|

**Minuteman Press Sand Lake**
**7751 Kingspointe Pkwy Ste 117**
**Orlando, FL 32819-6503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$136.02** |
|---|---|---|---|

**Mood Media**
**P. O. Box 71070**
**Charlotte, NC 28272-1070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,890.63** |
|---|---|---|---|

**Nalco Co LLC**
**P. O. Box 730005**
**Dallas, TX 75373-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,488.55** |
|---|---|---|---|

**Navisite Inc.**
**P. O. Box 10138**
**Uniondale, NY 11555-0138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.60** |
|---|---|---|---|

**Nor1 Inc**
**3945 Freedom Cir Ste 600**
**Santa Clara, CA 95054-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$763,340.00** |
|---|---|---|---|

**Ocean Bank**
**780 NW 42nd Ave Ste 400**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __PPP Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,540.06** |
|---|---|---|---|

**Onpeak**
**8313 Collection Center Dr**
**Chicago, IL 60693-0083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Universal Towers Construction, Inc.** | | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,067.13** |
|---|---|---|---|
| | **Oracle America Inc.**<br>P. O. Box 203448<br>**Dallas, TX 75320-3448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **OUC**<br>P. O. Box 31329<br>**Tampa, FL 33631-3329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$379.14** |
|---|---|---|---|
| | **Over the Top Rental Linens**<br>6501 N Andrews Ave<br>**Fort Lauderdale, FL 33309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,437.08** |
|---|---|---|---|
| | **Plaza Resort Shoppes**<br>9187 Ridge Pine Trl<br>**Orlando, FL 32819-4821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |
|---|---|---|---|
| | **Profitsword**<br>9355 Cypress Cove Drive<br>**Orlando, FL 32809-5324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,330.00** |
|---|---|---|---|
| | **Proscape**<br>285 E Oak Ridge Rd<br>**Orlando, FL 32809-4140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.00** |
|---|---|---|---|
| | **Quench USA Inc.**<br>P. O. Box 781393<br>**Philadelphia, PA 19178-1393** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**RD Pool Maint Inc**
**2353 N Stewart St**
**Kissimmee, FL 34746-3046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Red Hawk Fires & Security LLC**
**P. O. Box 842422**
**Boston, MA 02284-2422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,927.09 |
|---|---|---|---|

**Royal Cup Inc.**
**P. O. Box 841000**
**Dallas, TX 75284-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,803.86 |
|---|---|---|---|

**Sheraton Lake Buena Vista**
**12205 Apopka-Vineland Rd**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $721.09 |
|---|---|---|---|

**Sherwin Williams**
**8414 S. Orange Blossom Trail**
**Orlando, FL 32809-7906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.71 |
|---|---|---|---|

**Shoes for Crews Inc**
**5000 T-Rex Ave, Suite 100**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.00 |
|---|---|---|---|

**Shred-It USA**
**P. O. Box 101007**
**Pasadena, CA 91189-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235.00**

**Skal Intl Orlando**
P. O. Box 720423
Orlando, FL 32872-0423

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,012.19**

**Southern Aluminum**
P. O. Box 884
Magnolia, AR 71754-0884

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**Squirrel Systems**
PMB 740
Blaine, WA 98230-4033

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,043.89**

**Staples Business Advantage**
P. O. Box 70242
Philadelphia, PA 19176-0242

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.50**

**Sterling Talent Solutions**
P. O. Box 1048
Bothell, WA 98041-1048

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,045.08**

**Summit Broadband Inc.**
 P. O. Box 10822
Naples, FL 34101-0822

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,080.30**

**Sunbrite Outdoor Furniture Inc.**
610 Irene Street
Orlando, FL 32805-1050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Superior Fire**
397 Enterprise St. Ste C
Ocoee, FL 34761-3035

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$505.87

---

**3.98**

**Nonpriority creditor's name and mailing address**
**System Tech Services Inc**
851 Central Park Dr
Sanford, FL 32771-6602

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$8,594.50

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Talentwise**
P. O. Box 3876
Seattle, WA 98124-3876

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$115.25

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Team Travel Source**
12910 Shelbyville Road Ste 215
Louisville, KY 40243-1594

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$8,245.20

---

**3.101**

**Nonpriority creditor's name and mailing address**
**Teco**
P. O. Box 31318
Tampa, FL 33631-3318

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102**

**Nonpriority creditor's name and mailing address**
**TG Lee Dairy**
P. O. Box 746108
Atlanta, GA 30374-6108

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$66.44

---

**3.103**

**Nonpriority creditor's name and mailing address**
**The Battery Bank**
2565 Pemberton Drive
Apopka, FL 32703-9458

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$197.64

---

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

---

**3.104** | Nonpriority creditor's name and mailing address
**Tingue Brown & Co**
P. O. Box 824619
Philadelphia, PA 19182-4619

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$234.76**

---

**3.105** | Nonpriority creditor's name and mailing address
**Travelclick Inc**
P. O. Box 71199
Chicago, IL 60694-1199

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106** | Nonpriority creditor's name and mailing address
**TWC Services Inc**
5080 Highlands Pkwy, Ste A150
Smyrna, GA 30082-5155

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$497.20**

---

**3.107** | Nonpriority creditor's name and mailing address
**Uniguest**
P. O. Box 306225
Nashville, TN 37230-6225

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

**3.108** | Nonpriority creditor's name and mailing address
**United Fire Protection Inc.**
3247 Tech Dr N
Saint Petersburg, FL 33716-1008

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.109** | Nonpriority creditor's name and mailing address
**Universal Towers Investimentos, Ltda**
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Sharholder Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$15,235,634.00**

---

**3.110** | Nonpriority creditor's name and mailing address
**UPS Freight**
P. O. Box 7247-0244
Philadelphia, PA 19170-0001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$32.73**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Universal Towers Construction, Inc.**                              Case number (if known)    **6:20-bk-03799-KSJ**
_____
            Name

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**US Foodservice Inc.**<br>**P. O. Box 198421**<br>**Atlanta, GA 30384-8421**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,303.06** |
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**Visit Orlando**<br>**6277 Sea Harbor Dr, Ste 400**<br>**Orlando, FL 32821-8028**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,400.00** |
| 3.113 | **Nonpriority creditor's name and mailing address**<br>**Waste Connections of Florida**<br>**Orlando Hauling**<br>**1099 Miller Drive**<br>**Altamonte Springs, FL 32701-2069**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,319.08** |
| 3.114 | **Nonpriority creditor's name and mailing address**<br>**Whaley Parts & Supply**<br>**P. O. Box 615**<br>**Lexington, SC 29071-0615**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$630.59** |
| 3.115 | **Nonpriority creditor's name and mailing address**<br>**Winter Park Photography**<br>**P. O. Box 2301**<br>**Winter Park, FL 32790**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$72.00** |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **A T & T**<br>**P. O. Box 5019**<br>**Carol Stream, IL 60197-5019** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **A T & T**<br>**P. O. Box 5091**<br>**Carol Stream, IL 60197-2091** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **ADP**<br>**P. O. Box 842875**<br>**Boston, MA 02284-2875** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **ADP**<br>**5800 Windward Pkwy**<br>**Alpharetta, GA 30005-8802** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Cintas Corp**<br>**P. O. Box 630910**<br>**Cincinnati, OH 45263-0910** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Dex Imaging Inc**<br>**P. O. Box 17299**<br>**Clearwater, FL 33762-0299** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Dex Imaging Inc.**<br>**P. O. Box 17454**<br>**Clearwater, FL 33762-0454** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Dormakaba USA Inc.**<br>**P. O. Box 890247**<br>**Charlotte, NC 28289-0247** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Ecolab, Inc.**<br>**P. O. Box 70343**<br>**Chicago, IL 60673-0343** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Ecolab, Inc.**<br>**P. O. Box 32027**<br>**New York, NY 10087-2027** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **FedEx**<br>**P. O. Box 94515**<br>**Palatine, IL 60094-4515** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Florida Department of Revenue**<br>**c/o General Counsel**<br>**P. O. Box 6668**<br>**Tallahassee, FL 32314-6668** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Florida Department of Revenue**<br>**c/o General Counsel**<br>**P. O. Box 6668**<br>**Tallahassee, FL 32314-6668** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Granite Telecommunications LLC**<br>**P. O. Box 983119**<br>**Boston, MA 02298-3119** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Heart of the House Hospitality**<br>**P. O. Box 823424**<br>**Philadelphia, PA 19182-3424** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Universal Towers Construction, Inc.** | Case number *(if known)* | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | **Nalco Co LLC**<br>P. O. Box 70716<br>Chicago, IL 60673-0716 | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Ocean Bank**<br>c/o Gregory S. Grossman, Esq.<br>1111 Brickell Ave. Ste 1250<br>Miami, FL 33131 | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Profitsword**<br>P. O. Box 865342<br>Orlando, FL 32886-5342 | Line **3.80**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Red Hawk Fires & Security LLC**<br>P. O. Box 530212<br>Atlanta, GA 30353-0212 | Line **3.84**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Shred-It USA**<br>23166 Network Pl<br>Chicago, IL 60673-1252 | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Shred-It USA**<br>28883 Network Pl<br>Chicago, IL 60673-1288 | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Sterling Talent Solutions**<br>P. O. Box 3876<br>Seattle, WA 98124-3876 | Line **3.94**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Sterling Talent Solutions**<br>P. O. Box 102255<br>Pasadena, CA 91189-2255 | Line **3.94**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Summit Broadband Inc.**<br>4558 35th Street Ste 100<br>Orlando, FL 32811-6541 | Line **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **The Battery Bank**<br>4502 35th Street #700<br>Orlando, FL 32811 | Line **3.103**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Travelclick Inc**<br>300 N Martingale Rd Ste 650<br>Schaumburg, IL 60173-2079 | Line **3.105**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **TWC Services Inc**<br>P. O. Box 1612<br>Des Moines, IA 50306-1612 | Line **3.106**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Waste Connections of Florida**<br>P. O. Box 535233<br>Pittsburgh, PA 15253-5233 | Line **3.113**<br>☐ Not listed. Explain ____ | _ |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Universal Towers Construction, Inc.** | Case number (if known) | **6:20-bk-03799-KSJ** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.29 | **Whaley Parts & Supply**<br>**P. O. Box 890962**<br>**Charlotte, NC 28289-0962** | Line __3.114__<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 28,004.01 |
| 5b. Total claims from Part 2 | 5b. + | $ 30,376,092.60 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 30,404,096.61 |

**Fill in this information to identify the case:**

Debtor name  **Universal Towers Construction, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:20-bk-03799-KSJ**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel Management Agreement** | |
| | State the term remaining | **December 31, 2022** | **Aimbridge Hospitality** |
| | List the contract number of any government contract | **N/A** | **5851 Legacy Circle #400 Plano, TX 75024** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **DEX Toner and Printer Service Agreement Printcounts - automatic yearly renewal unless cancelled** | |
| | State the term remaining | **3 months** | **Dex Imaging Inc** |
| | List the contract number of any government contract | **N/A** | **P. O. Box 17299 Clearwater, FL 33762-0299** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement 4 copiers - 48 months beginning October 10, 2019** | |
| | State the term remaining | **3 yrs 3 mos** | **Dex Imaging Inc** |
| | List the contract number of any government contract | | **7215 South John Young Parkway Orlando, FL 32809** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Crowne Plaza New Development License Agreement April 2, 1999** | |
| | State the term remaining | | **Holiday Hospitality Franchising, Inc. ATTN: Vice President Franchise Administration & Licensing 3 Ravinia Dr, Ste 2900** |
| | List the contract number of any government contract | **N/A** | **Atlanta, GA 30346-2149** |

| Debtor 1 | **Universal Towers Construction, Inc.** | | Case number (*if known*) | **6:20-bk-03799-KSJ** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Computer equipment and service contract** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **HP Direct** |
| | List the contract number of any government contract | **N/A** | **301 Rockrimmon Blvd**<br>**Colorado Springs, CO 80919** |

**Fill in this information to identify the case:**

Debtor name    **Universal Towers Construction, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-03799-KSJ**

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Constrazza International Construction, I** | **100 N.E. 3rd Ave., Ste 280 Fort Lauderdale, FL 33301** | **Ocean Bank** | ☑ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Joao Arcanjo Ribeiro** | **Av. Isaac Povoas, 586 - Sala 04 Cuiaba - Mato Grosso - MT BR 78.005-340** | **Ocean Bank** | ☑ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Zilberto Zanchet** | **100 N.E. 3rd Ave., Ste 280 Fort Lauderdale, FL 33301** | **Ocean Bank** | ☑ D _____ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name   **Universal Towers Construction, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:20-bk-03799-KSJ**

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,370,306.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$16,819,575.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$16,903,259.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | **Interest** | **$56,664.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | **Interest** | **$73,333.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | **Interest** | **$8,575.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Universal Towers Construction, Inc.** | Case number *(if known)* **6:20-bk-03799-KSJ** |
| --- | --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **Aimbridge Hospitality**<br>**5851 Legacy Circle #400**<br>**Plano, TX 75024** | **April 30,**<br>**June 30,**<br>**2020** | **$350,626.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **American Express**<br>**5042 Wilshire Blvd.**<br>**Los Angeles, CA 90036** | **April 30,**<br>**June 30,**<br>**2020** | **$9,864.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Belfor USA Group, Inc.**<br>**608 Jeffers Circle**<br>**Exton, PA 19341** | **June 18,**<br>**2020** | **$35,532.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Booking.com**<br>**Postbus 1639**<br>**1000 BP Amsterdam**<br>**Netherlands** | **April 30, May**<br>**31, June 30,**<br>**2020** | **$9,339.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **CPLS, P.A.**<br>**201 E. Pine St., Ste 445**<br>**Orlando, FL 32801** | **May 1, May**<br>**31, June 17,**<br>**2020,** | **$53,112.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Florida Department of Revenue**<br>**P. O. Box 6100**<br>**Tallahassee, FL 32314-6100** | **April 30, May**<br>**31, June 30,**<br>**2020** | **$46,611.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__taxes__ |
| 3.7. | **Guest Supply Inc.**<br>**P. O. Box 6771**<br>**Somerset, NJ 08875-6771** | **May 13, May**<br>**20, May 27,**<br>**2020** | **$8,353.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Universal Towers Construction, Inc.**                    Case number *(if known)*  **6:20-bk-03799-KSJ**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **HD Supply Facilities Maint**<br>P. O. Box 509058<br>San Diego, CA 92150-9058 | May 27, June 24, 2020 | $7,962.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Hilton Miami Dadeland**<br>9100 N. Kendall Drive<br>Miami, FL 33176-2121 | April 15, June 10, 2020 | $13,983.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **IHG Pegasus Solutions**<br>370 Lexington Ave<br>Suite 1<br>New York, NY 10017 | April 31, May 31, June 30, 2020 | $22,933.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Interstate Hotels Company**<br>c/o Interstate Hotels & Resorts Inc<br>4501 N Fairfax Dr., Ste 500<br>Arlington, VA 22203 | April 30, May 31, June 30, 2020 | $90,687.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **Jani-King of Orlando**<br>2469 Sunset Point Rd<br>Clearwater, FL 33765 | May 27, 2020 | $16,491.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **M7 Services LLC**<br>654 N SH Pkwy E, Ste 110<br>Houston, TX 77060-5903 | May 1, May 27, June 10, 2020 | $12,371.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **Onpeak**<br>8313 Collection Center Dr<br>Chicago, IL 60693-0083 | June 10, June 24, 2020 | $23,806.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. **Opes Consulting Inc.**<br>127 W. Fairbanks #232<br>Winter Park, FL 32789 | May 31, June 30, 2020 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Universal Towers Construction, Inc.** | | Case number *(if known)* **6:20-bk-03799-KSJ** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Orange County Tax Collector**<br>P. O. Box 545100<br>Orlando, FL 32854 | **April 30, May 31, June 30, 2020** | $21,084.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |
| 3.17. **Orange Utilities Commission**<br>100 West Anderson Street<br>Orlando, FL 32801 | **April 30, May 31, June 30, 2020** | $138,898.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.18. **Sheraton Lake Buena Vista**<br>12205 Apopka-Vineland Rd<br>Orlando, FL 32836 | **June 17, 2020** | $10,803.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.19. **Summit Broadband Inc.**<br>P. O. Box 10822<br>Naples, FL 34101-0822 | **June 24, 2020** | $16,636.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.20. **Team Travel Source**<br>12910 Shelbyville Road Ste 215<br>Louisville, KY 40243-1594 | **June 17, 2020** | $8,245.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.21. **Withum Audit Tax Advisory**<br>P. O. Box 5340<br>Princeton, NJ 08543-5340 | **April 29, June 10, 2020** | $21,672.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.22. **Constrazza International Construction, I**<br>100 N.E. 3rd Ave, Ste 280<br>Fort Lauderdale, FL 33301 | **May 1, 2020** | $500,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Partial payment on Judgment debt** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Universal Towers Construction, Inc.** | Case number *(if known)* **6:20-bk-03799-KSJ** |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Francisco F. Bomfim<br>Av. Isaac Povoas, 586 - Sala 04<br>Cuiaba - Mato Grosso - MT<br>BR 78.005-340<br>**Former President** | **July 2019 to June 2020** | **$27,877.00** | **Compensation and Expense Reimbursements** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Constrazza International Construction, Inc. v. Universal Towers Construction, Inc., et al 2015-CA-008342-A | | Orange County Circuit Court<br>425 N. Orange Avenue<br>Orlando, FL 32801 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. Francisco F. Bomfim, et al v. Constrazza International Construction, Inc. and Zilberto Zanchet 2020-CA-001538-OC, | Defamation case | Osceola County Circuit Court<br>2 Courthouse Square #2000<br>Kissimmee, FL 34741 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Universal Towers Construction, Inc.**                                    Case number *(if known)*    **6:20-bk-03799-KSJ**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Burr & Forman LLP**<br>**200 S. Orange Ave., Ste 800**<br>**Orlando, FL 32801** | | **June 15, 2020, July 3, 2020** | **$135,000.00** |
| | **Email or website address**<br>**www.burr.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Law Offices of Bradford A. Patrick**<br>**10312 Bloomington Ave**<br>**Suite 108**<br>**Riverview, FL 33578** | | **June 15, 2020** | **$45,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Debtor | Universal Towers Construction, Inc. | Case number (if known) | 6:20-bk-03799-KSJ |
|---|---|---|---|

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**All that is retained is the information that the customer inputs into the electronic reservation system and their credit card information. Credit card information is masked for PCI purposes**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Universal Towers Construction, Inc.** | Case number *(if known)* | **6:20-bk-03799-KSJ** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**P. O. Box 25118**<br>**Tampa, FL 33622-5118** | XXXX-6924 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**3608 Shader Road**<br>**Orlando, FL 32808** | **Hiram Brown**<br>**7800 Universal Blvd.**<br>**Orlando, FL 32819** | **The records stored are all accounting records, payroll, invoices, accounts receivable, income, banking and journal entries** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Universal Towers Construction, Inc.** | Case number *(if known)* | **6:20-bk-03799-KSJ** |
|---|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **Universal Towers Brazil Pecuaria LTDA**<br>**Av. Isaac Povoas, 586 - Sala 04**<br>**Cuiaba - Mato Grosso - MT**<br>**BR 78.005-340** | **Cattle Ranch** | **EIN:**      **Registration No. CNPJ No. 22.679.720-0001-6**<br>**From-To**<br><br>**June 17, 2015 - present** |

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Aimbridge Hospitality**<br>**5851 Legacy Circle #400**<br>**Plano, TX 75024** | **10/25/1999 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **Universal Towers Construction, Inc.**   Case number *(if known)* **6:20-bk-03799-KSJ**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Withum, Smith & Brown**<br>**200 South Orange Ave**<br>**Suite 1200**<br>**Orlando, FL 32801** | **2018 - 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Withum, Smith & Brown**<br>**200 South Orange Ave**<br>**Suite 1200**<br>**Orlando, FL 32801** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1<br>.   **Hiram Brown** | **April 30, 2020** | **$19,400.00 / Cost / food and beverage** |
| **Name and address of the person who has possession of inventory records** | | |
| **Hiram Brown**<br>**7800 Universal Blvd.**<br>**Orlando, FL 32819** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lis Rejane Oliveira-Sommerville** | **7800 Universal Blvd Orlando, FL 32819** | **President, Secretary** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Gilberto Goncalo Gomes de Silva Junior** | **Av. Isaac Povoas, 586 - Sala 04 Cuiaba - Mato Grosso - MT BR  78.005-340** | **Vice President, Director** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Ariadne Martins Fontes** | **Av. Isaac Povoas, 586 - Sala 04 Cuiaba - Mato Grosso - MT BF  78.005-340** | **Treasurer, Director** | |

| Debtor | Universal Towers Construction, Inc. | Case number *(if known)* | 6:20-bk-03799-KSJ |
|---|---|---|---|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Francisco F. Bomfim | Av. Isaac Povoas, 586 - Sala 04 Cuiaba - Mato Grosso - MT BR 78.005-340 | President and Director of the Debtor | January 16, 2009 - June 17, 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Francisco F. Bomfim | $27,877.00 | July 2019 to June 2020 | Compensation and Expense Reimbursements |
| | Relationship to debtor Former President and Director | | | |
| 30.2. | Lis Oliveira-Sommerville 7800 Universal Blvd Orlando, FL 32819 | $7,828.00 | June 2020 | Compensation |
| | Relationship to debtor President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Universal Towers Construction, Inc.**                                     Case number *(if known)*   **6:20-bk-03799-KSJ**

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 28, 2020**

**/s/ Lis R. Oliveira-Sommerville**                            **Lis R. Oliveira-Sommerville**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    __Universal Towers Construction, Inc.__ _____

                               Debtor(s)

Case No.    __6:20-bk-03799-KSJ__

Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __July 28, 2020__ _____

__/s/ Lis R. Oliveira-Sommerville__ _____
__Lis R. Oliveira-Sommerville__/__President__
Signer/Title

Universal Towers Construction, Inc.
7800 Universal Blvd.
Orlando, FL 32819

Advanced Resourcing LLC
9112 Boyce Ave
Orlando, FL 32824

AT&T Mobility
P. O. Box 6463
Carol Stream, IL 60197-6463

Eric S. Golden, Esq.
Burr & Forman LLP
200 S. Orange Ave.
Suite 800
Orlando, FL 32801

Aimbridge Hospitality
5851 Legacy Circle #400
Plano, TX 75024

Baring Industries
3249 SW 42nd Street
Fort Lauderdale, FL 33312-6810

A T & T
P. O. Box 5019
Carol Stream, IL 60197-5019

Amadeus Hospitality Americas I
29618 Network Place
Chicago, IL 60673-1296

Birch Street Systems
1301 Dove Street Ste 300
Newport Beach, CA 92660-2462

A T & T
P. O. Box 5091
Carol Stream, IL 60197-2091

Ambius LLC
P. O. Box 14086
Reading, PA 19612-4086

Bright House
P. O. Box 7`95
Pasadena, CA 91109-7195

A&C Printing
174B Semoran Commerce Pl
Suite 117
Apopka, FL 32703-4692

American Hotel Register Company
P. O. Box 206720
Dallas, TX 75320-6720

Busy Bean Coffee Inc.
P. O. Box 350
Mount Pleasant, SC 29464

Adobe Inc.
345 Park Avenue
San Jose, CA 95110

Andrews Filter & Supply Corp
2309 Coolidge Ave
Orlando, FL 32804-4897

Carlson Wagonlit Travel
P. O. Box 860487
Minneapolis, MN 55486-0487

ADP
1851 N Resler Dr
#MS-100
El Paso, TX 79912-8023

Ashberry Water Condition Inc.
2450 E 4th Avenue
Tampa, FL 33605-5431

CCR Solutions, Inc.
4351 35th Street
Orlando, FL 32811-6509

ADP
P. O. Box 842875
Boston, MA 02284-2875

AT&T
P. O. Box 78522
Phoenix, AZ 85062-8522

Chemsearchfe
P. O. Box 971269
Dallas, TX 75397-1269

ADP
5800 Windward Pkwy
Alpharetta, GA 30005-8802

AT&T (IHG)
Three Ravinia Dr., Ste 100
Atlanta, GA 30346

Cintas Corp
97627 Eagle Way
Chicago, IL 60678-7627

Cintas Corp
P. O. Box 630910
Cincinnati, OH 45263-0910

Dex Imaging Inc
P. O. Box 17299
Clearwater, FL 33762-0299

Ecolab, Inc.
P. O. Box 70343
Chicago, IL 60673-0343

CIT
21146 Network Pl
Chicago, IL 60673-1211

Dex Imaging Inc
7215 South John Young Parkway
Orlando, FL 32809

Ecolab, Inc.
P. O. Box 32027
New York, NY 10087-2027

Commercial Draperies Inc
7681 High Pine Rd
Orlando, FL 32819-5166

Dex Imaging Inc.
P. O. Box 17454
Clearwater, FL 33762-0454

Edward Don & Co
2562 Paysphere Circle
Chicago, IL 60674-0025

Constrazza International Construction, I
100 N.E. 3rd Ave, Ste 280
Fort Lauderdale, FL 33301

Dex Imaging, Inc.
5109 W Lemon St
Tampa, FL 33609-1105

Envirostat
P. O. Box 592575
Orlando, FL 32859-2575

Constrazza International Construction, I
100 N.E. 3rd Ave., Ste 280
Fort Lauderdale, FL 33301

Dormakaba USA Inc.
P. O. Box 896542
Charlotte, NC 28289-6542

FedEx
P. O. Box 660481
Dallas, TX 75266-0481

CRB Hospitality Mgmt
1650 Sand Lake Road, Ste 130
Orlando, FL 32809-7671

Dormakaba USA Inc.
P. O. Box 890247
Charlotte, NC 28289-0247

FedEx
P. O. Box 94515
Palatine, IL 60094-4515

Cusanos Bakery
5480 W Hillsboro Blvd
Coconut Creek, FL 33073-4307

Dow Jones & Co Inc.
200 Burnett Road
Chicopee, MA 01020-9983

Ferguson Enterprises, Inc.
P. O. Box 100286
Atlanta, GA 30384-0286

Cvent Inc.
P. O. Box 822699
Philadelphia, PA 19182-2699

Eckert Seamans Cherin Mellott
P. O. Box 643187
Pittsburgh, PA 15264-3187

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0120

Daytona Hospitality Management
3135 1st Avenue N, Unit 10778
Saint Petersburg, FL 33733-9233

Ecolab, Inc.
P. O. Box 100512
Pasadena, CA 91189-0512

Florida Department of Revenue
P. O. Box 6520
Tallahassee, FL 32314-6520

Florida Department of Revenue
c/o General Counsel
P. O. Box 6668
Tallahassee, FL 32314-6668

Guest Supply Inc.
P. O. Box 6771
Somerset, NJ 08875-6771

Holiday Hospitality Franchising, Inc
ATTN: Vice President
Franchise Administration & Licensin
Three Ravinia Dr, Ste 2900
Atlanta, GA 30346-2149

FPL Energy Services
P. O. Box 25426
Miami, FL 33102-5426

Halperns Steak & Seafood
P. O. Box 116421
Atlanta, GA 30368-6421

Holiday Hospitality Franchising, Inc
ATTN: Vice President
Franchise Administration & Licensin
3 Ravinia Dr, Ste 2900
Atlanta, GA 30346-2149

Freshpoint Central Florida
8801 Exchange Drive
Orlando, FL 32809-7970

HCA
P. O. Box 459
Grafton, IL 62037-0459

HP Direct
301 Rockrimmon Blvd
Colorado Springs, CO 80919

Frontier Lighting Inc.
2090 Palmetto Street
Clearwater, FL 33765-2134

HD Supply Facilities Maint
P. O. Box 509058
San Diego, CA 92150-9058

Hubert (Punchout)
25401 Network Place
Chicago, IL 60673-1254

G & R Plumbing Enterprises Inc
2545 S Nashville Ave
Orlando, FL 32805-5255

Health Communications, Inc.
1501 Wilson Blvd #500
Arlington, VA 22209-2460

I-Ride Trolley
7081 Grand National Dr, Ste 105
Orlando, FL 32819-8376

Gamza, S.A.
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

Heart of the House Hospitality
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168

Incenitvare Brasil Viagens E Turisti
Rua Guararapes, 883 -
Sao Paulo SP, 04561-001, Brazil

Grainger
Dept 859552556
Kansas City, MO 64141-6267

Heart of the House Hospitality
P. O. Box 823424
Philadelphia, PA 19182-3424

Industrial Laundry Services LL
2302 Mercator Drive, Ste 102
Orlando, FL 32807-5300

Granite Telecommunications LLC
100 Newport Avenue Ext
Quincy, MA 02171-1759

Heritage Service Group of NC
P. O. Box 71595
Chicago, IL 60694-1595

Innerworkings Inc.
7503 Solutions Ctr
Chicago, IL 60677-7005

Granite Telecommunications LLC
P. O. Box 983119
Boston, MA 02298-3119

Highrock Partners LLC
2194 Briarhurst Dr
Highlands Ranch, CO 80126-2605

Interstate Hotels Company
c/o Interstate Hotels & Resorts Inc
ATTN: Chief Admin Officer & Gen C
4501 N Fairfax Dr., Ste 500
Arlington, VA 22203

Iron Mountain
P. O. Box 27128
New York, NY 10087-7128

Minuteman Press Sand Lake
7751 Kingspointe Pkwy Ste 117
Orlando, FL 32819-6503

Oracle America Inc.
P. O. Box 203448
Dallas, TX 75320-3448

Joao Arcanjo Ribeiro
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

Mood Media
P. O. Box 71070
Charlotte, NC 28272-1070

Orange County Comptroller
Tourist Development Tax
P. O. Box 4958
Orlando, FL 32802-4958

Johnstone Supply
1651 S Rio Grande Avenue
Orlando, FL 32805-4442

Nalco Co LLC
P. O. Box 730005
Dallas, TX 75373-0005

OUC
P. O. Box 31329
Tampa, FL 33631-3329

Kone Inc.
One Kone Court
Moline, IL 61265

Nalco Co LLC
P. O. Box 70716
Chicago, IL 60673-0716

Over the Top Rental Linens
6501 N Andrews Ave
Fort Lauderdale, FL 33309

Lapin Septic Tank Service Inc
3031 40th Street
Orlando, FL 32839-8624

Navisite Inc.
P. O. Box 10138
Uniondale, NY 11555-0138

Plaza Resort Shoppes
9187 Ridge Pine Trl
Orlando, FL 32819-4821

M7 Services LLC
654 N Sh Pkwy E, Ste 110
Houston, TX 77060-5903

Nor1 Inc
3945 Freedom Cir Ste 600
Santa Clara, CA 95054-1270

Profitsword
9355 Cypress Cove Drive
Orlando, FL 32809-5324

Massey Services Inc.
P. O. Box 547668
Orlando, FL 32854-7668

Ocean Bank
780 NW 42nd Ave Ste 400
Miami, FL 33126

Profitsword
P. O. Box 865342
Orlando, FL 32886-5342

Mid-America Telephone Systems
618 Cepi Drive Ste A
Chesterfield, MO 63005-1365

Ocean Bank
c/o Gregory S. Grossman, Esq.
1111 Brickell Ave. Ste 1250
Miami, FL 33131

Proscape
285 E Oak Ridge Rd
Orlando, FL 32809-4140

Milestone Internet Marketing
3001 Oakmead Village Drive
Santa Clara, CA 95051-0811

Onpeak
8313 Collection Center Dr
Chicago, IL 60693-0083

Quench USA Inc.
P. O. Box 781393
Philadelphia, PA 19178-1393

RD Pool Maint Inc
2353 N Stewart St
Kissimmee, FL 34746-3046

Shred-It USA
28883 Network Pl
Chicago, IL 60673-1288

Summit Broadband Inc.
4558 35th Street Ste 100
Orlando, FL 32811-6541

Red Hawk Fires & Security LLC
P. O. Box 842422
Boston, MA 02284-2422

Skal Intl Orlando
P. O. Box 720423
Orlando, FL 32872-0423

Sunbrite Outdoor Furniture Inc.
610 Irene Street
Orlando, FL 32805-1050

Red Hawk Fires & Security LLC
P. O. Box 530212
Atlanta, GA 30353-0212

Southern Aluminum
P. O. Box 884
Magnolia, AR 71754-0884

Superior Fire
397 Enterprise St. Ste C
Ocoee, FL 34761-3035

Royal Cup Inc.
P. O. Box 841000
Dallas, TX 75284-1000

Squirrel Systems
PMB 740
Blaine, WA 98230-4033

System Tech Services Inc
851 Central Park Dr
Sanford, FL 32771-6602

Sheraton Lake Buena Vista
12205 Apopka-Vineland Rd
Orlando, FL 32836

Staples Business Advantage
P. O. Box 70242
Philadelphia, PA 19176-0242

Talentwise
P. O. Box 3876
Seattle, WA 98124-3876

Sherwin Williams
8414 S. Orange Blossom Trail
Orlando, FL 32809-7906

Sterling Talent Solutions
P. O. Box 1048
Bothell, WA 98041-1048

Team Travel Source
12910 Shelbyville Road Ste 215
Louisville, KY 40243-1594

Shoes for Crews Inc
5000 T-Rex Ave, Suite 100
Boca Raton, FL 33431

Sterling Talent Solutions
P. O. Box 3876
Seattle, WA 98124-3876

Teco
P. O. Box 31318
Tampa, FL 33631-3318

Shred-It USA
P. O. Box 101007
Pasadena, CA 91189-1007

Sterling Talent Solutions
P. O. Box 102255
Pasadena, CA 91189-2255

TG Lee Dairy
P. O. Box 746108
Atlanta, GA 30374-6108

Shred-It USA
23166 Network Pl
Chicago, IL 60673-1252

Summit Broadband Inc.
 P. O. Box 10822
Naples, FL 34101-0822

The Battery Bank
2565 Pemberton Drive
Apopka, FL 32703-9458

The Battery Bank
4502 35th Street #700
Orlando, FL 32811

UPS Freight
P. O. Box 7247-0244
Philadelphia, PA 19170-0001

Tingue Brown & Co
P. O. Box 824619
Philadelphia, PA 19182-4619

US Foodservice Inc.
P. O. Box 198421
Atlanta, GA 30384-8421

Travelclick Inc
P. O. Box 71199
Chicago, IL 60694-1199

Visit Orlando
6277 Sea Harbor Dr, Ste 400
Orlando, FL 32821-8028

Travelclick Inc
300 N Martingale Rd Ste 650
Schaumburg, IL 60173-2079

Waste Connections of Florida
Orlando Hauling
1099 Miller Drive
Altamonte Springs, FL 32701-2069

TWC Services Inc
5080 Highlands Pkwy, Ste A150
Smyrna, GA 30082-5155

Waste Connections of Florida
P. O. Box 535233
Pittsburgh, PA 15253-5233

TWC Services Inc
P. O. Box 1612
Des Moines, IA 50306-1612

Whaley Parts & Supply
P. O. Box 615
Lexington, SC 29071-0615

Uniguest
P. O. Box 306225
Nashville, TN 37230-6225

Whaley Parts & Supply
P. O. Box 890962
Charlotte, NC 28289-0962

United Fire Protection Inc.
3247 Tech Dr N
Saint Petersburg, FL 33716-1008

Winter Park Photography
P. O. Box 2301
Winter Park, FL 32790

Universal Towers Investimentos, Ltda
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

Zilberto Zanchet
100 N.E. 3rd Ave., Ste 280
Fort Lauderdale, FL 33301