UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION,          CASE NO. 6:20-bk-03799-KSJ
INC.,                                   Chapter 11

       Debtor.

_____/

## FINAL APPLICATION FOR COMPENSATION OF
## OPES CONSULTING, INC. AS FINANCIAL ADVISOR TO THE DEBTOR

---

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801, within twenty-one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.  The Court will consider any timely filed objections at the hearing set for December 16, 2020 at 3:00 p.m.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one.  If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

### Summary of Request for Allowance for Opes Consulting, Inc

| | |
|---|---|
| Name of Applicant: | Jean Gonzales / Opes Consulting, Inc. |
| Services Provided to: | Debtor |
| Date of Retention: | July 3, 2020 |
| Period for this Application: | July 3, 2020 – October 31, 2020 |

| Amount of Compensation Sought: | $20,412 |
|---|---|
| Amount of Expense Reimbursement: | $0.00 |
| Amount of Original Retainer: $0.00 | Current Balance: $0.00 |
| Hourly Rate this Application: | $270.00 |
| This is a first and final Application | |

UNIVERSAL TOWERS CONSTRUCTION, INC. (the "Debtor"), by and through its undersigned counsel, hereby submits, on behalf of OPES CONSULTING, INC. ("Applicant" or "Opes"), its final application (the "Fee Application") for an award of compensation for services in the amount of $20,412.00 for the period from July 3, 2020 through October 31, 2020 (the "Allowance Period"), and in support thereof states:

1.      On July 3, 2020 (the "Petition Date"), Universal Towers Construction, Inc. (the "Debtor") filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.      On August 28, 2020, the Debtor filed its *Application to Employ Opes Consulting, Inc. as Financial Advisor to the Debtor Nunc Pro Tunc to the Petition Date* (Doc. No. 89) ("Application").  As set forth in the Application, the Debtor sought to retain Opes and its principal Mr. Juan Gonazalez ("Gonzalez") to provide financial consulting services, translation services, and to attempt to obtain financing for the Debtor.  Debtor agreed to pay Opes (i) a percentage commission based on any financing procured by Opes, and (ii) an hourly rate of $270 for Gonzalez's other financial consulting services.

3.      On September 25, 2020, the Court entered its *Order Approving Application for Employment of Opes Consulting, Inc. as Financial Advisor to the Debtor Nunc Pro Tunc to the Petition Date* (Doc. No. 116) ("Approval Order").

4.    Juan Gonzalez ("Gonzalez") was responsible for all the time billed with respect to this Fee Application. During the Allowance Period, Gonzales assisted the Debtor in numerous aspects of its operations, including:

    a.    Financial advisory and consulting services related to a potential refinancing of the Debtor's existing mortgage loan;

    b.    Financial advisory and consulting services related to a potential purchase of the Debtor's hotel property;

    c.    Discussions with potential purchasers of the Debtor's hotel property;

    d.    Discussions with real estate brokers regarding potential listing of Debtor's hotel property;

    e.    Communication and interpretation services during telephonic and video conferences with Debtor's Director(s), Officers, and legal team.

5.    By this Application, Gonzalez is requesting fees in the amount of $20,412.00.

6.    All services for which compensation is requested were performed for, and on behalf of, the Debtor and not on behalf of any committee, creditor, or other person.

7.    All of the services for which compensation is sought were performed by Gonzalez.

**Summary of Services Rendered**

8.    As set forth above in paragraph 4, Gonzalez assisted the Debtor on numerous matters during the course of the Allowance Period.

9.    The valuation of Gonzalez's services in this matter should be based on the foregoing factual recitations and on the following considerations enunciated in In re: First Colonial Corp. of America, 544 F.2d 291 (5th Cir. 1977):

    a.    Time and Labor Required. As set forth on the attached exhibits, Gonzalez has spent 82.70 hours rendering professional services to or on behalf of the Debtor in this case. Gonzalez has maintained detailed, daily records of the time devoted in rendering these services. Copies of these records are attached hereto as **Exhibit A** and by reference are incorporated herein.

During all times relevant to this Allowance Period, the hourly billing rate was in the range of $270.00 per hour.

b.     <u>Novelty and Difficulty of Questions.</u>  The summary of time, hours and fees reflects rates commensurate with the knowledge and expertise of the individual professional, and the customary rates charged by professionals of similar experience and expertise in the Middle District of Florida.

c.     <u>Skill Requisite to Perform the Services Properly</u>.  Gonzalez is an experienced financial consultant and financial advisor.  Applicant submits that he has performed the services for the Debtor at a high level of skill.

d.     <u>Preclusion of Other Employment</u>.  This factor is not relevant in the circumstances of this case, other than that this case requires a commitment of time and resources which could have been allocated to other representation.

e.     <u>Customary Fee</u>.  The fee requested by Gonzalez is the fee normally charged by Gonzales and does not include any premium.

f.     <u>Whether the Fees are Fixed or Contingent</u>.  The fee agreement with the Debtor that contemplates hourly rates for Applicant's services set forth here is not contingent upon Applicant obtaining any specific results or objectives on behalf of the Debtor.  The fees requested are contingent only in that they are subject to approval by the Bankruptcy Court.

g.     <u>The Limitations Imposed by Client or Other Circumstances</u>.  This case did not require Gonzalez to devote a substantial amount of time on an emergency basis.

h.     <u>Nature and Length of the Professional Relationship with the Client</u>.  Applicant and Gonzalez have provided financial consulting and advisory services to the Debtor for approximately one year prior to the petition date.  The Debtor retained Applicant to provide

the services set forth herein because of Applicant and Gonzalez's existing knowledge of Debtor's operations, and Debtor's confidence in Gonzalez's expertise.

        i.    <u>Awards in Similar Cases</u>.  The amount sought by Gonzalez is well within the range of awards in similar cases.

10.    Counsel for the Debtor has conferred with Jill Kelso, Counsel for the United States Trustee, regarding this Application.  Applicant has reduced the total request for compensation by approximately 10% from what Applicant would have otherwise sought to address the concerns of the United States Trustee.  The 10% reduction is in addition to certain other voluntary fee reductions Applicant made before consulting with Ms. Kelso, in the amount of approximately 20% of the fees incurred by Applicant.  Based on these voluntary reductions, Ms. Kelso has indicated the Office of the United States Trustee does not intend to object to this Application.

11.    Attached hereto as **<u>Exhibit B</u>** is the Declaration of Juan A. G. Gonzalez in support hereof.

WHEREFORE, Debtor respectfully requests that the Court enter an order awarding an allowance of compensation to Applicant of $20,412.00 for professional services rendered during the Allowance Period, and that the Court grant such other and further relief as is just.

        */s/ Christopher R. Thompson*
        **Eric S. Golden**
        Florida Bar No. 146846
        Email:  egolden@burr.com
        **Christopher R. Thompson**
        Florida Bar No. 93102
        Email:  crthompson@burr.com
        **BURR & FORMAN LLP**
        200 S. Orange Avenue, Suite 800
        Orlando, FL 32801
        Phone: (407) 540-6600
        Fax: (407) 540-6601
        *Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice and by regular U.S. Mail, postage prepaid to the parties listed on the attached Local Rule 1007-2 matrix.

*/s/ Christopher R. Thompson*
Christopher R. Thompson

Label Matrix for local noticing
113A-6
Case 6:20-bk-03799-KSJ
Middle District of Florida
Orlando
Fri Nov 20 12:01:12 EST 2020

Aimbridge Hospitality
5851 Legacy Circle #400
Plano, TX 75024-5979

Amadeus Hospitality Americas I
29618 Network Place
Chicago, IL 60673-1296

Bank of America, N.A.
c/o Liebler, Gonzalez & Portuondo
44 West Flagler Street, Suite 2500
Miami, Florida 33130-6808

Constrazza International Construction
c/o Keith T. Grumer
KATZ BARROn
100 N.E. Third Ave., #280
Fort Lauderdale, FL 33301-1165

Constrazza International Construction, I
100 N.E. 3rd Ave, Ste 280
Fort Lauderdale, FL 33301-1165

Daytona Hospitality Management
3135 1st Avenue N, Unit 10778
Saint Petersburg, FL 33733-9233

Dormakaba USA Inc.
P. O. Box 896542
Charlotte, NC 28289-6542

Eckert Seamans Cherin Mellott
P. O. Box 643187
Pittsburgh, PA 15264-3187

Ecolab, Inc.
P. O. Box 100512
Pasadena, CA 91189-0512

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0120

G & R Plumbing Enterprises Inc
2545 S Nashville Ave
Orlando, FL 32805-5255

Holiday Hospitality Franchising, Inc.
ATTN: Vice President
Franchise Administration & Licensing
Three Ravinia Dr, Ste 2900
Atlanta, GA 30346-2143

M7 Services LLC
19747 Highway 59 N #340
Humble, TX 77338-3536

M7 Services LLC
654 N SH Pkwy E, Ste 110
Houston, TX 77060-5903

Massey Services Inc.
P. O. Box 547668
Orlando, FL 32854-7668

Ocean Bank
780 NW 42nd Ave Ste 400
Miami, FL 33126-5542

Ocean Bank
c/o Gregory S. Grossman, Esq.
1111 Brickell Ave. Ste 1250
Miami, FL 33131-3123

Ocean Bank
c/o Daniel M Coyle, Esq
1111 Brickell Avenue, Suite 1250
Miami, FL 33131-3123

Onpeak
8313 Collection Center Dr
Chicago, IL 60693-0083

Orange County Comptroller
Tourist Development Tax
P. O. Box 4958
Orlando, FL 32802-4958

Phil Diamond, CPA, as Orange County Comptrol
c/o Michael A. Paasch, Esq.
Mateer & Harbert, P.A.
P O Box 2854
Orlando  FL  32802-2854

Proscape
285 E Oak Ridge Rd
Orlando, FL 32809-4140

RD Pool Maint Inc
2353 N Stewart St
Kissimmee, FL 34746-3046

Royal Cup Inc.
P. O. Box 841000
Dallas, TX 75284-1000

Scott Randolph, Orange County Tax Collector
c/o Michael A. Paasch, Esq.
Mateer & Harbert, P.A.
P O Box 2854
Orlando  FL  32802-2854

Sheraton Lake Buena Vista
12205 Apopka-Vineland Rd
Orlando, FL 32836-6804

Southern Aluminum
P. O. Box 884
Magnolia, AR 71754-0884

Summit Broadband
P. O. Box 10822
Naples, FL 34101-0822

Sunbrite Outdoor Furniture Inc.
610 Irene Street
Orlando, FL 32805-1050

System Tech Services Inc
851 Central Park Dr
Sanford, FL 32771-6602

Team Travel Source
12910 Shelbyville Road Ste 215
Louisville, KY 40243-1594

Visit Orlando
6277 Sea Harbor Dr, Ste 400
Orlando, FL 32821-8043

Waste Connect
1099 Miller Drive
Altamonte Springs, FL 32701-2069

Waste Connections of Florida
Orlando Hauling
1099 Miller Drive
Altamonte Springs, FL 32701-2069

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Gamza, S.A.
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

(u)Joao Arcanjo Ribeiro
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

(d)Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

(u)Universal Towers Investimentos, Ltda
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

End of Label Matrix
Mailable recipients    34
Bypassed recipients     4
Total                  38

# Exhibit A

# OPES CONSULTING, INC

127 W. FARIBANKS, #232, Winter Park, FL,32789

250 95th, #546391, Surfside, FL,33154

Phone: 407-7199135   |   jagg8@opes8.net

Account Statement

Prepared for Universal Tower Construction Inc.

Re: After-petition hours

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | |
| New Balance | $3,267.00 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | ($0.00) |
| Now Due | $3,267.00 |

# OPES CONSULTING, INC

127 W. FARIBANKS, #232, Winter Park, FL,32789

250 95th, #546391, Surfside, FL,33154

Phone: 407-7199135  |  jagg8@opes8.net

## INVOICE

Universal Tower Construction Inc.
7800 Universal Blvd
Orlando, FL 32819

Invoice Date: July 03, 2020
Invoice Number: 0807
Invoice Amount: $3,267.00

## Hours Report

| 7/6/2020 | Prepare email chain with Robert Finvar potential hotel Buyer and Thomas Wood after our conference call in reference to Robert's offer (LOI), explain no agreement or extension between shareholders, C-11 has been filed. | JAGG | 0.6 | 162 |
|---|---|---|---|---|
| 7/8/2020 | Conference call with Lis, explaining C-11 scenarios including sale of the hotel, Real Estate Brokers, Brokers opinions vs appraisal. | JAGG | 0.7 | 189 |
| 7/13/2020 | email chain with Richard Bikowski in reference to his clients offers, low credibility based on research. | JAGG | 0.5 | 135 |

| 7/13/2020 | Video Conference call with Attorneys Chris Thompson and Brad Patrick, Adrienne, Gilberto & Brazilian authorities. BK explanations, creditors classifications, UTI, UTB, market conditions for a sell, RE Brokerage. Potential buyers. | JAGG | 2 | 540 |
|---|---|---|---|---|
| 7/14/2020 | Conference call  Lis after previous video conference call with Q&A, Bk overview. | JAGG | 0.6 | 162 |
| 7/15/2020 | Conference call with Attorneys Chris Thompson and Brad Patrick, in preparation of the C-11 schedules, loan docs from UTC to UTB, total amount, interest accrued, review 2018 Income tac Filing to check receivables, percent of ownership in to UTB, needs to clarify how the 2019 Income falling in reface to the notes and any other additional information need it. Needs tax filing 2019, values of loan including interest and any other information must be provide by the external accounts. | JAGG | 0.5 | 135 |
| 7/15/2020 | Conference call with Robert Kaplan, Executive managing Director Cushman & Wakefield, subject: possible sale of the Hotel, recap and explain all new changes to UTC including C-11, review the scenarios, PIP, Shares ownership, judgement and values. Follow up email. | JAGG | 0.75 | 202.5 |
| 7/17/2020 | Conference call with (Interstate/Aimbridge Hotel Management) Ed Blum, Justin Magazine, Peter Brogan and Lis, explaining that Brazilian Government representative would like their opinion in reference to the sell, value, and alternative. Next step send email fallow up with the link and wait for response. | JAGG | 0.5 | 135 |
| 7/17/2020 | Conference call with (CBRE) Don Johnson explain  Government representative would like their opinion in reference to the sell, value, and alternative. Next step send email fallow up Lisa a Broker  from the Hotel Sell's division. | JAGG | 0.3 | 81 |
| 7/20/2020 | Conference call with Lis, explain  all received offers, RE Brokers, updates form Brazilian Government officials sale or DIP. | JAGG | 0.3 | 81 |

| | | | | |
|---|---|---|---|---|
| 7/20/2020 | Conference call with (CBRE Hotels sales division) Lisa Zaranek, Lou her partner, and Lis, explain Brazilian Government representative would like their opinion in reference to the sell, value, Q&A session in reference to ownership, o. chart, F. agreement (IHG), management, PIP, financials, etc. Next step send email fallow up Lisa a Broker  from the Hotel Sell's division. | JAGG | 1 | 270 |
| 7/22/2020 | Conference call with Keith Thompson and Dan Gorcziky ( AY), subject: possible sale of the Hotel,   recap and explain all new changes to UTC including  Q & A , PIP,  request a change of ownership    PIP Report issues by IHG. Follow up email. | JAGG | 1 | 270 |
| 7/23/2020 | Conference call with Kevin Winkowsky (IHG), subject: change of ownership of the Hotel, PIP report, inspection,  time Line of the process and cost. Follow up email. He Will prepare retail info for next week. | JAGG | 0.4 | 108 |
| 7/24/2020 | Conference call Lis id reference to Kevin Winkowsky. Property improvement plan conversation in reference to 2018 comma areas remodeling | JAGG | 0.5 | 135 |
| 7/27/2020 | Conference call with Eric, Chris , Brad and Lis , subject:  external OB Lawyer concern with communication channels, I explain that we need to be able been to know and interact with OB in order to prepare a reorganization plan and not running out of cash flow (October) underwriting details. Also, next calendar of hearings and motions, my contract, possible additional offers, Contrazza doing   things in Brazil could be illegal under US Law. Etc. nest step, Letter from Brad, communication with external Lawyer in reference to contact person. | JAGG | 0.95 | 256.5 |
| 7/27/2020 |  Conference call with Lis in reference to Zanchet's  legal obligations in Brazil | JAGG | 0.5 | 135 |
| 7/28/2020 |  Conference all with Eric, Chris , Brad and Lis, subject: loans from UTC to UTB and UTI Brazilian corps. | JAGG | 0.5 | 135 |

| 7/29/2020 | Review Hotel financials and talk to Lis in reference to CPA Interpretation after Judgement, Next step they going to draft. | JAGG | 0.5 | 135 |
|---|---|---|---|---|
| SUBTOTAL: | | | 12.1 | 3267 |

**Matter Ledgers**

| 8/3/2020 | Balance before last invoice | $0.00 |
|---|---|---|
| 8/3/2020 | Invoice 0807 | $3,267.00 |
| 8/3/2020 | Payment | $0.00 |
| SUBTOTAL: | | $3,267.00 |

PREVIOUS BALANCE DUE: $0.00

CURRENT BALANCE DUE: $3,267.00

# OPES CONSULTING, INC

127 W. FARIBANKS, #232, Winter Park, FL,32789

250 95th, #546391, Surfside, FL,33154

Phone: 407-7199135   |   jagg8@opes8.net

Account Statement

Prepared for Universal Tower Construction Inc.

Re: After-petition hours

| | |
|---|---|
| Previous Balance | $3,267.00 |
| Current Charges | $5,319.00 |
| New Balance | $8,586.00 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | ($0.00) |
| Now Due | $8,586.00 |

# OPES CONSULTING, INC

127 W. FARIBANKS, #232, Winter Park, FL,32789

250 95th, #546391, Surfside, FL,33154

Phone: 407-7199135  |  jagg8@opes8.net

## INVOICE

Universal Tower Construction Inc.
7800 Universal Blvd
Orlando, FL 32819

Invoice Date: September 1, 2020
Invoice Number: 0908
Invoice Amount: $5,319.00

## Hours Report

| Date | Description | | Hours | Amount |
|------|-------------|------|-------|--------|
| 8/5/2020 | Talk to lis in reference to  the external CPA working on 2019 but the need to reflect the judgement and loans. Next. Review tax returns and inter- companies loan. | JAGG | 0.5 | 135 |
| 8/6/2020 | Loans inter-companies translate and interpret, prepare email, talk to Brad, translate to Portuguese  Brads's draft and talk to Lis, next Brad will prepared a later in reference to changing Judicial administrator and loans. | JAGG | 2 | 540 |
| 8/6/2020 | Draft email to Eric in reference to cash flow. | JAGG | 0.3 | 81 |

| | | | | |
|---|---|---|---|---|
| 8/7/2020 | Conference Call with Erick, Chris, Brad and Lis,  DIP Budget , UTC,UTI, UTB loans, possible repayments of loans inter companies in Brazil, Zanchett UTI $3M offers, cash flow needs, PIP.  Next, Erick and Chris will review all passable scenarios. | JAGG | 1.3 | 351 |
| 8/8/2020 | Review Khalid Muner Report, next step waiting for more reports. | JAGG | 0.5 | 135 |
| 8/11/2020 | Review schedules filed, overview  loan repayment between Brazilian companies, write emails. | JAGG | 1 | 270 |
| 8/11/2020 | Review documents and  write emails to  Erick and Chris( BK lawyers) and C&W. | JAGG | 0.5 | 135 |
| 8/12/2020 | Draft summery Pros and Cons for Albert Arisso and conference call | JAGG | 1 | 270 |
| 8/13/2020 | Talk to Lis in reference to Chris memo. Next step: conference call with C & W, Tuesday 8/18/20 3:30. | JAGG | 0.5 | 135 |
| 8/17/2020 | Talk to Lis in reference to  potential buyer for UTI, UTB inter-companies Loans, original Investment from Constrazza. Next step: CPA Draft   discussion with Chris and Eric to UTB loans. | JAGG | 1 | 270 |
| 8/18/2020 | Conference call C&W with Robert Kaplan, Danny St. Romain, Mark Rutherford, Eric Golden, Brad Patrick and Lis, in reference to C&W proposal as Broker on for hotel sale, Robert have question on the BK. Next step the Will prepare a Broker's proposal. | JAGG | 1 | 270 |

| 8/19/2020 | Conference call with the Judicial Administrator documentsFernando Tonon, Brad Patrick and Lis, in reference possible sale, engagements of a Broker, loan and investments to UTI, UTB, potential taxes credits and debits, repayments of the loans, time line for farm and livestock liquidation. Explanation reorganization plan, payments plan, and cashflow requirements. Next step, my contract redraft in Portuguese to my review. | JAGG | 1.25 | 337.5 |
| 8/19/2020 | Conference call with Brad Patrick and Lis, in reference next hearing for BK dismissal 9/23/20, Brad needs all transcript trail. Brad is going to draft an email to Eric and Chris in reference to OB lawyer and extension of the loan and additional money. | JAGG | 0.45 | 121.5 |
| 8/20/2020 | Conference call with Brad Patrick in reference to Marina's email in regard to Mr. Zanchet tax obligations in Brazil, next step: email to Lis and Marina, Brad will draft an email and I will translate in Portuguese asking questions about the details judicial process and actual procedures and judgements against Mr. Zanchet in Brazil. | JAGG | 0.6 | 162 |
| 8/20/2020 | Update & Review all documents required for Mark Rutherford from C & W, email with link. Next step: waiting for C & W broker opinion proposal. | JAGG | 0.5 | 135 |
| 8/21/2020 | Meeting with Larry Mayer Abbo (Prime Group) and Gus Treichel, explain the case and Bankruptcy, Brazilian corporations involved, he needs full detail updated Hotel financial, follow up send link to Dropbox. | JAGG | 1.5 | 405 |
| 8/24/2020 | Conference Call with Erick, Chris, Brad and Lis, in reference to Cashflow, Maturity of the Loan descriptions for the reorganization plan. Next step memo from Chris in reference to OB and prepare Marina's response email. | JAGG | 1 | 270 |

| Date | Description | | Hours | Amount |
|------|-------------|--|-------|--------|
| 8/26/2020 | Zoom Conference with Erick, Chris, Brad, Lis and Fernando Tonon Brazilian Judicial Administrator.   In reference to all scenarios. Translating in Portuguese  all Q & A  with Lawyers. | JAGG | 1.5 | 405 |
| 8/26/2020 | Conference  call with Chris in reference to the declaration. | JAGG | 0.3 | 81 |
| 8/26/2020 | Conference   call with Lis in reference to the declaration,  FA Contract and addendum. | JAGG | 0.5 | 135 |
| 8/27/2020 | Preparing  Q & A for Mark Rutherford C & W in reference to Brokerage proposal. | JAGG | 0.7 | 189 |
| 8/27/2020 | Conference Call with, Jim Dupre, Larry Mayer Abbo ( Prime Group). In reference to Organization Chart, liabilities,. Next step another conference on next Monday. | JAGG | 0.7 | 189 |
| 8/28/2020 | Conference Call with Richard Patrick, potential  in reference to Liabilities, Cashflow, We would like to receive his proposal asap. Next step waiting for LOI next week. | JAGG | 0.5 | 135 |
| 8/31/2020 | Conference Call with Lis in reference to cash collateral reserves, cashflow until 02/21 $600K. | JAGG | 0.3 | 81 |
| 8/31/2020 | Conference Call with Lis in reference to chart comparative Option sale or UTI sale. | JAGG | 0.3 | 81 |
| SUBTOTAL: | | | 19.7 | 5319 |

## Matter Ledgers

| | | |
|--|--|--|
| 9/1/2020 | Balance before  invoice 0908 | $3,267.00 |
| 9/1/2020 | Invoice 0908 | $5,319.00 |
| | Payment | $0.00 |
| SUBTOTAL: | | $8,586.00 |

PREVIOUS BALANCE DUE: $3,267.00

CURRENT BALANCE DUE: $8,586.00

# OPES CONSULTING, INC

127 W. FARIBANKS, #232, Winter Park, FL,32789

250 95th, #546391, Surfside, FL,33154

Phone: 407-7199135   |   jagg8@opes8.net

Account Statement

Prepared for Universal Tower Construction Inc.
Re: After-petition hours

| | |
|---|---|
| Previous Balance | $8,586.00 |
| Current Charges | $7,425.00 |
| New Balance | $16,011.00 |
| Payments | $0.00 |
| Now Due | $16,011.00 |

# OPES CONSULTING, INC

127 W. FARIBANKS, #232, Winter Park, FL,32789

250 95th, #546391, Surfside, FL,33154

Phone: 407-7199135   |   jagg8@opes8.net

## INVOICE

Universal Tower Construction Inc.
7800 Universal Blvd
Orlando, FL 32819

Invoice Date: October 01, 2020
Invoice Number: 1007
Invoice Amount: $7,425.00

## Hours Report

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2020 | Conference call with Albert Arisso in reference to DIP financing, possible UTI acquisition, review cash flow, PIP, he would like to visit tomorrow. | JAGG | 0.6 | 162 | |
| 9/2/2020 | Conference call with Larry Abbo, Jim Dupre and  G.Treichel, in reference acquisition of the Hotel. Next step, Hotel Visit. | JAGG | 0.7 | 189 | |
| 9/3/2020 | Conference call with Lis, in reference Prime Group conference call and next week Hotel visit. Next step eating for confirmation if the visit. | JAGG | 0.7 | 189 | |
| 9/4/2020 | Review Brad's  first  draft, and concerns and explanations. | JAGG | 1 | 270 | |

| Date | Description | | | |
|---|---|---|---|---|
| 6/6/2020 | Conference call with Lis in reference to the potential buyers and brokers. | JAGG | 0.5 | 135 |
| 9/8/2020 | Conference call with Lis and Chris in reference to Erick request information, new terms. | JAGG | 1 | 270 |
| 9/9/2020 | Conference call with Brad in reference to 8 pages Judge responses , Q & A civil system in reference to defamation case, concerns on withdrawing the case, and explanation of Brazilian criminal case allegations by Constrazza ( Zanchett). | JAGG | 1 | 270 |
| 9/9/2020 | Conference call with Lis explaining yesterday conference call with Hilco, Q & A , Company organization chart, BK,  Constrazza judgement, etc, Next step wating for theirs proposal. | JAGG | 1 | 270 |
| 9/10/2020 | Conference call with Jim Drupre after his  the visit to the Hotel,  Q & A of property improvements, creditors, P & L. | JAGG | 0.5 | 135 |
| 9/10/2020 | Conference call with Lis in reference to , potential Buyers, Q & A from Jim Dupree. | JAGG | 0.5 | 135 |
| 9/11/2020 | Conference call with Lis in reference to Hilco's proposal. | JAGG | 0.5 | 135 |
| 9/11/2020 | Conference call with Lis in reference to Interestate/Aimbridge  Hotel management, and  their clients for Hotel acquisition, draft  email to Justin in reference to his clients. | JAGG | 0.7 | 189 |
| 9/14/2020 |  2 Conference calls with Jim Dupre in reference to Constrazza, overview of litigation, BK records, sent 3 emails with docs. Next step eating for his proposal. | JAGG | 1 | 270 |

| 9/14/2020 | Conference call with Lis in reference to AY, Hilco, C & W, Prime Group. Next step call with A & Y for real estate commission reduction. | JAGG | 0.5 | 135 |
|-----------|-----------|------|-----|-----|
| 9/14/2020 | Conference call Avison Young Keith Thompson explaining Brazilian authorities involvement. | JAGG | 0.7 | 189 |
| 9/15/2020 | Conference call AY Q & A, hotel valuation and auction due diligence. | JAGG | 0.5 | 135 |
| 9/15/2020 | Review Hilco Proposal details and draft email to Lis. | JAGG | 0.7 | 189 |
| 9/16/2020 | Conference call with Lis in reference to Hilco proposal, Lower comm, marketing expenses, Chris wants to modified AY agreement and additional RE Brokers proposal | JAGG | 0.7 | 189 |
| 9/16/2020 | Conference call with Avison Young in reference to the contract and wording required by Chris ti be approved by BK Judge. | JAGG | 0.3 | 81 |
| 9/17/2020 | Conference call with Hilco ( Terry, Jeff and Adam) in reference to valuation, price, terms, marketing fees. They Will not charge the marketing fee. Next step waiting for Court approval clause. Follow up emails. | JAGG | 0.8 | 216 |
| 9/17/2020 | Conference call with Dan ( AY) in reference to Hilco and reserve price, court approval clause. | JAGG | 0.5 | 135 |
| 9/18/2020 | Conference call with Dan and Keith ( AY) in reference to Brokers contract, terms and conditions, reserve price, they are not interested in competing with Hilco, 10X auction system, requirements. Next step court approval clause. | JAGG | 1 | 270 |

| | | | | |
|---|---|---|---|---|
| 9/18/2020 | Conference call with Justin Magazine, (Interestate/Aimbridge) in reference to potential clients and Real Estate Listing Brokers options. Fallow up email. | JAGG | 0.5 | 135 |
| 9/18/2020 | Bluejeans video conference with Chris Eric, Brad and Lis. RE Brokers, BK classification, Constrazza, Time line, reserve price, defamation case. | JAGG | 1.5 | 405 |
| 9/21/2020 | Conference call with Nir Liebling refer by Justin Magazine , (Interestate/ Aimbridge) in reference to Nir interest in the hotel, explain the case, and sent overview. Next step wafting for questions. | JAGG | 0.4 | 108 |
| 9/21/2020 | Conference call with Keith Thopmson AY, in reference ta the contract, reserve price explanations, fallow up. | JAGG | 0.5 | 135 |
| 9/21/2020 | Conference call with Mike George AY Orlando, explain overview and Keith involvement as a real Estate Broker, he has a potential client. | JAGG | 0.5 | 135 |
| 9/21/2020 | Conference call with Lis in reference to Chris memo, 3 scenarios not including the transactional cost and Brokers commission vs refinance.  Nest step Chris will correct and Lis will translate. | JAGG | 0.5 | 135 |
| 9/22/2020 | Conference call with G. Treichel in reference to Prime Group acquisition, request  update financial and forecast of the Hotel. | JAGG | 0.5 | 135 |
| 9/22/2020 | Conference call with Lis in reference to Prime Group and this afternoon conference call with Fernando Tonon Judicial Administrator. | JAGG | 0.5 | 135 |

| | | | | |
|---|---|---|---|---|
| 9/22/2020 | Video call with Lis and Fernando Tonon Judicial Administrator in reference to Chris memo, buyers proposals, AY, valuation and sale price. Q & A translation and Interpretation in Portuguese. Next step waiting for additional steps in Brazil. | JAGG | 0.6 | 162 |
| 9/23/2020 | Video call BK hearing, declaration of employment, motion to dismiss & additional matters. Next step preparing my invoices for approval. | JAGG | 0.7 | 189 |
| 9/23/2020 | 2 Conference call with Chris in reference to invoices and counter offer. | JAGG | 0.5 | 135 |
| 9/23/2020 | Conference call with Jim Dupre, Larry Abbo and Gus Treichel update on LOI, Review the BK, possible exit scenarios, Paul Battista engagement, schedule conference call with Chris, Eric, Brad all together Friday 9/25/2020 5:00 pm. | JAGG | 0.8 | 216 |
| 9/24/2020 | Conference call with Lis, Chris & Brad in reference to Prime group concerns about the BK, sell of the Hotel, auction, buying the note. Next step conference call with Prime Group and Paul Battista. | JAGG | 0.5 | 135 |
| 9/24/20 | Conference call with Lis in reference to Bk hypothetical scenarios to be presented to Prime in order to compare, clarify UTC/UTB Loans and investment for further analysis, proposals from Gautam, Prime, | JAGG | 0.4 | 108 |
| 9/24/2020 | Conference call with Dan Gorcycki in reface to franchising agreement, latest STR reports. Next step he will talked to Keith and fallow up email. | JAGG | 0.4 | 108 |
| 9/25/2020 | Conference call with Lis in reference to AY, OB counter offer, preparation for today conference call with Prime Group. | JAGG | 0.3 | 81 |

| | | | | |
|---|---|---|---|---|
| 9/25/20 | Conference call with Lis, Chris, Eric, Brad, Gus, Larry, Jim, Geoffrey and Paul Battista in reference the hypothetical scenarios fro UTI and UTC acquisition. | JAGG | 0.8 | 216 |
| 9/25/2020 | Conference call with Lis in reference to Prime Group conference call results. Next step Chris and Eric will talk directly with Paul Battista. | JAGG | 0.3 | 81 |
| 9/28/20 | Conference call with Lis in reference to Prime Group any update, Chris talk to Paul after the conference, counter offer. Next step wating for Prime Group LOI. | JAGG | 0.3 | 81 |
| 9/29/20 | Conference call with Lis explaining to Edgewood terms, Banks not lending to Hospitality market. Next Step. Waiting for Valley and LOI modification: | JAGG | 0.3 | 81 |
| 9/29/20 | Conference call with Lis in referent to refinancing, Gus will let su know if is possible. Next step wait for his call later today. | JAGG | 0.5 | 135 |
| 9/30/20 | Conference call with Lis in reference to Valley possible financing to the Hotel Buyers, also, Brazilian. Authorities must approve it first. Next Step. Waiting for Judicial Administrator. | JAGG | 0.5 | 135 |
| 9/30/20 | Conference call with Lis in reference to Hearing in Brazil, judge approved proposal, reorganization plan and AY sale after Constrazza classification is done. Next, request rate reduction or fees. | JAGG | 0.3 | 81 |
| | | | | |
| SUBTOTAL: | | | 27.5 | 7425 |

**Matter Ledgers**

| 10/1/2020 | Balance before  invoice | $8,586.00 |
| 10/1/2020 | Invoice 1007 | $7,425.00 |
| 10/1/2020 |  Previous Payments | $0.00 |
| SUBTOTAL: | | $16,011.00 |

TOTAL: $7,722.00

PREVIOUS BALANCE DUE: $8,586.00

CURRENT BALANCE DUE: $16,011.00

# OPES CONSULTING, INC

127 W. FARIBANKS, #232, Winter Park, FL,32789

250 95th, #546391, Surfside, FL,33154

Phone: 407-7199135  |  jagg8@opes8.net

Account Statement

Prepared for Universal Tower Construction Inc.

Re: After-petition hours

| | |
|---|---|
| Previous Balance | $16,011.00 |
| Current Charges | $4,401.00 |
| New Balance | $20,412.00 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $20,412.00 |

# OPES CONSULTING, INC

127 W. FARIBANKS, #232, Winter Park, FL,32789

250 95th, #546391, Surfside, FL,33154

Phone: 407-7199135   |   jagg8@opes8.net

## INVOICE

Universal Tower Construction Inc.
7800 Universal Blvd
Orlando, FL 32819

Invoice Date: October 30, 2020
Invoice Number: 1108
Invoice Amount: $4,401.00

## Hours Report

| | | | | |
|---|---|---|---|---|
| 10/1/2020 | E-mail follow  up with Hilco in reference to Brazilian Judge decision in reference to the sell of the hotel | JAGG | 0.2 | 54 |
| 10/1/2020 | Conference call with Lis,  in reference to the last hearing, reorganization plan, financials sale. | JAGG | 0.5 | 135 |
| 10/1/2020 | Conference call with  Dan in reference to  wording proposal to comply with BK. Next step wait for updated LOI | JAGG | 0.5 | 135 |

| | | | | |
|---|---|---|---|---|
| 10/2/2020 | Conference call with Lis  in reference to Prime Group after conference call with Jim Dupre. Next potential buyer auction sale. | JAGG | 0.5 | 135 |
| 10/3/2020 | Conference call with Lis  in reference to BK Hearing, Constrazza reorganization plan, Edgewood update. | JAGG | 0.5 | 135 |
| 10/5/2020 | Conference call with Keith Thompson (AY)  in reference to the classification of Constrazza and Bk procedures. | JAGG | 0.7 | 189 |
| 10/5/2020 | Conference call with Lis  in reference to Hilco, Chris recommendations in reference the BK | JAGG | 0.5 | 135 |
| 10/6/2020 | Conference call with Chris in reference in reference to  LOI,  the deposit, OB permission for approval. | JAGG | 0.6 | 162 |
| 10/6/2020 | Video Conference call with Lis and Fernando Tonon ( Judicial Adm.) in reference bk creditor classificatiopn, financing vs. sale, Hotel valuation, market condition, recommendation of the experts, PIP considerations and delay implications. | JAGG | 1 | 270 |
| 10/6/2020 | Conference call and email with Lis after Judicial administrator Video call. | JAGG | 0.5 | 135 |
| 10/7/2020 | Conference call and email with Dan and Tom in reference to the LOI &  the deposit, approval process in Brazil and US. Next request an extension of the LIO until 10/20/20 | JAGG | 1 | 270 |
| 10/7/2020 | Conference call and email with Paul Sexton (RE Broker ) Q & A UTC, BK and selling possibility. He will present a Brokers opinion and service proposal | JAGG | 0.7 | 189 |
| 10/8/2020 | Review updated Edgewood LOI, and forward to Lis. | JAGG | 0.3 | 81 |
| 10/8/2020 | Email to Paul Sexton in reference to UTC franchise agreement. | JAGG | 0.3 | 81 |
| 10/9/2020 | Email to Paul Sexton in reference to Hotel Management agreement. | JAGG | 0.3 | 81 |

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2020 | Review Paul Sexton RE Broker, Sales proposal. | JAGG | 1 | 270 | |
| 10/13/2020 | Conference call Lis in reference to Paul Sexton proposal in reference to the Hotel Sale | JAGG | 0.5 | 135 | |
| 10/13/2020 | Conference call Paul Sexton in reference to his sale proposal. Next step follow up email. | JAGG | 1 | 270 | |
| 10/15/2020 | Review UTC 2019 Income Tax return | JAGG | 1 | 270 | |
| 10/15/2020 | Conference call Lis in reference to tomorrows hearing, update of the decisions in Brazil and Edgewood portal expiration next week. | JAGG | 0.3 | 81 | |
| 10/16/2020 | Conference call Lis in reference to the BK hearing results 1.2 to UTC, no dismissal, and Contrazza Classification as shareholder with Judge opinion. | JAGG | 0.5 | 135 | |
| 10/22/2020 | Conference call Lis updates and Brazilian hearing, no decision and needs to review scenarios that Chris Thompson is putting together, Next Hearing 10/28/20. | JAGG | 0.5 | 135 | |
| 10/27/2020 | Conference call Lis in reference Avison Young contract, sale price and reserve price difference. | JAGG | 0.3 | 81 | |
| 10/27/2020 | Conference call Keith and Dan (AY) in reference to Lis questions about pricing. No improvements on the condition of the market and no need for another brokers opinion in reference to Hotel selling price. | JAGG | 0.8 | 216 | |
| 10/27/2020 | Conference call Lis in reference Avison Young Q & A pricing and contract requirements from BK | JAGG | 0.5 | 135 | |
| 10/29/2020 | Conference call Lis in reference to the hearing in brazil, waiting for the decision today. No need for a new contract with AY for the sale of the hotel because is part of the reorganization plan. | JAGG | 0.5 | 135 | |

| Date | Description | | Hours | Amount | |
|------|-------------|--|-------|--------|--|
| 10/30/2020 | Conference call Lis in reference to the hearing in brazil, Judge in Brazil decide to sell of the hotel, Next AY agreemnt Will be execute. Reorganization Plan Will be files today. | JAGG | 0.5 | 135 | |
| 10/30/2020 | Conference call Dan in reference AY engagement as a RE Broker to sell the Hotel a fallow up email to with the agreement. | JAGG | 0.5 | 135 | |
| | | | 16.30 | $4401.00 | |
| | | | | | |
| SUBTOTAL: | | | | $4401.00 | |

**Matter Ledgers**

| Date | Description | Amount |
|------|-------------|--------|
| 10/1/2020 | Balance before invoice | $16,011.00 |
| 10/1/2020 | Invoice 1108 | $4,401.00 |
| 10/1/2020 | Previous Payment | $0.00 |
| SUBTOTAL: | | $20,412.00 |

TOTAL: $4,401.00

PREVIOUS BALANCE DUE: $16,011.00

CURRENT BALANCE DUE: $20,412.00

# Exhibit B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION,                    CASE NO. 6:20-bk-03799-KSJ
INC.,                                             Chapter 11

     Debtor.
_____/

## DECLARATION OF JUAN A. G. GONZALEZ

I, Juan A. G. Gonzalez, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my information, knowledge, and belief:

1.    I am a financial advisor and the owner and principal of the firm Opes Consulting, Inc. ("OPES").

2.    I am the billing and responsible person assigned by OPES to advise the Debtor and to provide services as set forth in the Consulting Agreement between the Debtor and OPES.

3.    I have knowledge of the books and records of OPES relating to the matters set forth herein, which books and records are kept and maintained by OPES in the ordinary course of its business.  I make this Declaration based upon my personal knowledge of the matters set forth herein.

4.    I have reviewed the *Final Application for Compensation of Opes Consulting, Inc. as Financial Advisor to the Debtor* ("Application") and all Exhibits attached thereto, being filed concurrently herewith.  All matters set forth in the Application and the

Exhibits attached thereto accurately reflect the time and expenses of OPES for the periods set forth therein for representation of the Debtor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: November 20, 2020

_____
Juan A. G. Gonzalez