UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION,   CASE NO. 6:20-bk-03799-KSJ
INC.,   Chapter 11

      Debtor.   **Hearing set for December 1, 2020 at 9:30 a.m. by CourtCall and Zoom**

_____/

**DEBTOR'S EXPEDITED APPLICATION TO EMPLOY FISHER AUCTION
COMPANY AS AUCTIONEER AND CO-REAL ESTATE BROKER TO THE DEBTOR**

Debtor, Universal Towers Construction, Inc., as debtor and debtor-in-possession ("*Debtor*"), by and through its undersigned counsel, respectfully submits this **expedited** application seeking an order pursuant to 11 U.S.C. §§ 327 and 330 and Rule 2014 of the Fed. R. Bankr. P., authorizing the employment of Fisher Auction Company ("*Fisher*") as the Debtor's auctioneer and as co-broker to auction and sell the Debtor's interest in the hotel real and personal property located at 7800 Universal Blvd., Orlando, FL 32819 (the "*Hotel*"). This Application is based upon the *Listing Agreement,* a copy of which is attached hereto as **Exhibit A** (the "*Listing Agreement*"), and the *Declaration of Lamar Fisher*, attached hereto as **Exhibit B** (the "*Declaration*"). In support of this Application, Debtor respectfully shows the Court the following:

1.      On July 3, 2020 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("*Bankruptcy Code*").

2.      The Debtor remains in possession of its property and continues to manage its property as debtor and debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.      No trustee or examiner has been appointed in the Debtor's Chapter 11 case, and no committees have been appointed or designated.

4.      The Court has jurisdiction over this matter pursuant to 28. U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).   The statutory predicates for the relief sought by the Debtor in this Application are 11 U.S.C. §§ 327 and 330 and Rule 2014 of the Fed. R. Bankr. P.

5.      The Debtor wishes to employ Fisher as its auction company and co-broker for the Hotel.

6.      Fisher has agreed to be compensated by a sale commission to be paid out of a three percent (3%) buyer's premium that will be calculated on and added to the final gross purchase price.  The buyer's premium will be divided as follows: (i) if there is a broker representing the buyer, then Fisher and such broker shall split the buyer's premium 1.5%/1.5%; if there is no broker representing the buyer, then Fisher shall be entitled to the entire buyer's premium as its earned real estate commission.  Additionally, in the event Debtor chooses not to proceed with the live auction of the Hotel, Fisher shall be entitled to a $75,000 "no sale fee."

7.      Fisher has agreed to be compensated in accordance with the provisions set forth in 11 U.S.C. § 330 and will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and Orders of this Court.  Compensation will be payable to Fisher subject to Order of this Court, as set forth in the Agency Agreement and in the Declaration of Lamar Fisher.

8.      To the best of the Debtor's knowledge, Fisher has no connection with any of the creditors or any other parties in interest.

9.      Fisher has no pre-petition claim against the Debtor.

10.     To the best of Debtor's knowledge, as disclosed in the Declaration and this

Application (i) Fisher is a "disinterested person" as that phrase is defined in 11 U.S.C. § 101(14), and (ii) Fisher has no interest adverse to the Debtor or to the estate of the Debtor on the matters in which the firm is to be engaged.

11.    The Debtor believes that the retention of Fisher is in the best interest of the Debtor's estate and its creditors.  The Debtor and its professionals have determined that an auction sale is the best method to obtain the highest and best value for the Hotel in an efficient and timely manner.

12.    No prior application has been made for the relief requested herein to this or any other Court.

**EXPEDITED RELIEF REQUESTED**

13.    Debtor moves the Court for **expedited** consideration of the relief requested herein at a hearing set before the Court on **Tuesday, December 1, 2020, at 9:30 a.m**.  Time is of the essence with respect to the sale of the Hotel.  The Debtor has operated, and continues to operate on a cash-flow negative basis and currently has limited funds to use to support Hotel operations through the closing of a sale.  The Debtor anticipates that its sale process may require 90-120 days from the start of the marketing process to closing of a sale after auction.  Accordingly, the Debtor believes it is important to commence the marketing and sale process as soon as possible.

WHEREFORE**,** the Debtor respectfully requests the Court to enter an order authorizing the Debtor to retain Fisher Auction Company as its auction company and co-broker with respect to the sale of the Hotel property located at 7800 Universal Blvd., Orlando, FL 32819, and granting such other and further relief as is just and proper.

Respectfully submitted this 25th day of November, 2020.

/s/ *Lis Oliveira-Sommerville*
Lis Oliveira-Sommerville
President of Universal Towers Construction, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 25, 2020, I caused the foregoing to be served on all parties receiving notification using the Court's CM/ECF system and via U.S. Mail, postage prepaid to United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL  32801, and all parties on the attached Local Rule 1007-2 Parties in Interest Matrix.

/s/ *Christopher R. Thompson*
**Eric S. Golden**
Florida Bar No. 146846
Email: egolden@burr.com
**Christopher R. Thompson**
Florida Bar No. 0093102
Email: crthompson@burr.com
**BURR & FORMAN LLP**
200 South Orange Avenue, Suite 800
Orlando, Florida  32801
Phone:  (407) 540-6600
Fax: (407) 540-6601
*Attorneys for Debtor*

Label Matrix for local noticing
113A-6
Case 6:20-bk-03799-KSJ
Middle District of Florida
Orlando
Tue Nov 24 09:49:33 EST 2020

Aimbridge Hospitality
5851 Legacy Circle #400
Plano, TX 75024-5979

Amadeus Hospitality Americas I
29618 Network Place
Chicago, IL 60673-1296

Bank of America, N.A.
c/o Liebler, Gonzalez & Portuondo
44 West Flagler Street, Suite 2500
Miami, Florida 33130-6808

Constrazza International Construction
c/o Keith T. Grumer
KATZ BARROn
100 N.E. Third Ave., #280
Fort Lauderdale, FL 33301-1165

Constrazza International Construction, I
100 N.E. 3rd Ave, Ste 280
Fort Lauderdale, FL 33301-1165

Daytona Hospitality Management
3135 1st Avenue N, Unit 10778
Saint Petersburg, FL 33733-9233

Dormakaba USA Inc.
P. O. Box 896542
Charlotte, NC 28289-6542

Eckert Seamans Cherin Mellott
P. O. Box 643187
Pittsburgh, PA 15264-3187

Ecolab, Inc.
P. O. Box 100512
Pasadena, CA 91189-0512

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0120

G & R Plumbing Enterprises Inc
2545 S Nashville Ave
Orlando, FL 32805-5255

Holiday Hospitality Franchising, Inc.
ATTN: Vice President
Franchise Administration & Licensing
Three Ravinia Dr, Ste 2900
Atlanta, GA 30346-2143

M7 Services LLC
19747 Highway 59 N #340
Humble, TX 77338-3536

M7 Services LLC
654 N SH Pkwy E, Ste 110
Houston, TX 77060-5903

Massey Services Inc.
P. O. Box 547668
Orlando, FL 32854-7668

Ocean Bank
780 NW 42nd Ave Ste 400
Miami, FL 33126-5542

Ocean Bank
c/o Gregory S. Grossman, Esq.
1111 Brickell Ave. Ste 1250
Miami, FL 33131-3123

Ocean Bank
c/o Daniel M Coyle, Esq
1111 Brickell Avenue, Suite 1250
Miami, FL 33131-3123

Onpeak
8313 Collection Center Dr
Chicago, IL 60693-0083

Orange County Comptroller
Tourist Development Tax
P. O. Box 4958
Orlando, FL 32802-4958

Phil Diamond, CPA, as Orange County Comptrol
c/o Michael A. Paasch, Esq.
Mateer & Harbert, P.A.
P O Box 2854
Orlando  FL  32802-2854

Proscape
285 E Oak Ridge Rd
Orlando, FL 32809-4140

RD Pool Maint Inc
2353 N Stewart St
Kissimmee, FL 34746-3046

Royal Cup Inc.
P. O. Box 841000
Dallas, TX 75284-1000

Scott Randolph, Orange County Tax Collector
c/o Michael A. Paasch, Esq.
Mateer & Harbert, P.A.
P O Box 2854
Orlando  FL  32802-2854

Sheraton Lake Buena Vista
12205 Apopka-Vineland Rd
Orlando, FL 32836-6804

Southern Aluminum
P. O. Box 884
Magnolia, AR 71754-0884

Summit Broadband
P. O. Box 10822
Naples, FL 34101-0822

Sunbrite Outdoor Furniture Inc.
610 Irene Street
Orlando, FL 32805-1050

System Tech Services Inc
851 Central Park Dr
Sanford, FL 32771-6602

Team Travel Source
12910 Shelbyville Road Ste 215
Louisville, KY 40243-1594

Visit Orlando
6277 Sea Harbor Dr, Ste 400
Orlando, FL 32821-8043

Waste Connect
1099 Miller Drive
Altamonte Springs, FL 32701-2069

Waste Connections of Florida
Orlando Hauling
1099 Miller Drive
Altamonte Springs, FL 32701-2069

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Gamza, S.A.
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

(u)Joao Arcanjo Ribeiro
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

(d)Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

(u)Universal Towers Investimentos, Ltda
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

End of Label Matrix
Mailable recipients      34
Bypassed recipients       4
Total                    38

# Exhibit A

## EXCLUSIVE REAL ESTATE SALE / LISTING CONTRACT
## FOR SALE OF COMMERCIAL REAL PROPERTY

**Contract Date:**   November 23, 2020

**Seller:**   Universal Towers Construction, Inc., a Florida Corporation - Debtor in the U.S. Bankruptcy Court for the Middle District of Florida – Orlando Division - Chapter 11, Case No.: 6:20-bk-03799-KSJ

**Address:**   c/o Christopher R. Thompson of Burr & Forman LLP, 200 South Orange Avenue, Suite 800, Orlando, Florida 32801

**Telephone:**   407.540.6652   **Facsimile:**   407.540.6601   **E-mail:**   crthompson@burr.com

**BROKER (AUCTIONEER):**   Fisher Auction Company
2112 East Atlantic Boulevard
Pompano Beach, FL 33062-5208
Tel: 954.942.0917 • Fax: 954.782.8143
Email: info@fisherauction.com

**CO-BROKER:**   Avison Young – Atlanta, LLC d/b/a Avison Young Hospitality Group
280 Country Club Drive
Suite 200
Stockbridge, GA 30281
Tel: 404.307.5116 • Fax: 404.865.3689
Email: keith.thompson@avisonyoung.com

**PROPERTY:**

**Property Description:**   Crowne Plaza Orlando: a 15 story hotel consisting of 400 guest rooms with banquet/ballroom/meeting space, a fitness center and swimming pool.

**Street Address:**   7800 Universal Boulevard, Orlando, Florida 32819

**Legal Description:**   Lot 2, FLORIDA CENTER, UNIT 16, according to the plat thereof as recorded in Plat Book 5, Pages 141 through 145, Public Records of Orange County, Florida.

| Sale Date: | Day: | TBD | Date: | TBD | Time: | 11:00 AM ET to 1:00 PM ET |
|---|---|---|---|---|---|---|

**2020 Real Estate Taxes:**   $606,809.80
ID: 25-23-28-2795-00-020
Tax Assessed Value $30,481,443.00

**Promotional Funds:**   Not to exceed $30,000.00. Within five (5) calendar days of Contract execution by all parties, Broker and Co-Broker will provide Seller with the detailed line by line marketing campaign budget for Seller's final approval. The approved marketing campaign funds to be advanced to Broker and Co-Broker within ten (10) calendar days from Court appointment. At closing, Broker and Co-Broker will reimburse the Seller the advanced marketing funds from their earned real estate commissions.

**Special Considerations:**   1)   All terms of sale will be defined in the Court approved Bidding Procedures-Terms and Conditions of Sale including but not limited to Bidders Financial Qualifications, Required Documents and Closing

Initial

Schedule.

2) The Immediate Back-Up Bidder shall remain intact until the successful Buyer completes their transaction. In the event of a default, they shall be required to perform under their transaction.

3) Seller shall be responsible for any back real estate taxes due at closing.

4) The marketing of the Property will be presented as a "U.S. Bankruptcy Court Sale".

Seller, Broker and Co-Broker covenant and agree as follows:

## 1. LISTING:

(a) Seller hereby grants to Broker and Co-Broker an Exclusive Right of Sale for one hundred twenty (120) calendar days from their Court Appointment on the Property identified above, and Seller authorizes Broker and Co-Broker to secure an acceptable "Stalking Horse" offer, or multiple qualifying bids, and then sell said Property via a stand-alone online U.S. Bankrtupcy Court Auction ("Auction"), hereafter referred to as the "Sale". In the event a Stalking Horse is not secured, the Property will be sold to the highest and best bidder with the highest bid being subject to the Seller's approval and the Court's final approval and acceptance of price. (See Section 9  below as an exception).

(b) This Contract shall be automatically extended for an additional forty five (45) calendar days after the Sale to complete the procurement of a qualified buyer and close the sale during the post Sale/contract process, if necessary.

(c) Broker's and Co-Broker's authority under this Contract shall be limited strictly to the promotion of the Property covered hereby; under no circumstances whatsoever shall Broker and Co-Broker be authorized to make any representation or warranty on behalf of Seller except as is consistent with the Court Order to sell said Property, or to bind Seller to any sales agreement or other contract.

## 2. TITLE:

(a) Seller represents that either fee simple title to the Property is marketable and insurable as of the date of this Agreement or shall take all necessary steps to deliver marketable and insurable title at closing of the Sale and free and clear of all liens and monetary encumbrances through the Bankruptcy Court's Chapter 363 sales process.  Fee simple title will be transferred via a Quit Claim Deed. Seller shall have the right to provide Buyer, through its selected Escrow Agent-Settlement Agent, a title commitment and owner's policy at the Buyer's expense. Said expense will be at promulgated rate.

(b) Seller has full power and authority to enter into this Contract and convey title free and clear of all liens.

(c) There are no other outstanding listing contracts on the Property.

## 3. DISCLOSURE OF KNOWN DEFECTS:

Seller acknowledges the seller of real property has the obligation under law to disclose any defects that affect the value of a property to any prospective purchaser of seller's property, and as a result, Seller represents and warrants that Seller is not aware of any facts or defects affecting the value of the Property.

## 4. GUARANTEES:

(a) Seller acknowledges Broker and Co-Broker have not made any commitments as to price the Property will bring at the Sale, nor does Broker and Co-Broker guarantee the sale of any property subject to this Contract.

(b) Seller is entering into this Contract in reliance on Broker's and Co-Broker's special and unique abilities with respect to the sale of real property. Broker and Co-Broker represent, warrant, and

Initials

agree, they shall diligently and in good faith: (i) promote the Property and the Sale, (ii) prepare promotional materials, instructions, and releases for the Sale consistent with this Contract and consistent with Seller's representations, (iii) provide forms to be used with respect to the Sale, (iv) provide reasonable services to respond to inquiries about the Property and the Sale, (v) organize and conduct the Sale, (vi) provide personnel to supervise the Court approved Purchase and Sale Agreement execution after the Sale, provided an authorized agent of Seller will actually sign the Purchase and Sale Agreement and related documents, and (vii) perform other services incident to the holding of the Sale, consistent with this Contract.

(c)  The Property is being sold in its "As Is, Where Is" condition with all faults and defects, with no representations, guanantees or warranties express or implied.

## 5.  COMMISSIONS / FEES:

(a)  A three percent (3%) Buyer's Premium will be added to the final bid price and it will be included in the total contract price.

The Buyer's Premium will be divided as follows:

If there is a Broker representing the Buyer:

Broker to receive one and one-half percent (1.5%) of the final bid price as their earned real estate commission.

Co-Broker's earned real estate commission shall be found under a separate agreement between Co-Broker and Seller.

Buyer's Broker to receive one and one-half percent (1.5%) of the final bid price as their earned real estate commission.

If only Broker & Co-Broker complete the sale of the Property:

Broker to receive three percent (3%) of the final bid price as their earned real estate commission. Co-Broker's earned real estate commission shall be found under a separate agreement between Co-Broker and Seller.

(b)  Seller is obligated to pay for the marketing campaign funds incurred for the Sale, as indicated above in the Promotional Funds Adavnced.

## 6.  CONDITIONS:

(a)  Seller agrees when executed by Seller, Broker and Co-Broker, this Contract shall be binding on all parties, their heirs, personal representatives and assigns.

(b)  Seller authorizes its designated Escrow Agent-Settlement Agent to accept and hold escrow deposits in escrow pending closing on all offers to purchase sale contracts.

(c)  If any escrow deposit made by the Buyer shall be forfeited, the amount of such escrow deposit shall be divided equally between Broker, Co-Broker and Seller after Seller is reimbursed for any Promotional Funds Advanced paid by Seller to Broker.

(d)  Seller shall cooperate with Broker and Co-Broker in good faith in carrying out the purpose of this Contract.

(e)  This Contract represents the full and final agreement between the parties. Representations or warranties not incorporated herein are not valid or enforceable. Statements or representations contained in any advertising material do not constitute additions or amendments to the terms of this Contract.

(f)  Broker and Co-Broker will rely on the accuracy of information provided to it by the Seller, even where said information is incorporated into the promotional materials. The Seller remains responsible for the accuracy of all such information and shall immediately inform Broker and Co-

Initials

Broker of any and all material facts that arise after the execution of this Contract. Seller shall sign off on all promotional materials before any placement occurs.

(g) In the event of any inconsistency between the terms and provisions of this Contract and the terms and provisions of the Court approved Purchase and Sale Agreement as it relates to the obligations of the parties hereto to one another, the terms and provisions of any court order shall govern and control the rights and obligations of the parties.

(h) This Contract may be executed in several counterparts, each of which shall be deemed an original and all of which counterparts together shall constitute one and the same instrument.

(i) If any provision of this Contract, or the application of such provision to any person or circumstances, shall be held invalid, the remainder of the Contract, or the application of such provision to persons or circumstances other than those to which it is held invalid, shall not be affected thereby.

(j) **This agreement is subject to the approval of the United States Bankruptcy Court for the Middle District of Florida, Orlando Division, which the Seller will promptly seek.**

7.   **FORCE MAJEURE**

Broker and Co-Broker shall have no liability by reason of any delay or failure to perform any obligation if the delay or failure to perform is a result of force majeure or anything that is beyond the Broker's and Co-Broker's control, including, but not limited to, Acts of God (including fire, flood, earthquake, storm, hurricane or other natural disaster), war, invasion, act of foreign enemies, hostilities, terrorist activities, acts of Government, pandemics, embargo, power outage or other cause of nature beyond their control.

8.   **GOVERNING LAW/JURISDICTION/VENUE**

This Contract shall be construed, enforced and governed by the laws of the State of Florida, without regard to choice of law and similar doctrines. Any legal suit, action or proceeding arising out of or relating to this Contract may only be instituted in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

9.   **SALE METHODOLOGY:**

Broker and Co-Broker shall conduct the Sale on the terms stated below:

**STEP ONE:**

Broker and Co-Broker shall market the Property for up to a sixty (60) calendar day timeframe from issuance of Court order to secure an acceptable "As-Is, Where-Is", No Contingency, Purchase and Sale Agreement; with a 10% hard Escrow Deposit; a Court approved break-up fee (paid only if the Stalking Horse is not the successful Buyer after Step Two); and a three percent (3%) commission paid by the Buyer also referred to as Buyer's Premium.  At the end of the sixty (60) calendar days, if Seller has not identified and designated a Stalking Horse Agreement, or if the Seller has not designated more than one "Qualified Bidders" to participate in Step Two, which Seller may designate in its sole discretion, then the sale process will not contintue to Step Two.

**SPECIAL NOTE:** Seller has the right not to move forward to Step Two. Seller shall notify Broker of its decision in writing upon the expiration of the timeframe specified in Step One. If Seller does not move forward to Step Two, Seller shall compensate Broker a $75,000.00 no-sale fee plus marketing costs payable within twenty (20) calendar days from Broker's receipt of written notification from Seller. Once the no-sale fee and marketing costs are received from Seller by Broker, this Contract shall become null and void and all parties are released from all obligations thereafter.

Initials

**STEP TWO:**

At the later of the sixtieth (60th) calendar day after Step One commences or on the date the Stalking Horse Agreement is executed by the Seller, or the date that Seller identifies more than one Qualified Bidder based on the bid contracts received, Broker and Co-Broker shall advertise and conduct the Sale within forty-five (45) calendar days. The Property shall be offered at the Auction to the highest and best bidder above (a) the Stalking Horse bid amount, plus a bidding incremental amount set by Seller in order to compensate for the approved break-up fee and any additional costs; or (b) in the event no Stalking Horse is identified but multiple Qualified Bidders have been designated, at an amount to be established by the Seller in its sole discretion.

**NOTE:** The winning bid will be subject to the Court's approval via a Sale Confirmation Hearing.

10.    **WAIVER OF JURY TRIAL.**

**AS INDUCEMENT FOR BROKER AND CO-BROKER TO ENTER INTO THIS CONTRACT AND IN CONSIDERATION THEREOF, BROKER, CO-BROKER AND SELLER AGREE THAT, IN ANY ACTION OR PROCEEDING BROUGHT BY EITHER PARTY AGAINST THE OTHER ON ANY MATTERS WHATSOEVER ARISING OUT OF, OR BY VIRTUE OF THE TERMS OF THIS CONTRACT, BROKER, CO-BROKER AND SELLER SHALL, AND DO HEREBY, ABSOLUTELY AND CONDITIONALLY WAIVE TRIAL BY JURY.**

<u>REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK.</u>

Initials

Facsimile and electronic signatures of the parties to this Contract shall be treated as original signatures.

ACCEPTANCE BY THE UNDERSIGNED:

SELLER:  Universal Towers Construction, Inc., a Florida Corporation

By: _____

_____
Witness

Lis Rejane Oliveira-Sommerville
Its President

BROKER (AUCTIONEER):  Fisher Auction Company

By: _____

_____
Witness

Lamar P. Fisher
Its President/CEO

Initials

# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

UNIVERSAL TOWERS CONSTRUCTION,
INC.,

CASE NO. 6:20-bk-03799-KSJ
Chapter 11

    Debtor.

_____/

## DECLARATION OF LAMAR FISHER AS BROKER/AUCTIONEER

I, Lamar Fisher, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my information, knowledge, and belief:

1.    I am the President and CEO of Fisher Auction Company (the "Broker/Auctioneer"), located at 2112 East Atlantic Boulevard, Pompano Beach, Florida 33062 and am authorized to make this declaration on behalf of the corporation in accordance with Bankruptcy Rule 2014.

2.    Broker/Auctioneer is willing to accept employment by the Debtor as its real estate Broker and Auctioneer, pursuant to 11 U.S.C. § 327. Broker/Auctioneer does not have an interest adverse to the Debtor, Creditors, United States Trustee or the Estate in regards to the matters for which Broker/Auctioneer is to be employed, and I am a disinterested person within the meaning of 11 U.S.C. § 101.

3.    Broker/Auctioneer does not hold a pre-petition or other claim against the Debtor or its bankruptcy estate.

4.    Broker/Auctioneer has not received a retainer from the Debtor, the Estate or from a third party.

5.    Broker/Auctioneer does not have or hold any interests adverse to the Debtor or

the Estate.

6.      Neither I nor Broker/Auctioneer, nor any of its officers or directors, have or will represent any other entity in connection with this case, and neither I nor Broker/Auctioneer will accept any fee from any other party or parties in this case, unless otherwise authorized by the Court, and that same are disinterested persons within the meaning of 11 U.S.C. § 327(a). I reviewed the Debtor's creditor matrix and Schedules and performed a conflict inquiry. This inquiry did not reveal any conflicts or other relationships that might cause Broker/Auctioneer to be disinterested or to hold to represent an interest adverse to the Debtor or its estate.

7.      Broker/Auctioneer is not a creditor of and asserts no prepetition claim against the Debtor.

8.      Broker/Auctioneer is duly licensed as an auctioneer and covered by Florida Auctioneer Recovery Fund and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes §468.381 et seq. or §468.387 for out-of-state auctioneers. True copies of said license and bond are attached hereto as **Exhibit 1.**

9.      The Broker/Auctioneer is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes § 468.31 et seq., and is covered by the Florida Auctioneer Recovery Fund as required by Florida Statute § 468.392. In addition, the Broker/Auctioneer maintains a blanket bond issued by a surety company approved by the Department of the Treasury in the amount of $1,000,000.00. The bond is in favor in favor of the United States of America and the original bond has been forwarded to the Office of the United States Trustee. True copies of the appropriate licenses and bonds are attached hereto as **Composite Exhibit 2**.

10.      The Real Property subject to this proposed auction will not be sold together

2

with any non-bankruptcy property.

11.     That I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation as it deems appropriate. The Broker/Auctioneer intends to apply for compensation on a commission fee basis for professional services rendered in connection with these Chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules and Local Rules, and any other applicable procedures and orders of the Court.

12.     Broker/Auctioneer has agreed to be compensated exclusively by a sale commission payable through a buyer's premium calculated as of 3% of the gross purchase price. Broker/Auctioneer will evenly split the 3% buyer's premium with any broker for the purchaser.

13.     I believe that the fee commission charged by Broker/Auctioneer is comparable to what is generally charged by other firms of similar stature to Broker/Auctioneer for comparable engagements, both in and out of bankruptcy, and represents Broker/Auctioneer's standard commission percentages.

14.     Broker/Auctioneer has not agreed to share any of its compensation received from the Debtor with any other persons, except as permitted by section 504 of the Bankruptcy Code.

15.     To the best of my knowledge, information and belief, no professional of Broker/Auctioneer who will work on this engagement has any connection with any United States Bankruptcy Judge for the Middle District of Florida, any District Judge for the Middle District of Florida, the U.S. Trustee or any employee of the U.S. Trustee that would render Broker/Auctioneer's retention in this case improper pursuant to Bankruptcy Rule 5002.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

3

Dated: November 24, 2020
        Pompano Beach, Florida

/s/
Lamar Fisher
President and CEO
Fisher Auction Company

Ron DeSantis, Governor

Halsey Beshears, Secretary



## STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

### FLORIDA BOARD OF AUCTIONEERS

THE AUCTION BUSINESS HEREIN IS LICENSED UNDER THE
PROVISIONS OF CHAPTER 468, FLORIDA STATUTES

# FISHER AUCTION COMPANY

2112 EAST ATLANTIC BLVD
POMPANO BEACH        FL 33062-5208

**LICENSE NUMBER: AB106**

**EXPIRATION DATE:  NOVEMBER 30, 2021**

Always verify licenses online at MyFloridaLicense.com



Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.

Ron DeSantis, Governor

Halsey Beshears, Secretary



## STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

### FLORIDA BOARD OF AUCTIONEERS

THE AUCTIONEER HEREIN IS LICENSED UNDER THE
PROVISIONS OF CHAPTER 468, FLORIDA STATUTES

## FISHER, LAMAR PAUL

2112 E. ATLANTIC BLVD.
POMPANO BEACH          FL 33062

LICENSE NUMBER: AU93

**EXPIRATION DATE:  NOVEMBER 30, 2021**

Always verify licenses online at MyFloridaLicense.com



Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.

Ron DeSantis, Governor

Halsey Beshears, Secretary

Florida **dbpr**

# STATE OF FLORIDA
# DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

## DIVISION OF REAL ESTATE

THE CORPORATION HEREIN HAS REGISTERED UNDER THE

PROVISIONS OF CHAPTER 475, FLORIDA STATUTES

# FISHER AUCTION CO INC

FISHER AUCTION COMPANY
2112 EAST ATLANTIC BLVD
POMPANO BEACH      FL 33062

LICENSE NUMBER: CQ1020546

EXPIRATION DATE:  MARCH 31, 2022

Always verify licenses online at MyFloridaLicense.com



Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.



Ron DeSantis, Governor

Halsey Beshears, Secretary



## STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

### DIVISION OF REAL ESTATE

THE BROKER HEREIN IS LICENSED UNDER THE
PROVISIONS OF CHAPTER 475, FLORIDA STATUTES

## FISHER, LAMAR PAUL

290 S.E. 5TH TERRACE
POMPANO BEACH        FL 33060

LICENSE NUMBER: BK352765

EXPIRATION DATE:  MARCH 31, 2021

Always verify licenses online at MyFloridaLicense.com



Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 11/13/2020 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: Larry Harb | | |
|---|---|---|---|---|
| IT Risk Managers, Inc. | | PHONE (A/C, No, Ext): 517-381-9909 | | FAX (A/C, No): |
| 4225 Okemos Rd. Suite B | | E-MAIL ADDRESS: AIP@ITRiskmanagers.com | | |
| Okemos, MI  48864 | | PRODUCER CUSTOMER ID #: | | |
| | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED | | INSURER A : | | |
| Fisher Auction Co., Inc. | | INSURER B : Continental Casualty Company | | |
| 2112 E. Atlantic Blvd. | | INSURER C : Beazley Insurance Company | | |
| Pompano, FL  33062 | | INSURER D : Westchester ACE Fire Underwriters Insurance Co | | |
| | | INSURER E : | | |
| | | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER: Blank          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | CLAIMS-MADE      OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | POLICY   PRO-JECT   LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | SCHEDULED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | HIRED AUTOS | | | | | | | $ |
| | NON-OWNED AUTOS | | | | | | | $ |
| | **UMBRELLA LIAB**    OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB**    CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DEDUCTIBLE | | | | | | | $ |
| | RETENTION   $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? **(Mandatory in NH)** If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS   OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | EPack Extra Crime Policy | | | 596612441 | 09/01/2020 | 09/01/2021 | $1,800,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

C: Databse policy number V1D5DC190401  Effective Dates 12/5/2019 to 12/5/2020   $1,000,000 Aggregate

D: Misc. Professional Liability Policy number EONFLF151965432 Effective Dates 12/5/2019 to 12/5/2020     $1,000,000 ea.claim/ $1,000,000 Aggregate

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States of America c/o Office of the U.S. Trustee | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| Middle District of Florida | 30 days |
| RE: Universal Towers Construction  Case Number 6:20-bk-03799-KSJ | AUTHORIZED REPRESENTATIVE |
| 801 N. Florida Ave. Suite 555   Tampa, FL 33602 | *Lawrence E. Harb* |

© 1988-2009 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2009/09)**          The ACORD name and logo are registered marks of ACORD


**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
11/16/20

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Trish Pravata | | |
|---|---|---|---|
| SOUTHGATE INS AGCY OF POMPANO BEACH INC<br>633 E. Atlantic Blvd<br>Pompano Beach, FL 33060 | PHONE (A/C, No, Ext): (954) 942-4400 | | FAX (A/C, No): (954) 942-4402 |
| | E-MAIL ADDRESS: trish@southgateins.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A  Nautilus Insurance Company | | |
| INSURED  FISHER AUCTION COMPANY INC<br>2112 East Atlantic Boulevard<br><br>Pompano Beach, FL 33062<br>754-220-4124 | INSURER B  Star Insurance Company | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**　　CERTIFICATE NUMBER:　　　　　REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>　CLAIMS-MADE  X  OCCUR | | | 79463201 | 03/01/2020 | 03/01/2021 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  □ PRO-JECT  □ LOC<br>　OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY<br>　ANY AUTO<br>　ALL OWNED AUTOS  □ SCHEDULED AUTOS<br>X HIRED AUTOS  X NON-OWNED AUTOS | | | 3270728 | 03/01/2020 | 03/01/2021 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB  □ OCCUR<br>EXCESS LIAB  □ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | □ DED  □ RETENTION $ | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY      Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  □ N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | WC0729829 | 05/19/2020 | 05/19/2021 | X PER STATUTE  □ OTH-ER | |
| | | | | | | | E.L EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
**Scope of Work:  Auctioneer**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States of America<br>C/O Office of the U.S.Trustee<br>See Attached Additional Remarks | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>*[signature]* |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)　　　The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: _____

LOC #: _____

**ACORD**®

# ADDITIONAL REMARKS SCHEDULE

Page 2 of 2

| AGENCY | NAMED INSURED |
|---|---|
| SOUTHGATE INS AGCY OF POMPANO BEACH INC | FISHER AUCTION COMPANY INC |
| **POLICY NUMBER** | 2112 East Atlantic Boulevard |
| VARIOUS - SEE PAGE 1 | Pompano Beach, FL 33062 |

| CARRIER | NAIC CODE | |
|---|---|---|
| VARIOUS - SEE PAGE 1 | | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: 25    FORM TITLE: CERTIFICATE OF LIABILITY INSURANCE

**********************************************************CERTIFICATE HOLDER**********************************************************

United States of America
C/O Office of the U.S. Trustee
Middle District of Florida
801 N. Florida Avenue, Suite 555
Tampa, Florida 33602

RE: Universal Towers Construction, Inc.; Case No.: 6:20-bk-03799-KSJ

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD