ORDERED.

**Dated:  December 21, 2020**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

UNIVERSAL TOWERS CONSTRUCTION, INC.,

CASE NO. 6:20-bk-03799-KSJ
Chapter 11

       Debtor.

_____/

### INTERIM ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BURR & FORMAN LLP AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION

THIS CASE came on for hearing on December 16, 2020, at 3:00 p.m. before the Court to

consider the *First Interim Application for Compensation and Reimbursement of Expenses of Burr

& Forman LLP as Attorneys for the Debtor and Debtor-in-Possession* (the "Interim Application")

(Doc. No. 176). Debtor served the Interim Application with negative notice pursuant to Local Rule

2002-4, and while no objections were filed within the requisite twenty-one (21) day objection

period, the U.S. Trustee and the Debtor have discussed the terms of an interim order approving the

44548413 v1

Interim Application which order preserves various rights to the U.S. Trustee to object to the Interim

Application. Accordingly, it is

**ORDERED**:

1. The Interim Application is APPROVED as set forth herein.

2. The fees and expenses requested in the Interim Application in the amount of $242,970.50 (professional fees) and $3,887.30 (costs) for the period covering July 3, 2020, through October 31, 2020, are approved on an interim basis and authorized to be paid as follows: Debtor is authorized to pay applicant, Burr & Forman, LLP, 80% of its professional fees requested ($194,253.80), and 100% of the costs requested ($3,887.30).

3. This Order makes no determination as to the reasonableness of the fees and costs authorized to be paid.

4. The U.S. Trustee is not precluded from objecting to the reasonableness of the fees and expenses authorized to be paid in this Interim Application when the applicant files a final fee application.

5. All interim fees and costs authorized to be paid are subject to final review under 11 U.S.C. § 330 and potential disgorgement.

*Attorney Christopher R. Thompson is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service with 3 days of entry of this Order.*