UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION,                CASE NO. 6:20-bk-03799-KSJ
INC.,                                         Chapter 11

       Debtor.

_____/

## NOTICE OF AUCTION AND SALE HEARING

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      On November 25, 2020, Universal Towers Construction, Inc. (the "***Debtor***"), filed a Motion for entry of an order (the "***Bid Procedures Order***"), among other things, (a) approving certain competitive bidding and sale procedures (the "***Bid Procedures***") for the sale of the Debtor's interest in the hotel real and personal property located at 7800 Universal Boulevard, Orlando, Florida 32819 (the "***Hotel***"); (b) approving the form and manner of notice of the auction of the Hotel and the Sale Hearing; and (c) scheduling a sale hearing (the "***Sale Hearing***") to consider the sale of the Hotel, (d) setting objection and bidding deadlines with respect to the sale of the Hotel and (e) establishing procedures for the assumption and assignment of executory contracts and unexpired leases with the Debtor. The Motion additionally requested entry of an order (the "***Sale Order***") approving (i) the sale of the Hotel free and clear of liens, claims, encumbrances and interests, except as set forth in the Bid Procedures Order; (ii) the assumption and assignment of executory contracts and unexpired leases with the Debtor, and (iii) certain related relief.

2.      On December 1, 2020, the United States Bankruptcy Court for the Middle District of Florida entered the Bid Procedures Order (Doc. No. 208). Pursuant to the Bid Procedures, the Auction for the Hotel shall take place on **March 16, 2021, at 11:00 a.m.** (prevailing Eastern Time) virtually through an online platform hosted by Fisher Auction Company ("***Auctioneer***"). Bidding at the Auction will begin at $28,532,500.00. Only parties that comply with the Bidder Qualifications, in accordance with the Bid Procedures, by no later than **5:00 p.m.** (Eastern Time) three (3) business days before the Auction (the "***Auction Qualification Deadline***") may participate at the Auction. Any party that wishes to take part in this process and submit a bid for the Hotel must submit its Bidder Qualifications prior to the Auction Qualification Deadline and in accordance with the Bid Procedures. Parties interested in receiving information regarding the sale of the Hotel should contact undersigned counsel and the Auctioneer, Lamar Fisher (lamar@fisherauction.com), and Patricia McGrath, Esq. (patricia@fisherauction.com). For more information about the Auction and about how to become a pre-qualified bidder, please visit http://orlandohotelauction.com.

3.      Debtor has designated a Stalking Horse Bid and a Stalking Horse Bidder at the Auction. The Stalking Horse Bid amount is $28,250,000.00. The Stalking Horse Bidder is entitled

to a Breakup Fee in the amount of 1% of the Stalking Horse Bid amount in the event the Stalking Horse Bidder is not the ultimate Buyer of the Hotel.

4.    The Sale Hearing to consider approval of the sale of the Hotel and the assumption and assignment of the Potential Assumed and Assigned Contracts to the Successful Bidder free and clear of all liens, claims, encumbrances and interests will be held before the Honorable Karen S. Jennemann, United States Bankruptcy Court, 400 W. Washington St., Courtroom A (6th Floor), Orlando, FL 32801 on **March 17, 2021 at 2 p.m.** (prevailing Eastern time), or at such earlier date as counsel may be heard. The Sale Hearing may be continued from time to time without further notice to creditors or parties in interest other than by announcement of the continuance in open court on the date scheduled for the Sale Hearing (or in agenda).

5.    Objections, if any, to the relief requested in the Motion in respect of the sale of the Hotel, the determination of which Qualified Bid is the Successful Bid, or any other aspect of the Auction must: (i) be in writing, (ii) comply with the Bankruptcy Rules and the Local Rules, (iii) be filed with the clerk of the Bankruptcy Court for the Middle District of Florida, Orlando Division, 400 West Washington Street, Suite 5100, Orlando, FL 32801 (or filed electronically via CM/ECF), on or before 4:00 p.m. (prevailing Eastern time) five (5) business day before the Sale Hearing (the "***Sale Objection Deadline***"), and (iv) served upon (a) counsel to the Debtor, Burr & Forman, LLP, 200 S. Orange Ave., Suite 800, Orlando, Florida 32801, Attn: Eric. S. Golden, Esq., Email egolden@burr.com and Christopher R. Thompson, Esq., Email at crthompson@burr.com; and (b) the Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, Tel: (407) 648-6301, Attn: Jill Kelso at jill.kelso@usdoj.gov (collectively, the "Notice Parties"), in each case, so as to be actually received no later than 4:00 p.m. (prevailing Orlando, Florida time) on the same day.

6.    The failure of any person or entity to file an objection before the Sale Objection Deadline shall be deemed a consent to the sale of the Hotel to the Successful Bidder or Back-Up Bidder, as applicable, and the other relief requested in the Motion, and be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Motion, the Auction, the sale of the Hotel, and the assumption or assumption and assignment of the Potential Assumed and Assigned Contracts.

7.    This Notice and the Sale Hearing are subject to the fuller terms and conditions of the Motion, the Bid Procedures Order, and the Bid Procedures, which shall control in the event of any conflict and the Debtor encourages parties in interest to review such documents in their entirety. Copies of the Motion, the Bid Procedures, and/or the Bid Procedures Order may be obtained by request in writing, by telephone, or via email from counsel to the Debtor: Burr & Forman, LLP, 200 S. Orange Ave., Suite 800, Orlando, Florida 32801, 407-540-6600, Attn: Eric. S. Golden, Esq., Email egolden@burr.com and Christopher R. Thompson, Esq., Email at crthompson@burr.com. In addition, copies of the aforementioned pleadings may be found on the Pacer website, http://ecf.flmb.uscourts.gov.

Respectfully submitted on February 10, 2021.

*/s/ Christopher R. Thompson*
**Eric S. Golden**
Florida Bar No. 146846
Email:  egolden@burr.com
**Christopher R. Thompson**
Florida Bar No. 93102
Email:  crthompson@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Phone: (407) 540-6600
Fax: (407) 540-6601
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Auction and Sale Hearing* was served on February 10, 2021, via electronic notice through CM/ECF system to all parties registered to receive notices via CM/ECF.  A supplemental certificate of service will be filed upon completion of service by U.S. Mail, postage prepaid, to: all creditors, purported lienholders, all parties in interest who have requested notice pursuant to Bankruptcy Rule 2002, and all counterparties to any executory contract or unexpired lease of the Debtor, identified on the attached Creditor Matrix (who have not already received electronic notice); the Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, Attn: Jill Kelso; the U.S. Attorney's Office, 400 West Washington Street, Suite 1300, Orlando, FL 32801; Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346; all parties to any litigation involving the Debtor; and via electronic service through Fisher Auction Company on all potential bidders currently known to the Debtor and Fisher Auction Company.

*/s/ Christopher R. Thompson*
Christopher R. Thompson

Label Matrix for local noticing
113A-6
Case 6:20-bk-03799-KSJ
Middle District of Florida
Orlando
Wed Feb 10 14:35:57 EST 2021

Bank of America, N.A., only with respect to
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
Courthouse Tower - Suite 2500
Courthouse Tower - Suite 2500
Miami, FL 33130-1808

Burr & Forman LLP
200 S. Orange Avenue, Ste. 800
Orlando, FL 32801-6404


Constrazza International Construction, Inc
c/o Keith T. Grumer, Esq
100 NE Third Avenue
Suite 280
Fort Lauderdale, FL 33301-1165

Fisher Auction Company, Inc.
c/o Lamar Fisher
351 S Cypress Road, Ste 210
Pompano Beach, FL 33060-7159

G&R PLBG Enterprises
Gary Ridatijao, President
2545 S. Nashville Ave.
Orlando, FL 32805-5255


Eric S Golden
Burr & Forman LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801-6404

Juan Gonzalez
127 W. Fairbnks #232
Winter Park, FL 32789-4326

Keith T. Grumer
c/o Arthur Halsey Rice, Esq.
101 Northeast Third Avenue
Suite 1800
Fort Lauderdale, FL 33301-1252


Katz Barron
c/o Arthur Halsey Rice, Esq.
101 Northeast Third Avenue
Suite 1800
Fort Lauderdale, FL 33301-1252

Ocean Bank
780 NW 42 Avenue
Suite 500
Miami, FL 33126-5543

Oracle America, Inc.
Buchalter PC
c/o Shawn M. Christianson
55 2nd St., 17th Fl.
San Francisco, Ca 94105-3493


Phil Diamond, CPA, as Orange County Comptrol
c/o Michael A. Paasch, Esq.
Mateer & Harbert, P.A.
P O Box 2854
Orlando, FL 32802-2854

Scott Randolph, Orange County Tax Collector
c/o Michael A. Paasch, Esq.
Mateer & Harbert, P.A.
P O Box 2854
Orlando, FL 32802-2854

Christopher R. Thompson
Burr & Forman LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801-6404


Universal Towers Construction, Inc.
7800 Universal Blvd.
Orlando, FL 32819-8950

A T & T
P. O. Box 5019
Carol Stream, IL 60197-5019

A T & T
P. O. Box 5091
Carol Stream, IL 60197-5091


A&C Printing
174B Semoran Commerce Pl
Suite 117
Apopka, FL 32703-4692

ADP
1851 N Resler Dr
#MS-100
El Paso, TX 79912-8023

ADP
5800 Windward Pkwy
Alpharetta, GA 30005-8881


ADP
P. O. Box 842875
Boston, MA 02284-2875

AT&T
P. O. Box 78522
Phoenix, AZ 85062-8522

AT&T (IHG)
Three Ravinia Dr., Ste 100
Atlanta, GA 30346-2121


AT&T Mobility
P. O. Box 6463
Carol Stream, IL 60197-6463

(p)ADOBE INC
ATTN CREDIT DEPARTMENT
345 PARK AVENUE
SAN JOSE CA 95110-2704

Advanced Resourcing LLC
9112 Boyce Ave
Orlando, FL 32824-8247


Aimbridge Hospitality
5851 Legacy Circle #400
Plano, TX 75024-5979

Alaska Airlines
2651 South 192nd Street
Seattle, WA 98188-5161

Amadeus Hospitality Americas I
29618 Network Place
Chicago, IL 60673-1296

| | | |
|---|---|---|
| Ambius LLC<br>P. O. Box 14086<br>Reading, PA 19612-4086 | American Hotel Register Company<br>P. O. Box 206720<br>Dallas, TX 75320-6720 | Andrews Filter & Supply Corp<br>2309 Coolidge Ave<br>Orlando, FL 32804-4897 |
| Anthony Lazzara<br>707 Little Hampton Lane<br>Gotha, FL 34734-4713 | Ashberry Water Condition Inc.<br>2450 E 4th Avenue<br>Tampa, FL 33605-5431 | Bagel King<br>668 W. Kennedy Blvd<br>Orlando, FL 32810-6255 |
| Bank of America, N.A.<br>c/o Liebler, Gonzalez & Portuondo<br>44 West Flagler Street, Suite 2500<br>Miami, FL 33130-6808 | Bank of America, N.A.<br>c/o Liebler, Gonzalez & Portuondo<br>44 West Flagler Street, Suite 2500<br>Miami, Florida 33130-6808 | Baring Industries<br>3249 SW 42nd Street<br>Fort Lauderdale, FL 33312-6810 |
| Birch Street Systems<br>1301 Dove Street Ste 300<br>Newport Beach, CA 92660-2462 | Bright House<br>P. O. Box 7'95<br>Pasadena, CA 91102 | Busy Bean Coffee Inc.<br>P. O. Box 350<br>Mount Pleasant, SC 29465-0350 |
| CCR Solutions, Inc.<br>4351 35th Street<br>Orlando, FL 32811-6509 | CIT<br>21146 Network Pl<br>Chicago, IL 60673-1211 | CIT BANK NA<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| CPLS, P.A.<br>Tee Persad<br>CPLS, P.A.<br>201 E. Pine Street, STE 445<br>Orlando, FL 32801-2717 | CRB Hospitality Mgmt<br>1650 Sand Lake Rd Ste 130<br>Orlando, FL 32809-7686 | CRB Hospitality Mgmt<br>1650 Sand Lake Road, Ste 101<br>Orlando, FL 32809-7671 |
| Carlson Wagonlit Travel<br>P. O. Box 860487<br>Minneapolis, MN 55486-0487 | Chemsearchfe<br>P. O. Box 971269<br>Dallas, TX 75397-1269 | Cintas Corp<br>97627 Eagle Way<br>Chicago, IL 60678-7627 |
| Cintas Corp<br>P. O. Box 630910<br>Cincinnati, OH 45263-0910 | Commercial Draperies Inc<br>7681 High Pine Rd<br>Orlando, FL 32819-5166 | Commercial Drraperies Inc<br>7681 High Pine Rd<br>Orlando, FL 32819-5166 |
| Constrazza International Construction<br>c/o Keith T. Grumer<br>KATZ BARROn<br>100 N.E. Third Ave., #280<br>Fort Lauderdale, FL 33301-1165 | Constrazza International Construction, I<br>100 N.E. 3rd Ave, Ste 280<br>Fort Lauderdale, FL 33301-1165 | Cusanos Bakery<br>5480 W Hillsboro Blvd<br>Coconut Creek, FL 33073-4307 |
| Cvent Inc.<br>P. O. Box 822699<br>Philadelphia, PA 19182-2699 | Daytona Hospitality Management<br>3135 1st Avenue N, Unit 10778<br>Saint Petersburg, FL 33733-9233 | Dex Imaging Inc<br>7215 South John Young Parkway<br>Orlando, FL 32809-4464 |

Dex Imaging Inc
P. O. Box 17299
Clearwater, FL 33762-0299

Dex Imaging Inc.
P. O. Box 17454
Clearwater, FL 33762-0454

Dex Imaging, Inc.
5109 W Lemon St
Tampa, FL 33609-1105

Dormakaba USA Inc.
P. O. Box 890247
Charlotte, NC 28289-0247

Dormakaba USA Inc.
P. O. Box 896542
Charlotte, NC 28289-6542

Dow Jones & Co Inc.
200 Burnett Road
Chicopee, MA 01020-4615

Dynamic Attractions, Inc.
224 Outlook Point Dr #100
Orlando, FL 32809-7257

Eckert Seamans Cherin Mellott
P. O. Box 643187
Pittsburgh, PA 15264-3187

Ecolab, Inc.
P. O. Box 100512
Pasadena, CA 91189-0512

Ecolab, Inc.
P. O. Box 32027
New York, NY 10087-2027

Ecolab, Inc.
P. O. Box 70343
Chicago, IL 60673-0343

Edward Don & Co
2562 Paysphere Circle
Chicago, IL 60674-0025

Emirates
Airport Road
P.O. Box 686
Dubai, United Arab Emirates

Envirostat
P. O. Box 592575
Orlando, FL 32859-2575

FPL Energy Services
P. O. Box 25426
Miami, FL 33102-5426

FedEx
P. O. Box 660481
Dallas, TX 75266-0481

FedEx
P. O. Box 94515
Palatine, IL 60094-4515

Ferguson Enterprises, Inc.
P. O. Box 100286
Atlanta, GA 30384-0286

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0120

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Department of Revenue
P. O. Box 6520
Tallahassee, FL 32314-6520

Florida Department of Revenue
c/o General Counsel
P. O. Box 6668
Tallahassee, FL 32314-6668

Four Points Orlando International
5905 International Drive
Orlando, FL 32819-8205

Freshpoint Central Florida
8801 Exchange Drive
Orlando, FL 32809-7675

Frontier Lighting Inc.
2090 Palmetto Street
Clearwater, FL 33765-2134

G & R Plumbing Enterprises Inc
2545 S Nashville Ave
Orlando, FL 32805-5255

Grainger
Dept 859552556
Kansas City, MO 64141-6267

Granite
P. O. Box 982119
Boston, MA 02298-3119

Granite Telecommunications LLC
100 Newport Avenue Ext
Quincy, MA 02171-2126

Granite Telecommunications LLC
P. O. Box 983119
Boston, MA 02298-3119

Guest Supply Inc.
P. O. Box 6771
Somerset, NJ 08875-6771

HCA
P. O. Box 459
Grafton, IL 62037-0459

HD Supply Facilities Maint
P. O. Box 509058
San Diego, CA 92150-9058


HP Direct
301 Rockrimmon Blvd
Colorado Springs, CO 80919-2351

Halperns Steak & Seafood
P. O. Box 116421
Atlanta, GA 30368-6421

Health Communications, Inc.
1501 Wilson Blvd #500
Arlington, VA 22209-2414


(p)HEART OF THE HOUSE HOSPITALITY
2346 S LYNHURST DR STE A201
INDIANAPOLIS IN 46241-5168

Heart of the House Hospitality
P. O. Box 823424
Philadelphia, PA 19182-3424

Heritage Service Group of NC
P. O. Box 71595
Chicago, IL 60694-1595


Hewlett-Packard Financial Services
301 Rockrimmon Blvd.
Colorado Springs, CO 80919-2351

Highrock Partners LLC
2194 Briarhurst Dr
Highlands Ranch, CO 80126-2605

Holiday Hospitality Franchising, Inc.
ATTN: Vice President
Franchise Administration & Licensing
3 Ravinia Dr, Ste 2900
Atlanta, GA 30346-2143


Holiday Hospitality Franchising, Inc.
ATTN: Vice President
Franchise Administration & Licensing
Three Ravinia Dr, Ste 2900
Atlanta, GA 30346-2143

Holiday Hospitality Franchising, Inc.
c/o Leib M. Lerner, Esquire
Alston & Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410

Holiday Inn Vacation Club
8505 W. Irlo Bronson Mem. Hwy
Kissimmee, FL 34747-8217


Hubert (Punchout)
25401 Network Place
Chicago, IL 60673-1254

Hubert Company LLC
9555 Dry Fork Rd
Harrison, OH 45030-1994

I-Ride Trolley
7081 Grand National Dr, Ste 105
Orlando, FL 32819-8376


Incenitvare Brasil Viagens E Turismo LTD
Rua Guararapes, 883 -
Sao Paulo SP, 04561-001, Brazil

Industrial Laundry Services LL
2302 Mercator Drive, Ste 102
Orlando, FL 32807-5300

Innerworkings Inc.
7503 Solutions Ctr
Chicago, IL 60677-7005


Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Interstate Hotels Company
c/o Interstate Hotels & Resorts Inc
ATTN: Chief Admin Officer & Gen Counsel
4501 N Fairfax Dr., Ste 500
Arlington, VA 22203-1668

Iron Mountain
P. O. Box 27128
New York, NY 10087-7128


JetBlue
27-01 Queens Plaza North
Long Island City, NY 11101-4020

Johnstone Supply
1651 S Rio Grande Avenue
Orlando, FL 32805-4442

Kone Inc.
One Kone Court
Moline, IL 61265-1380


Lapin Septic Tank Service Inc
3031 40th Street
Orlando, FL 32839-8624

Light Logic
dba Framburg House of Troy
902 Silver Ridge Road
Hyde Park, VT 05655-9396

M7 Services LLC
19747 Highway 59 N #340
Humble, TX 77338-3536

M7 Services LLC
654 N SH Pkwy E, Ste 110
Houston, TX 77060-5903

Massey Services Inc.
P. O. Box 547668
Orlando, FL 32854-7668

Melanie Zimmer
2206 Fairmont Circle
Orlando, FL 32837-6790

Mid-America Telephone Systems
618 Cepi Drive Ste A
Chesterfield, MO 63005-1365

Milestone Internet Marketing
3001 Oakmead Village Drive
Santa Clara, CA 95051-0833

Minuteman Press Sand Lake
7751 Kingspointe Pkwy Ste 117
Orlando, FL 32819-6503

Mood Media
P. O. Box 71070
Charlotte, NC 28272-1070

Mr. BarberSpa
7121 Blue Indigo Crescent
Winter Garden, FL 34787-6269

Nalco Co LLC
P. O. Box 70716
Chicago, IL 60673-0716

Nalco Co LLC
P. O. Box 730005
Dallas, TX 75373-0005

Navisite Inc.
P. O. Box 10138
Uniondale, NY 11555-0138

Nor1 Inc
3945 Freedom Cir Ste 600
Santa Clara, CA 95054-1270

OUC
P. O. Box 31329
Tampa, FL 33631-3329

Ocean Bank
780 NW 42nd Ave Ste 400
Miami, FL 33126-5542

Ocean Bank
c/o Daniel M Coyle, Esq
1111 Brickell Avenue, Suite 1250
Miami, FL 33131-3123

Ocean Bank
c/o Gregory S. Grossman, Esq.
1111 Brickell Ave. Ste 1250
Miami, FL 33131-3123

Onpeak
8313 Collection Center Dr
Chicago, IL 60693-0083

Oracle America Inc.
P. O. Box 203448
Dallas, TX 75320-3448

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
55 2nd St., 17th Fl.
San Francisco, CA 94105-3493

Orange County Comptroller
Tourist Development Tax
P. O. Box 4958
Orlando, FL 32802-4958

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Over the Top Rental Linens
6501 N Andrews Ave
Fort Lauderdale, FL 33309-2131

Plaza Resort Shoppes
9187 Ridge Pine Trl
Orlando, FL 32819-4821

Profitsword
9355 Cypress Cove Drive
Orlando, FL 32819-5324

Profitsword
P. O. Box 865342
Orlando, FL 32886-5342

Proscape
285 E Oak Ridge Rd
Orlando, FL 32809-4140

Quench USA Inc.
P. O. Box 781393
Philadelphia, PA 19178-1393

Quore
20000 Meridian Blvd., Ste 200
Franklin, TN 37067

RD Pool Maint Inc
2353 N Stewart St
Kissimmee, FL 34746-3046

Red Hawk Fires & Security LLC
P. O. Box 530212
Atlanta, GA 30353-0212

Red Hawk Fires & Security LLC
P. O. Box 842422
Boston, MA 02284-2422

Royal Cup Inc.
P. O. Box 841000
Dallas, TX 75284-1000

Rumberger, Kirk & Caldwell, P.A.
Michael D. Begey
Esquire
300 S. Orange Avenue, Suite 1400
Orlando, FL 32801-3380

Sheraton Lake Buena Vista
12205 Apopka-Vineland Rd
Orlando, FL 32836-6804

Sherwin Williams
8414 S. Orange Blossom Trail
Orlando, FL 32809-7906

Shoes for Crews Inc
250 S. Australian Avenue
West Palm Beach, FL 33401-5018

Shoes for Crews Inc
5000 T-Rex Ave, Suite 100
Boca Raton, FL 33431-4492

Shred-It USA
23166 Network Pl
Chicago, IL 60673-1252

Shred-It USA
28883 Network Pl
Chicago, IL 60673-1288

Shred-It USA
P. O. Box 101007
Pasadena, CA 91189-1007

Skal Intl Orlando
P. O. Box 720423
Orlando, FL 32872-0423

Sonifi
777 S. Figueroa Street
Suite 4225
Los Angeles, CA 90017-5801

Southern Aluminum
P. O. Box 884
Magnolia, AR 71754-0884

Spectrum
4145 S. Falkenburg Road
Riverview, FL 33578-8652

Squirrel Systems
PMB 740
Blaine, WA 98230-4033

Staples Business Advantage
P. O. Box 70242
Philadelphia, PA 19176-0242

Sterling Talent Solutions
P. O. Box 102255
Pasadena, CA 91189-2255

Sterling Talent Solutions
P. O. Box 1048
Bothell, WA 98041-1048

Sterling Talent Solutions
P. O. Box 3876
Seattle, WA 98124-3876

Summit Broadband
P. O. Box 10822
Naples, FL 34101-0822

Summit Broadband Inc.
4558 35th Street Ste 100
Orlando, FL 32811-6541

Sunbrite Outdoor Furniture Inc.
610 Irene Street
Orlando, FL 32805-1050

Superior Fire
397 Enterprise St. Ste C
Ocoee, FL 34761-3035

System Tech Services Inc
851 Central Park Dr
Sanford, FL 32771-6602

TG Lee Dairy
P. O. Box 746108
Atlanta, GA 30374-6108

TWC Services Inc
5080 Highlands Pkwy, Ste A150
Smyrna, GA 30082-5155

TWC Services Inc
P. O. Box 1612
Des Moines, IA 50306-1612

Talentwise
P. O. Box 3876
Seattle, WA 98124-3876

Team Travel Source
12910 Shelbyville Road Ste 215
Louisville, KY 40243-1594

Teco
P. O. Box 31318
Tampa, FL 33631-3318

The Battery Bank
2565 Pemberton Drive
Apopka, FL 32703-9458

The Battery Bank
4502 35th Street #700
Orlando, FL 32811-6547

Tingue Brown & Co
P. O. Box 824619
Philadelphia, PA 19182-4619


Travelclick Inc
300 N Martingale Rd Ste 650
Schaumburg, IL 60173-2089

Travelclick Inc
P. O. Box 71199
Chicago, IL 60694-1199

UPS Freight
P. O. Box 7247-0244
Philadelphia, PA 19170-0001


US Foodservice Inc.
P. O. Box 198421
Atlanta, GA 30384-8421

Uniguest
P. O. Box 306225
Nashville, TN 37230-6225

United Fire Protection Inc.
3247 Tech Dr N
Saint Petersburg, FL 33716-1008


Visit Orlando
6277 Sea Harbor Dr, Ste 400
Orlando, FL 32821-8043

Waste Connect
1099 Miller Drive
Altamonte Springs, FL 32701-2069

Waste Connections of Florida
Orlando Hauling
1099 Miller Drive
Altamonte Springs, FL 32701-2069


Waste Connections of Florida
P. O. Box 535233
Pittsburgh, PA 15253-5233

Waste Connections of Florida
P. O. Box 742695
Cincinnati, OH 45274-2695

Whaley Parts & Supply
P. O. Box 615
Lexington, SC 29071-0615


Whaley Parts & Supply
P. O. Box 890962
Charlotte, NC 28289-0962

Winter Park Photography
1808 Magnolia Ave
Winter Park, FL 32789-6312

Winter Park Photography
P. O. Box 2301
Winter Park, FL 32790-2301


Zilberto Zanchet
100 N.E. 3rd Ave., Ste 280
Fort Lauderdale, FL 33301-1165

Zurich-American Insurance Company
PO Box 68549
Schaumburg, IL 60168-0549

Eric S Golden +
Burr & Forman LLP
200 S. Orange Avenue, Ste 800
Orlando, FL 32801-6404


Michael A Paasch +
Mateer & Harbert PA
Post Office Box 2854
Orlando, FL 32802-2854

W Gregory Golson +
Mechanick Nuccio Hearne & Wester, P.A.
305 South Boulevard
Tampa, FL 33606-2150

Arthur Halsey Rice +
Rice Pugatch Robinson & Schiller PA
101 Northeast Third Avenue
Suite 1800
Fort Lauderdale, FL 33301-1252


United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Gregory S Grossman +
Sequor Law, PA
1111 Brickell Drive, Suite 1250
Miami, FL 33131-3123

Jill E Kelso +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440


Miguel M Cordano +
Liebler Gonzalez & Portuondo PA
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Leib M Lerner +
Alston & Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410

Laudy Luna +
Liebler Gonzalez & Portuondo, P.A.
44 West Flagler, Suite 2500
Miami, FL 33130-1817

Keith T Grumer +
Katz Barron
100 NE 3rd Avenue, Suite 280
Fort Lauderdale, FL 33301-1165

Daniel M Coyle +
Sequor Law, PA
1111 Brickell Avenue, Suite 1650
Miami, FL 33131-3112

Bradford A Patrick +
Law Offices of Bradford A. Patrick, PA
10312 Bloomingdale Avenue
Suite 108 MS 336
Riverview, FL 33578-3603

Douglas J Harris +
Alston & Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Adobe Inc.
345 Park Avenue
San Jose, CA 95110

Heart of the House Hospitality
2346 S. Lynhurst Dr, Ste A201
Indianapolis, IN 46241-5168


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)HREC Investment Advisors

(u)Holiday Hospitality Franchising, LLC
Alston & Bird
333 S. Hope Street, 16th Floor
Los Angeles

(u)Withumsmith+Brown, PC


(d)CRB Hospitality Mgmt
1650 Sand Lake Road, Ste 130
Orlando, FL 32809-7686

(d)Constrazza International Construction, I
100 N.E. 3rd Ave., Ste 280
Fort Lauderdale, FL 33301-1165

(u)Constrazza International Construction, Inc


(u)Gamza, S.A.
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

(u)Joao Arcanjo Ribeiro
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

(d)Katz Barron
c/o Arthur Halsey Rice, Esq.
101 Northeast Third Avenue
Suite 1800
Fort Lauderdale, FL 33301-1252


(d)M7 Services LLC
654 N Sh Pkwy E, Ste 110
Houston, TX 77060-5903

(d)Ocean Bank
c/o Gregory S. Grossman, Esq.
1111 Brickell Ave. Ste 1250
Miami, FL 33131-3123

(d)Phil Diamond, CPA, as Orange County Comptr
c/o Michael A. Paasch, Esq.
Mateer & Harbert, P.A.
P O Box 2854
Orlando  FL  32802-2854


(d)Scott Randolph, Orange County Tax Collecto
c/o Michael A. Paasch, Esq.
Mateer & Harbert, P.A.
P O Box 2854
Orlando  FL  32802-2854

(d)Summit Broadband Inc.
P. O. Box 10822
Naples, FL 34101-0822

(u)Universal Towers Investimentos, Ltda
Av. Isaac Povoas, 586 - Sala 04
Cuiaba - Mato Grosso - MT
BR 78.005-340

(d)Christopher R Thompson +
Burr & Forman, LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801-6404

End of Label Matrix
Mailable recipients      213
Bypassed recipients       16
Total                    229