UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION, INC.,

CASE NO. 6:20-bk-03799-KSJ
Chapter 11

Debtor.
_____/

**UNOPPOSED MOTION FOR FINAL DECREE AND TO
AUTHORIZE DESTRUCTION OF DOCUMENTS**

**COMES NOW,** Mark Healy, Liquidating Trustee ("Liquidating Trustee") of Universal Towers Construction, Inc. ("Debtor"), pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, hereby moves for entry of a Final Decree and for authority to destroy documents and records relating to the Debtor ("Motion"), which relief is unopposed by the sole remaining Liquidating Trust beneficiary, and, in support thereof, states as follows:

1. On July 3, 2020 (the "Petition Date"), the Debtor filed a petition for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On March 25, 2021, the Court entered its *Order Confirming Plan of Reorganization, as Modified, Submitted by Universal Towers Construction, Inc.* (Doc. No. 315), and approving Mark Healy as Liquidating Trustee.

3. The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

4. The Liquidating Trustee has paid in full all claims in Classes 1 through 3B, as called for under the confirmed Plan and Confirmation Order.

5. All allowed administrative and priority claims have been paid in full or are being paid in accordance with the Plan or by separate agreement with the holders of such claims. Under

49522297 v1

the Plan of Liquidation, no further Court approval is necessary or required in order to pay remaining administrative claims or fees.

6. The Liquidating Trustee has paid all U.S. Trustee fees through the 3rd Quarter of 2022. To the extent the Liquidating Trustee owes U.S. Trustee Fees, the Liquidating Trustee will pay those fees within ten (10) days after entry of an order granting this Motion.

7. There are no pending objections, adversary proceedings, or other matters to be resolved in this case. Attached hereto as **Exhibit A** is the Declaration of the Liquidating Trustee, attesting that the case has been substantially consummated (the "Certificate of Substantial Consummation"). As set forth in the Certificate of Substantial Consummation, the only remaining administrative costs to be paid are (i) the cost of document destruction, (ii) the Liquidating Trustee's attorneys' fees, (iii) accounting fees, and (iv) the Liquidating Trustee's fees.

8. In accordance with Federal Rule of Bankruptcy Procedure 3022, the Plan has been substantially consummated and the Liquidating Trustee requests that this Court enter a Final Decree closing the case.

9. The Liquidating Trustee further requests the Court authorize the destruction of physical documents and records of the Debtor currently in his custody and control. The cost to continue maintaining these physical copies at a third-party storage site is approximately $150/month. The Liquidating Trustee has confirmed with his accountants that there is no need to retain physical copies of such documents.

10. The sole remaining stakeholder and beneficiary of the Liquidating Trust, Universal Towers Investimentos LTDA, through its counsel, Andrew Layden, has consented to the relief requested in this Motion.

**WHEREFORE**, the Liquidating Trustee respectfully requests this Court (1) grant the Motion, (2) enter a Final Decree closing this case, (3) authorizing the Liquidating Trustee to destroy all paper copies of Debtor's business records and documents, and (4) grant such other and further relief as the Court deems appropriate.

Respectfully submitted this 2nd day of February, 2023.

> */s/ Christopher R. Thompson*
> **Eric S. Golden**
> Florida Bar No. 146846
> Email: egolden@burr.com
> **Christopher R. Thompson**
> Florida Bar No. 93102
> Email: crthompson@burr.com
> **BURR & FORMAN LLP**
> 200 S. Orange Avenue, Suite 800
> Orlando, FL 32801
> Phone: (407) 540-6600
> Fax: (407) 540-6601
> *Attorneys for Liquidating Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice, including to Universal Towers Investimentos LTDA, through its attorney Andrew Layden (alayden@bakerlaw.com).

> */s/ Christopher R. Thompson*
> Christopher R. Thompson

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

UNIVERSAL TOWERS CONSTRUCTION, INC.,

CASE NO. 6:20-bk-03799-KSJ
Chapter 11

Debtor.
_____/

**DECLARATION OF MARK HEALY, LIQUIDATING TRUSTEE
IN SUPPORT OF MOTION FOR FINAL DECREE**

COMES NOW Mark Healy and pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an Executive Vice President at Michael Moecker & Associates, Inc. ("MMA") and I am the designated Liquidating Trustee under the confirmed Plan of Liquidation for Universal Towers Construction, Inc. ("Debtor").

2. I have knowledge of the books and records of MMA relating to the matters set forth herein, which books and records are kept and maintained by MMA in the ordinary course of its business. I make this Declaration based upon my personal knowledge of the matters set forth herein.

3. The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2) as follows:

a. Distributions Under the Plan.

(1) Administrative and Priority Claims. I have paid all allowed administrative and priority claims or will pay such claims pursuant to any agreements between the Debtor and such claim holders. I will pay any outstanding U.S. Trustee Fees within ten (10) days

after entry of an order granting the final decree. All priority tax claims are being paid in accordance with the provisions of the Plan.

(2) Allowed Secured Claims. The Debtor or I have paid in full all Allowed Secured Claims.

(3) Allowed Unsecured Claims. I have paid all Allowed Unsecured Claims in Class 2 and 3 in full, and have made an interim distribution to the Class 4 Interest Holder. I anticipate making a final distribution to the Class 4 Interest Holder, after payment of all remaining administrative claims and U.S. Trustee fees, in the estimated amount of $800,000.00.

4. I have taken the necessary steps to consummate the Plan and to administer the Liquidating Trust. There are no objections to claims, adversary proceedings, or other matters pending before the Court.

5. I anticipate paying the following administrative costs, fees, or expenses, and making the following estimated final distribution to the Class 4 Interest Holder:

| | | |
|---|---|---|
| Current Balance | $ | 818,778.31 |
| 4th Quarter UST Fees | $ | (400.08) |
| Final CPA Fees | $ | (3,084.00) |
| Document Destruction Fees UTC | $ | (4,140.00) |
| Final UST Fees | $ | (3,275.11) |
| Liquidating Trustee Fees | $ | (8,000.00) |
| Liquidating Trustee Attorneys Fees | $ | (7,500.00) |
| Remaining Funds to UTI | $ | 792,379.12 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed and Dated: __2/2/23__, 2022.

Mark Healy, as Liquidating Trustee