[D11fd]  [Ch 11 Final Decree]

ORDERED.

**Dated: March 20, 2023**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Universal Towers Construction, Inc.
dba Crowne Plaza Universal Orlando

Case No.
6:20–bk–03799–LVV
Chapter 11

_____Debtor*_____/

### FINAL DECREE

THIS CASE came on for consideration of the Debtor's motion for entry of a final decree (the "Motion"). The Court finds that the Debtor's confirmed plan of reorganization has been substantially consummated.

Accordingly it is

***ORDERED:***

1. The Motion is granted and the case is closed.

2. All motions/objections/applications that have not been resolved are denied as moot.

3. Pursuant to Local Rule 9070−1(c)(3), the Clerk shall, without further notice, dispose of any exhibits in this case or any related adversary proceedings unless they are reclaimed by the appropriate party within 30 days.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.